## EXHIBIT 1 – STATE'S RECORD
### *State of Maryland v. Stephan Chandler Strand*
### Prince George's County Circuit Court
### Excerpts from Court File for Criminal Case No. CT18-1106B

### Appendix of State Record ("SR")

| Date | Bates No. | Document |
|---|---|---|
| | 1 | Clerk of the Circuit Court for Prince George's County - Certified Records Cover |
| | 2-14 | Docket entries |
| 8/23/18 | 15-25 | Indictment by Grand Jury, Summons |
| 8/23/18 | 26-27 | Commitment Pending Hearing |
| 8/23/20 | 28-37 | Statement of Charges filed for CR0E00680323, CR4E00680271 |
| 8/28/18 | 38-39 | Motion to Amend Charging Document |
| 9/7/18 | 40 | Order Granting State's Motion to Amend True Bill |
| 9/7/18 | 41 | Commitment Pending Hearing, 3E00634238 – Hold without bond. |
| 9/7/18 | 42-48 | Statement of Charges filed for 3E00634238 |
| 3/22/19 | 49-50 | *Pro Se* Motion for Dismissal for Due Process Violation by Defective Indictment |
| 10/3/19 | 51-52 | Letter from Defendant "Notice of Motion" – *Pro Se* Motion to Quash and Dismiss Due to Illegally Obtained Evidence |
| 10/25/19 | 53-54 | Motion to Quash and Dismiss Due to Illegally Obtained Evidence to be heard on Motions date, per Judge Rattal |
| 10/25/19 | 55 | Adult Daily Sheet for Motions Day, reset Motions for 11/8/19 |
| 10/31/19 | 56 | Adult Daily Sheet for 10/30/19 – Hearing before Judge Rattal. |
| 11/18/19 | 57 | Adult Daily Sheet for 11/18/19. Status Conference Report before Judge Woodard – resetting status hearing for 12/19/19, trial set for 1/22/20 |
| 10/29/19 | 58 | Plea Offer |
| 11/7/19 | 59-62 | Letter from Defendant – *Pro Se* "Affidavit rebutting the points made by the State's Attorney in their Opposition and answers to my Motions" |
| 12/4/19 | 63-64 | Letter from Defendant – *Pro Se* Motion for Review and Reduction of Bail and Request for Hearing "Notice of Motion" |
| 12/19/19 | 65 | Adult Daily Sheet for 12/19/19. Status Conference Report before Judge Whalen. |
| 1/2/20 | 66 | Entry of Appearance, Election for Jury Trial, Mandatory Motions, and Motion for Discovery and Inspection filed by Lia Rettammel, Assistant Public Defender |
| 1/13/20 | 67-68 | Motion for Bond Review filed by Lia Rettammel |
| 1/29/20 | 69 | Adult Daily Sheet for 1/27/20 – Hearing before Judge Wallace. Motion to Review Bond denied. |

| 1/29/20 | 70-71 | Opposition to Defendant's Motion to Dismiss filed by Renee M. Joy, ASA |
|---|---|---|
| 2/21/20 | 72 | Adult Daily Sheet for 2/21/20. Status Conference Report before Judge Woodard.  No Reporter. |
| 3/6/20 | 73 | Adult Daily Sheet for 3/6/20. Status Conference Report before Judge Rattal.  No Reporter. |
| 3/13/20 | 74 | Adult Daily Sheet for 3/13/20. Status Conference Report before Judge Rattal. |
| 4/14/20 | 75-84 | Motion for Modification of Pretrial Release Conditions and Request for Evidentiary Hearing filed by Lia Rettammel |
| 4/14/20 | 85 | Order Denying Motion for Modification of Pretrial Release Conditions and Request for Evidentiary Hearing |
| 6/30/20 | 86 | Adult Daily Sheet for 6/30/20. Status Conference Report before Judge Woodard.  Plea offer under consideration, strong possibility, so no motions day selected. |
| 8/3/20 | 87-100 | Letter from Defendant – *Pro Se* Motion for Immediate Release |
| 8/6/20 | 101-102 | Order Denying Motion for Immediate Release by Judge Wallace |
| 8/10/20 | 103-104 | Letter from Defendant – *Pro Se* Motion for Immediate Release |
| 8/13/20 | 103 | Denial of 8/10 *Pro Se* Motion for Immediate Release by Judge Pearson |
| 8/14/20 | 105-107 | Letter from Defendant – *Pro Se* Issuance of Writ of Habeas Corpus – Denied notation by Judge Rattal 8/20/20 |
| 9/2/20 | 108 | 9/1/20 Order of Court by Judge Rattal, denying Defendant's *Pro Se* Writ of Habeas Corpus |
| 9/15/20 | 109-111 | Letter from Defendant – *Pro Se* Response to Denial of Writ of Habeas Corpus |
| 9/16/20 | 112-114 | Order of Court by Judge Rattal, explaining clerical error, review of documentation and order to Clerk's Office to correct Docket Entries |
| 9/16/20 | 115-121 | Letter from Defendant – *Pro Se* Response to Court Order |
| 9/18/20 | 122 | Memorandum to File from Tears Allen, Criminal Division Supervisor, Office of the Clerk of the Circuit Court, explaining clerical error and correction |
|  |  |  |
|  | 123 | **Certification of the Clerk of the Circuit Court for Prince George's County, Maryland** |

**CT181106B**

**State of Maryland**

**VS**

**Stephan Chandler Strand**

**CLERK OF THE CIRCUIT COURT**

PRINCE GEORGE'S COUNTY
UPPER MARLBORO, MARYLAND 20772-9987

(301) 952-3318

SR001

**MARYLAND JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

**CaseID: CT181106B**

**State of Maryland**

**Vs**

**Stephan Chandler Strand**

6060 Seargent Road          Apt 1105

Hyattsville          MD          20782
DOB:  08/21/1995

ID#     @3080263

Tracking#     181001360735

Dist Court#   CR0E00680323

DCM Track#     A3

Rule 4-271 Date:   03/06/2019

Charge:   Robbery W/DW

One of   36   Related Charges

Citation Number:

Assistant States Attorney:
Renee M Joy

Defense Attorney:
 Lia  Rettammel

Bond Activity:

Bond Type                    Amount                    Bondsman

SR002



**MARYLAND**
**JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

### Events

| Date | Event | Date | Closing Docket | Judge / Master |
|------|-------|------|----------------|----------------|
| 09/14/2018 | Initial Arraignment | 09/07/2018 | Initial Arraignment Moot | |
| 11/09/2018 | Motions Hearing | 11/09/2018 | Motions Hrg Cont/In Court | Sean D Wallace |
| 11/30/2018 | Motions Hearing | 11/30/2018 | Motions Hrg Cont/In Court | Michael R Pearson |
| 12/05/2018 | Trial | 11/30/2018 | Trial Continued/Prior To | |
| 01/18/2019 | Motions Hearing | 01/18/2019 | Motions Hrg Cont/In Court | Michael R Pearson |
| 01/25/2019 | Motions Hearing | 01/25/2019 | Motions Hrg Cont/In Court | Michael R Pearson |
| 01/31/2019 | Trial | 01/25/2019 | Trial Continued/Prior To | |
| 02/08/2019 | Motions Hearing | 02/08/2019 | Motions Hearing Moot | Michael R Pearson |
| 02/27/2019 | Trial | 02/27/2019 | Trial Continued/In Court | Michael R Pearson |
| 03/06/2019 | Hicks Date | 02/27/2019 | Hicks Waived | |
| 05/17/2019 | Motions Hearing | 05/17/2019 | Motions Hearing Held | Michael R Pearson |
| 06/24/2019 | Trial | 06/24/2019 | Trial Continued/In Court | Michael R Pearson |
| 06/25/2019 | Trial - Carry Over | 06/24/2019 | Trial Moot | |
| 09/16/2019 | Trial | 09/16/2019 | Trial Continued/In Court | Sean D Wallace |
| 10/25/2019 | Motions Hearing | 10/25/2019 | Motions Hrg Cont/In Court | Nicholas E Rattal |
| 10/30/2019 | Hearing | 10/30/2019 | Hearing Held | Nicholas E Rattal |
| 11/08/2019 | Motions Hearing | 11/08/2019 | Motions Hearing Held | Robin DG Bright |
| 11/18/2019 | Trial | 11/18/2019 | Trial Continued/In Court | Beverly J Woodard |
| 12/19/2019 | Status Conference | 12/19/2019 | Status Conference Held | Michael P Whalen |
| 01/27/2020 | Bond Hearing | 01/27/2020 | Bond Hearing Held | Sean D Wallace |
| 01/27/2020 | Trial | 01/22/2020 | Trial Continued/Prior To | |
| 02/21/2020 | Motions Hearing | 02/21/2020 | Motions Hrg Cont/In Court | Beverly J Woodard |
| 03/06/2020 | Motions Hearing | 03/06/2020 | Motions Hrg Cont/In Court | Nicholas E Rattal |
| 03/13/2020 | Motions Hearing | 03/13/2020 | Motions Hrg Cont/In Court | Nicholas E Rattal |
| 03/18/2020 | Trial | 03/13/2020 | Trial Continued/Prior To | |
| 04/10/2020 | Motions Hearing | 03/25/2020 | Motions Hrg Cont/Prior to Crt | |
| 04/20/2020 | Motions Hearing | 04/02/2020 | Motions Hearing Moot | |
| 04/20/2020 | Trial | 04/02/2020 | Trial Continued/Prior To | |
| 06/30/2020 | Status Conference | 06/30/2020 | Status Conference Held | Beverly J Woodard |
| 07/13/2020 | Trial | 06/17/2020 | Trial Continued/Prior To | |
| 07/14/2020 | Trial - Carry Over | 06/17/2020 | Trial Moot | |
| 01/19/2021 | Trial | | | |
| 01/20/2021 | Trial - Carry Over | | | |
| 01/21/2021 | Trial - Carry Over | | | |

**SR003**

Date Printed: September 21 2020

**Circuit Court For Prince George's County, Maryland**

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| 08/23/2018 | TLJ | Indictment Grand Jury Ref PD |
| 08/23/2018 | TLJ | Upon Presentment of Indictment it is ordered by Judge Snoddy ; Ms. Milton reporter, that the defendant is referred to the Public Defender, filed 339 Presentment and Indictment for |
| 08/23/2018 | TLJ | Counts (1) Armed Robbery, (2) Robbery, (3) Assault First Degree, (4) Theft $100 to Under $1,500, (5) Firearm Use/Felony/Violent Crime, (6) Con Armed Robbery, (7) Armed Robbery, (8) Robbery, (9) Assault First Degree, (10) Theft Less Than $100, (11) Firearm Use/Felony/Violent Crime, (12) Con Armed Robbery, (13) Armed Robbery, (14) Robbery, (15) Assault First Degree, (16) Theft $100 to Under $1,500, (17) Firearm Use/Felony/Violent Crime, (18) Con Armed Robbery, (19) Armed Robbery, (20) Robbery, (21) Assault First Degree, (22) Theft $100 to Under $1,500, (23) Firearm Use/Felony/Violent Crime, (24) Con Armed Robbery, (25) Armed Robbery, (26) Robbery, (27) Assault First Degree, (28) Theft Under $100, (29) Firearm Use/Felony/Violent Crime, (30) Con Armed Robbery, (31) Armed Robbery, (32) Robbery, (33) Assault First Degree, (34) Theft $100 to Under $1,500, (35) Firearm Use/Felony/Violent Crime, (360 Con Armed Robbery fd 339 Statement of Charges Fd |
| 08/23/2018 | TLJ | CR4E00680271<br>CR0E00680323<br>FD 339 |
| 08/24/2018 | TLJ | Sum w/cpy Indct Gvn Sherf Fd |
| 08/27/2018 | TLJ | Sum w/cpy Indct Gvn Sherf Fd |
| 08/28/2018 | AJG | Motion to Amend Indictment, fd<br>to Amend True Bill, fld, 670 |
| 09/05/2018 | SMV | Order of Court, filed<br>Order of Court dated 09/04/2018, Ordered by Judge Pearson<br>ORDERED, that the charging document is amended in the following manner to add case number 3E00634238 with tracking number 170002831493 to the True Bill.,fld575<br>cc:sao,defense |
| 09/07/2018 | AJG | Commitment Pending Hearing<br>Hold without bond, 9/06/2018, fld, 670 |

SR004



**Circuit Court For Prince George's County, Maryland**

| | | |
|---|---|---|
| 09/07/2018 | LAA | Initial Arraignment Moot |
| 09/07/2018 | LAA | Line of Appearance, fd |
| | | 473 |
| 09/07/2018 | AJG | Statement of Charges Fd |
| | | 670 |
| 09/12/2018 | ACC | Line of Appearance, fd |
| | | Enter Alfred Guillaume as counsel on behalf of the Public Defenders Office. fld.363 |
| 09/12/2018 | ACM | Line of Appearance, fd |
| | | Omnibus pre-trial defense motions, entry of appearance of counsel, motion for speedy trial, Defendant's request for discovery and motion to produce documents, motion pursuant to maryland rules 4-252 & 4-253, fld, 622 |
| 09/12/2018 | JAM | Memo: from State's Atty, filed |
| | | To Sydney J. Harrison Clerk of the Circuit Court From Case Coordinator. FLD,711 |
| 09/12/2018 | AJG | Motion to Sever |
| | | Maryland Rule 4-253 Motion to Sever Indictment, fld, 670 |
| 10/26/2018 | SDS | Answer to Motion to Supp, Fd |
| | | 710 |
| 10/26/2018 | NRJ | Discovery, filed |
| | | 712 |
| 10/26/2018 | JPA | Letter from Sao, filed. |
| | | 574 |
| 10/26/2018 | NRJ | Mot Discovery & Inspection, fd |
| | | 712 |
| 10/26/2018 | JAM | Notice of Intent Self Auth... |
| | | Notice of Intent to Offer Self-Authenticating Record of regularly conducted business activity. FLD,711 |
| 10/26/2018 | ADE | Opposition / Answer |
| | | Opposition to Bill of Particulars, fld, 620 |
| 10/26/2018 | JPA | Opposition to Def/Mot/Dism |
| | | 574 |
| 11/09/2018 | TDF | Adult Daily Sheet, Filed |

**SR005**

**MARYLAND JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

| | | |
|---|---|---|
| | | 666TDF |
| | | Judge Sean D. Wallace; No Reporter |
| | | Joint continuance - Granted. Consolidate with co-defendant |
| | | Reset for definite motions - 11/30/18 |
| 11/09/2018 | DSS | Motions Hrg Cont/In Court |
| | | ^809^ Other/consolidate with co-defendant |
| 11/30/2018 | JTJ | Adult Daily Sheet, Filed |
| | | 673JJ |
| | | Judge Pearson; No Reporter |
| | | Defendant's continuance - granted. Plea negotiations |
| | | reset for definite motions 1/18/19 |
| | | reset to new trial date 1/31/19 |
| | | ^827^ Plea Negotiations |
| 11/30/2018 | TLT | Motions Hrg Cont/In Court |
| | | ^827^ Plea Negotiations |
| 11/30/2018 | TLT | Trial Continued/Prior To |
| | | ^827^ Plea Negotiations |
| 01/18/2019 | ADH | Adult Daily Sheet, Filed |
| | | 589ah |
| | | Judge Pearson, Mr. D. Engelbretson, Reporter |
| | | Defendant's continuance-granted. Plea Negotiations |
| | | Reset for definite motions 1/25/19 |
| 01/18/2019 | TLT | Motions Hrg Cont/In Court |
| | | ^827^ Plea Negotiations |
| 01/25/2019 | BNM | Adult Daily Sheet, Filed |
| | | 556bnm |
| | | Judge Pearson; No Reporter |
| | | Defendant's continuance-granted. Plea negotiations |
| | | Reset for definite motions 2/8/19 |
| | | Reset to new trial date 2/27/19 |
| 01/25/2019 | TLT | Motions Hrg Cont/In Court |
| | | ^827^ Plea Negotiations |
| 01/25/2019 | TLT | Trial Continued/Prior To |
| | | ^827^ Plea Negotiations |
| 02/08/2019 | TDF | Adult Daily Sheet, Filed |
| | | 666TDF |
| | | Line withdrawing Motions, filed |

**SR006**

**MARYLAND JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

| | | | |
|---|---|---|---|
| 02/08/2019 | TLT | | Motions Hearing Moot |
| | | | ^099^ Motions Withdrawn |
| 02/27/2019 | TKG | | Adult Daily Sheet, Filed |
| | | | 725 TG |
| | | | Judge: Pearson ; CS-D2026 |
| | | | Defense counsel Alfred Guillaume is hereby discharged from this case. |
| | | | State's comtinuance - granted. ASA on medical leave. |
| | | | Reset to 6/24/19 - 6/25/19 for |
| | | | Trial before Judge Turner |
| | | | Consent to Trial date beyond the 180 Day Requirement of MD Rule 4-271 |
| | | | (Hicks Waiver), filed |
| 02/27/2019 | TLT | | Hicks Waived |
| | | | |
| 02/27/2019 | TLT | | Trial Continued/In Court |
| | | | ^813^ Defense Counsel Vacation / Personal conflict. |
| 03/22/2019 | ELI | | Letter from Defendant Fd |
| | | | Pro-Se Motion for Appointment of Panel Attorney. fld344 |
| 03/22/2019 | ELI | | Letter from Defendant Fd |
| | | | Pro-Se Motion for Dismissal for Due Process Violation by Defective |
| | | | Indiciment. fld344 |
| 04/02/2019 | SDS | | Response, filed. |
| | | | Defendant letter Pro-Se Motion for Dismissal for Due Process Violation by |
| | | | Defective Indiciment. |
| | | | To be heard on Trial date, Judge Pearson,4/1/2019 |
| | | | fld,710 |
| | | | cc: SAO, Defendant |
| 05/01/2019 | CNH | | Letter from Defendant Fd |
| | | | Amendment To Motion For Dismissal For Due Process Violation In Instant |
| | | | Action, fld, 739. |
| 05/01/2019 | ADE | | Letter from Defendant Fd |
| | | | Motion for Dismissal for Due Process Violation, fld, 620 |
| 05/09/2019 | SDS | | Memo to Cal. Man., filed. |
| | | | From Senior Judges Chambers |
| | | | Please set the above captioned case in for a Hearing on Defendants motion for |
| | | | Appointment of Panel Attorney before Judge Pearson. fld,710 |
| | | | cc; SAO, Defense |
| 05/17/2019 | TDF | | Adult Daily Sheet, Filed |

SR007

Date Printed: September 21, 2020

**MARYLAND JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

| | | |
|---|---|---|
| | | 666TDF |
| | | Hearing on Defendant's Motion for Appointment of Panel Attorney |
| | | Judge Pearson; Mr J Spear, Reporter |
| | | Motion - Denied |
| | | Case to proceed in due course |
| 05/17/2019 | TLT | Motions Hearing Held |
| | | |
| 05/24/2019 | SDS | Letter from Defendant Fd |
| | | Motion for trial Hearing an All Motion file/ Rehearing for Motion Hearing. fld,710 |
| 06/04/2019 | SMV | Letter from Defendant Fd |
| | | Defendant is concerned with pro se representation.,fld 575 |
| 06/07/2019 | NRJ | Letter from Defendant Fd |
| | | Motion for dismissal for due process violation, fld, 712 |
| 06/07/2019 | SMV | Response, filed. |
| | | Motion for trial Hearing an All Motion file/ Rehearing for Motion Hearing seen in the Chambers of Judge Pearson.,fld 575 |
| 06/13/2019 | SMV | Response, filed. |
| | | Letter from Defendant concerned with pro se representation seen in the Chambers of Judge Pearson.,fld 575 |
| 06/24/2019 | JTR | Adult Daily Sheet, Filed |
| | | 745JR |
| | | Judge Pearson;  CS-D2026 |
| | | Defendant's continuance- granted. Obtain counsel |
| | | Reset to 9/16/19 for trial |
| 06/24/2019 | DSS | Trial Continued/In Court |
| | | ^906^ Obtain Counsel |
| 06/24/2019 | DSS | Trial Moot |
| | | |
| 07/18/2019 | CNH | Letter from Defendant Fd |
| | | Motion for Trial on All Motion File/ Rehearing for Motion Hearing. fld, 739. |
| 07/18/2019 | CNH | Response, filed. |
| | | July 18, 2019, Response from Judge Pearson |
| | | Responding to defendants Motion for Trial on All Motion File/ Rehearing for Motion Hearing. |
| | | Comments: Seen in Chambers. fld, 739. |
| 09/16/2019 | JTJ | Adult Daily Sheet, Filed |

SR008

**MARYLAND JUDICIARY**

## Circuit Court For Prince George's County, Maryland

|  |  |  |
|---|---|---|
|  |  | 673JJ<br>JUDGE WALLACE; MS. KEY, REPORTER<br>DEFENDANT ADVISED OF RIGHT TO COUNSEL; COURT HAS<br>FULLY COMPLIED WITH RULE 4-215<br>DEFENDANT'S CONTINUANCE - GRANTED. OBTAIN DISCOVERY<br>FROM STATE<br>RESET TO 11/18/19 AT 9 AM FOR TROAL AND 10/22/19 FOR MOTIONS<br>^802^ Defense counsel not prepared |
| 09/16/2019 | DSS | Trial Continued/In Court |
|  |  | ^701^ State's Attorney failed to timely provide discovery  ^802^ Defense counsel not prepared |
| 10/03/2019 | JPA | Letter from Defendant Fd |
|  |  | Notice of Motion. fld, 498 |
| 10/24/2019 | CNH | Answer, filed |
|  |  | Answer to Motion to Suppress. fld, 739 |
| 10/24/2019 | CNH | Cpy of Ltr to Def Atty SAO Fd |
|  |  | 739 |
| 10/24/2019 | CNH | Discovery, filed |
|  |  | 739 |
| 10/24/2019 | CNH | Mot Discovery & Inspection, fd |
|  |  | 739 |
| 10/24/2019 | CNH | Notice of Intent Self Auth... |
|  |  | Notice of Intent to Offer Self-Authenticating Record of regularly conducted business activity. fld,739 |
| 10/24/2019 | CNH | Opposition Bill of Particulars |
|  |  | 739 |
| 10/24/2019 | CNH | Opposition to Def/Mot/Dism |
|  |  | 739 |
| 10/25/2019 | JTJ | Adult Daily Sheet, Filed |
|  |  | 673JJ<br>JUDGE RATTAL S. BRADLEY, REPORTER<br>DEFENDANT APPEARED WITHOUT COUNSEL. DEFENDANT<br>ADVISED OF RIGHT TO COUNSEL. MD RULE 4-215 FULLY<br>COMPLIED WITH<br>STATE'S CONTINUANCE - GRANTED. JAIL VISIT RESCHEDULED<br>RESET FOR DEFINITE MOTIONS 11/8/19<br>DISCOVERY HANDED TO DEFENDANT IN OPEN COURT<br>^701^ State's Attorney failed to timely provide discovery |

SR009



**MARYLAND**
**JUDICIARY**

Date Printed: September 21, 2020

**Circuit Court For Prince George's County, Maryland**

| | | |
|---|---|---|
| 10/25/2019 | TLT | Motions Hrg Cont/In Court |
| | | ^701^ State's Attorney failed to timely provide discovery |
| 10/30/2019 | DSS | Hearing Held |
| 10/31/2019 | TKG | Adult Daily Sheet, Filed |
| | | 725 TG<br>Assistant States attorney filed information regarding this case on the record<br>Judge Rattal; Ms. Alonzo Reporter<br>Case to remain set for Motions on 11/8/2019 |
| 11/07/2019 | JCL | Letter from Defendant Fd |
| | | In regards to the opposition of attorney's answering his motions<br>fld 680 |
| 11/08/2019 | KCB | Adult Daily Sheet, Filed |
| | | KB608<br>Hearing on Defendant's motion to quash and dismiss<br>Judge Bright; CS-M1404<br>Motion-Denied<br>case to continue in due course |
| 11/08/2019 | TLT | Motions Hearing Held |
| 11/18/2019 | DLB | Adult Daily Sheet, Filed |
| | | 678 DB<br>Judge : Woodard; Ms.Milton<br>Defendant's motion (short) to dismiss - denied<br>Plea offer, filed<br>State's continuance - granted. Essential Witness Unavailable<br>Reset to 12/19/19 at 9:00am for status hearing and 1/27/20 at 9:00am for Trial.<br>Defendant's motion (short) to set bond - reserved |
| 11/18/2019 | TLT | Trial Continued/In Court |
| | | ^704^ State's Attorney essential witness ill/unavailable |
| 11/19/2019 | LMC | Crime Victim Notification Form |
| | | Fld, lmc, 283.<br>sealed. |
| 12/04/2019 | ACC | Motion Filed |
| | | Pro Se Motion for Review and Reduction of Bail and Request for Hearing.<br>#692 |
| 12/19/2019 | HSC | Adult Daily Sheet, Filed |



**Circuit Court For Prince George's County, Maryland**

|  |  |  |
|---|---|---|
|  |  | 630HC |
|  |  | JUDGE WHALEN; CS-D2022 |
|  |  | STATUS CONFERENCE HELD. |
|  |  | DEFENDANT REFUSED COUNSEL. |
|  |  | CASE TO REMAIN SET FOR TRIAL. |
| 12/19/2019 | TLT | Status Conference Held |
|  |  |  |
| 01/03/2020 | ADE | PD Line, JT, Man/Disc Mot, fd |
|  |  | 620 |
| 01/13/2020 | ACC | Motion to Review Bond, fd |
|  |  | fld.363 |
| 01/17/2020 | CEW | Motion for Continuance, fd |
|  |  | Sent to Judge Rattal, fd#692 |
| 01/22/2020 | CNH | Memo to Cal. Man., filed. |
|  |  | From Judge Rattal's Chambers |
|  |  | Please schedule the above referenced csae for a bond review hearing. |
|  |  | Thanks! fld, 739 |
| 01/22/2020 | CNH | Order of Court, filed |
|  |  | Order of Court, 01/16/2020, Ordered by Judge Rattal |
|  |  | ORDERED, that the Motion for Bond Review be set for a hearing. fld, 739 |
|  |  | cc: SAO, Defense, Calendar Management |
| 01/22/2020 | DSS | Trial Continued/Prior To |
|  |  | ^812^ Defense Counsel recently entered. Insufficient time to prepare.  ^808^ |
|  |  | Discovery not timely provided |
| 01/24/2020 | SMV | Order of Court, filed |
|  |  | Order of Court, Judge Rattal |
|  |  | ORDERED, that the motions to continue motions be set on February 21, 2020; |
|  |  | ORDERED, that the trial be reset to March 18, 2020. Fld.575 cc: |
|  |  | SAO,Defense,Calendar Mgt |
| 01/27/2020 | TLT | Bond Hearing Held |
|  |  |  |
| 01/29/2020 | TKG | Adult Daily Sheet, Filed |
|  |  | 725 TG |
|  |  | Defendant's presence waive by counsel in open court |
|  |  | Hearing on Defendant's Motion to Review Bond |
|  |  | Judge Wallace; Ms. S Milton Reporter |
|  |  | Motion - Denied |
|  |  | Bond to remain the same |

SR011

Date Printed: September 21, 2020

**Circuit Court For Prince George's County, Maryland**

| | | |
|---|---|---|
| 01/29/2020 | JCL | Answer to Motion to Supp, Fd |
| | | fld 680 |
| 01/29/2020 | JCL | Discovery, filed |
| | | fld 680 |
| 01/29/2020 | JCL | Letter from Sao, filed. |
| | | In regards to discovery |
| | | fld 680 |
| 01/29/2020 | JCL | Letter from Sao, filed. |
| | | In regards to motions |
| | | fld 680 |
| 01/29/2020 | JCL | Mot Discovery & Inspection, fd |
| | | fld 680 |
| 01/29/2020 | JCL | Notice of Intent Self Auth... |
| | | Notice of Intent to Offer Self-Authenticating Record of regularly conducted business activity |
| | | fld 680 |
| 01/29/2020 | JCL | Opposition Bill of Particulars |
| | | fld 680 |
| 01/29/2020 | CDA | Opposition to Def/Mot/Dism |
| | | 672 |
| 02/21/2020 | ATJ | Adult Daily Sheet, Filed |
| | | 708AJ |
| | | Defendant's continuance - Granted. Defense counsel to review discovery. Reset for definite motions 3/6/2020. |
| 02/21/2020 | TLT | Motions Hrg Cont/In Court |
| | | ^802^ Defense counsel not prepared |
| 03/06/2020 | JTR | Adult Daily Sheet, Filed |
| | | 745JR |
| | | Judge Rattal; No reporter |
| | | Defendant's continuance-granted. Plea negotiations. Code 827 |
| | | Reset for definite motions 3/13/2020 |
| 03/06/2020 | DSS | Motions Hrg Cont/In Court |
| | | ^817^ Death or medical emergency defendant's family |
| 03/13/2020 | TRJ | Adult Daily Sheet, Filed |

**SR012**

**MARYLAND JUDICIARY**

**Circuit Court For Prince George's County, Maryland**

|            |     |                                                                                                                                                    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | TJ627<br>Defendant's Appearance waived by Counsel.<br>Court's continuance<br>Reset for definite motions 4/10/2020<br>Reset to new trial date 4/20/2020 |
| 03/13/2020 | TLT | Motions Hrg Cont/In Court                                                                                                                           |
|            |     | ^996^ Global Pandemic COVID-19                                                                                                                      |
| 03/13/2020 | TLT | Trial Continued/Prior To                                                                                                                            |
|            |     | ^996^ Global Pandemic COVID-19                                                                                                                      |
| 03/25/2020 | DSS | Motions Hrg Cont/Prior to Crt                                                                                                                       |
|            |     | ^996^ Global Pandemic COVID-19                                                                                                                      |
| 04/02/2020 | DSS | Motions Hearing Moot                                                                                                                                |
| 04/02/2020 | DSS | Trial Continued/Prior To                                                                                                                            |
|            |     | ^996^ Global Pandemic COVID-19                                                                                                                      |
| 04/14/2020 | JPA | Motion Filed                                                                                                                                        |
|            |     | Motion For Modification Of PreTrial Release Conditions And Request For<br>Evidentiary Hearing, fld, 574                                             |
| 04/14/2020 | JPA | Order of Court, filed                                                                                                                               |
|            |     | Order of Court, 4/14/2020, Ordered by Judge Rattal<br>ORDERED, that Motion for Modification of PreTrial Release Conditions and<br>Request For Evidentiary Hearing is Denied, fld, 574 |
| 06/17/2020 | TLT | Trial Continued/Prior To                                                                                                                            |
|            |     | ^996^ Global Pandemic COVID-19                                                                                                                      |
| 06/17/2020 | TLT | Trial Moot                                                                                                                                          |
| 06/30/2020 | JJG | Adult Daily Sheet, Filed                                                                                                                            |
|            |     | 623<br>Status Conference Held via Zoom<br>Judge Woodard; CS D2016                                                                                   |
| 06/30/2020 | DSS | Status Conference Held                                                                                                                              |
| 08/06/2020 | ACC | Motion Filed                                                                                                                                        |
|            |     | Pro Se Motion for Immediate Release. fld.363                                                                                                        |
| 08/06/2020 | ACC | Response, filed.                                                                                                                                    |

**SR013**



**Circuit Court For Prince George's County, Maryland**

|            |     |                                                                                                                                                                                   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Resonse to Pro-Se Motion for Immediate Release per Judge Sean D. Wallace signed 08/06/2020. Motion Denied. fld.363<br>cc: SAO; Defendant                                          |
| 08/10/2020 | CEW | Motion Filed                                                                                                                                                                      |
|            |     | Pro Se, Motion for Immediate Release, fd#692                                                                                                                                      |
| 08/14/2020 | SMV | Letter from Defendant Fd                                                                                                                                                          |
|            |     | Issuance of Writ of Habeas Corpus #575                                                                                                                                            |
| 08/14/2020 | SDS | Response, filed.                                                                                                                                                                  |
|            |     | defendant letter requesting Issuance of Writ of Habeas Corpus<br>DENIED Judge Pearson, 8/13/2020 fld,710<br>cc: SAO Defendant                                                     |
| 09/02/2020 | CNH | Order of Court, filed                                                                                                                                                             |
|            |     | Order of Court, 09/01/2020, Ordered by Judge Rattal<br>ORDERED, that the Issurance of Writ of Habeas Corpus IS DENIED. fld, 739<br>cc:SAO, Defense, Defendant<br>copies mailed from chambers 09/01/2020 |
| 09/16/2020 | JAM | Letter from Defendant Fd                                                                                                                                                          |
|            |     | Response to Denial of Writ of Habeas Corpus<br>fld,711                                                                                                                            |
| 09/16/2020 | CNH | Order of Court, filed                                                                                                                                                             |
|            |     | Order of Court, 09/16/2020, Ordered by Judge Rattal<br>ORDERED, that the Criminal's Clerk Office remove the docket entries from October 2nd and October 4th, 2019, as they were inadvertenly entered in this case. fld, 739<br>cc: SAO, Defense, Defendant<br>copies mailed from chambers 09/16/2020 |

**SR014**

Circuit Court For Prince George's County,
14735 Main Street, Courthouse Room M1408
Upper Marlboro, Maryland 20772-9987
Phone 301-952-3344 Voice/TTD 1-800-735-2258

State of Maryland

VS

Case No: CT181106B
Dist Court #: CR0E00680323
Tracking #: 181001360735
Citation #:

**Stephan Chandler Strand**
@3080263

To: Stephan Chandler Strand
6060 Seargent Road
Apt 1105
Hyattsville, MD 20782

# FILED

## AUG 2 4 2018

Rule 4-213C Summons

**CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD**

You are hereby commanded to appear before the Circuit Court for Prince George's County,

at the Courthouse in Upper Marlboro, Maryland on September 14, 2018 at 10:00:00, in

Courtroom #M1410 for proceedings under Rule 4-213C.

Witness the Honorable Sheila R. Tillerson Adams., Administrative Judge
Of the said court, 8/24/2018

Issued 8/24/2018

Returnable September 14, 2018 10:00:00

**Sydney J. Harrison**
Clerk of the Circuit Court for
Prince George's County, Maryland
Clerk# _____

Notice to Defendant: You must appear in person or have your attorney enter an appearance
in writing at or before the above-specified date. Failure to do so may result in a warrant
being issued for you arrest.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
If you do not have an attorney, please bring this form with you along with
the items required in the attached public defender instruction sheet.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

181106 B

STATE OF MARYLAND, Prince George's County, to wit:

### COUNT 1

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB MARTIN MEDINA AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY AND OTHER PERSONAL ITEMS, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

### COUNT 2

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB MARTIN MEDINA OF UNITED STATES CURRENCY AND OTHER PERSONAL ITEMS IN VIOLATION OF SECTION 3:402 OF THE CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

### COUNT 3

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT MARTIN MEDINA IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )



COUNT 4

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY AND OTHER PERSON ITEMS OF MARTIN MEDINA HAVING A VALUE OFAT LEAST $100 BUT LESS THAN $1,500, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT: $100 TO UNDER $1,500** )

COUNT 5

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST MARTIN MEDINA, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)

COUNT 6

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB MARTIN MEDINA, IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

COUNT 7

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB EVELY VERGARA AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

COUNT 8

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB EVELY VERGARA OF UNITED STATES CURRENCY, IN VIOLATION OF SECTION 3:402 OF THE CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

COUNT 9

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT EVELY VERGARA IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )

COUNT 10

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY OF EVELY VERGARA HAVING A VALUE OF LESS THAN $100, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT LESS THAN $100**)

COUNT 11

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST EVELY VERGARA, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)

COUNT 12

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB EVERLY VERGARA, IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

COUNT 13

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB TEJA REDDY YAMPELLA AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

COUNT 14

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB TEJA REDDY YAMPELLA OF UNITED STATES CURRENCY IN VIOLATION OF SECTION 3:402 OF THE   CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

**SR019**

COUNT 15

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT TEJA REDDY YAMPELLA IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )

COUNT 16

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY AND OTHER PERSON ITEMS OF TEJA REDDY YAMPELLA HAVING A VALUE OF AT LEAST $100 BUT LESS THAN $1,500, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT: $100 TO UNDER $1,500** )

COUNT 17

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST TEJA REDDY YAMPELLA, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)

COUNT 18

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB TEJA REDDY YAMPELLA, IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

COUNT 19

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB DESALEW LASHITE AREGA AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

COUNT 20

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB DESALEW LASHITE AREGA OF UNITED STATES CURRENCY IN VIOLATION OF SECTION 3:402 OF THE  CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

COUNT 21

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT DESALEW LASHITE AREGA IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )

COUNT 22

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY OF DESALEW LASHITE AREGA HAVING A VALUE OF AT LEAST $100 BUT LESS THAN $1,500, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT: $100 TO UNDER $1,500** )

SR021

COUNT 23

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST DESALEW LASHITE AREGA, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)

COUNT 24

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB DESALEW LASHITE AREGA , IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

COUNT 25

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB SAMANTHA CLARRISA FRANCIS AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY AND OTHER PERSONAL ITEMS, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

COUNT 26

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB SAMANTHA CLARRISA FRANCIS OF UNITED STATES CURRENCY AND OTHER PERSONAL ITEMS IN VIOLATION OF SECTION 3:402 OF THE   CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

COUNT 27

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT SAMANTHA CLARRISA FRANCIS IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )

COUNT 28

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY AND OTHER PERSON ITEMS OF SAMANTHA CLARRISA FRANCIS HAVING A VALUE OF LESS THAN $100, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT: UNDER $100**)

COUNT 29

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST SAMANTHA CLARRISA FRANCIS, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)

COUNT 30

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB SAMANTHA CLARRISA FRANCIS, IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

COUNT 31

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB SAMUEL FREJJA AND VIOLENTLY DID STEAL FROM SAID PERSON UNITED STATES CURRENCY, IN VIOLATION OF SECTION 3:403 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ARMED ROBBERY** )

COUNT 32

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID UNLAWFULLY AND FELONIOUSLY ROB SAMUEL FREJJA OF UNITED STATES CURRENCY IN VIOLATION OF SECTION 3:402 OF THE   CRIMINAL LAW ARTILCE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ROBBERY** )

COUNT 33

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND, DID ASSAULT SAMUEL FREJJA IN THE FIRST DEGREE IN VIOLATION OF SECTION 3-202 OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**ASSAULT-FIRST DEGREE** )

COUNT 34

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID STEAL UNITED STATES CURRENCY OF SAMUEL FREJJA HAVING A VALUE OFAT LEAST $100 BUT LESS THAN $1,500, IN THE VIOLATION OF SECTION 7-104 OF THE CRIMINAL LAW ARTICLEAGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**THEFT: $100 TO UNDER $1,500** )

SR024

COUNT 35

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID USE A FIREARM IN THE COMMISSION OF A FELONY AGAINST SAMUEL FREJJA, IN VIOLATION OF SECTION 4:204(b) OF THE CRIMINAL LAW ARTICLE AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**FIREARM USE/FELONY/VIOLENT CRIME**)


COUNT 36

THE GRAND JURORS OF THE STATE OF MARYLAND FOR THE BODY OF PRINCE GEORGE'S COUNTY ON THEIR OATH DO PRESENT THAT **STEPHAN CHANDLER STRAND** ON OR ABOUT THE 24th DAY OF JUNE, 2018, IN PRINCE GEORGE'S COUNTY, MARYLAND DID CONSPIRE WITH MARCUS JERMAL MARTIN TO UNLAWFULLY AND FELONIOUSLY, WITH A DANGEROUS WEAPON, ROB SAMUEL FREJJA, IN VIOLATION OF THE COMMON LAW AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE. (**CON-ARMED ROBBERY**)

_____
ASSISTANT STATE'S ATTORNEY FOR
PRINCE GEORGE'S COUNTY, MARYLAND

SR025



FILED

AUG 2 3 2018

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

JUDICIARY

*CT181106B*

□ CIRCUIT COURT □ DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at 14735 MAIN STREET _____ City/County

Court Address

Case No. 4E00680271

Tracking No.: 181001400451 _____ Associated Case No.: _____

STATE OF MARYLAND                          vs.   STRAND, STEPHAN CHANDLER
                                                 Defendant

                                                 _____
                                                 Address

DOB: 08/21/1995   INMATE ID #: _____   FBI #: _____ SID #: _____
                                            City, State, Zip                    Telephone

## COMMITMENT PENDING HEARING
□ CIVIL ☒ CRIMINAL □ TRAFFIC □ DOMESTIC VIOLENCE

TO: PRINCE GEORGE'S COUNTY _____ , DETENTION CENTER
        Title                                 Facility

**YOU ARE HEREBY COMMANDED** to receive from any officer the body of STRAND, STEPHAN C
Charges are listed below.                                                    Name

| Charge | CJIS | Disposition | Charge | CJIS | Disposition |
|--------|------|-------------|--------|------|-------------|
| ARMED ROBBERY | | | ROBBERY | | |
| ASSAULT 1ST DEG | | | | | |

□ Bond is set at $ _____ (_____ % acceptable). ( □ Secured □ Unsecured)
□ Bail review was held and the bond is set at $ _____ (_____ % acceptable).
   ( □ Secured □ Unsecured)
□ In default of $ _____ bail (_____ % acceptable).
□ Bail review was held by Judge _____ and above named individual is
   committed in default of $ _____ bail (_____ % acceptable).
□ Having been surrendered by bondsman, bond of $ _____ to continue.
□ Hold without bond.
□ Special Conditions: _____
   _____
   _____
☒ Other: CT 18 1106B
   _____

**YOU ARE FURTHER COMMANDED** to:
□ Transfer above named individual to the jail or detention center in _____
   County/City. If the above named individual has not been transferred prior to the next session of court, and
   has not had a bail review, he is to be brought before the court in your county for bail review.
□ Produce the above named individual for further review before a judicial officer at the Court and address below:
   _____
   within □ 30 days from date of arrest □ 60 days from second commitment if before that time the above named
   individual has not posted the bail or been arrested on a warrant of the Governor or Maryland on a requisition of
   the executive authority of the State of _____ . Pending hearing date: _____ .
□ Produce the above named individual for court appearance at the Court and address below:
   _____
   whenever notified for: _____ . Pending court appearance is
   set for: _____ at _____ .
                Date              Time

_____ AUGUST 23, 2018 _____          Robert Prender          _____
            Date                        Clerk/Judge/Commissioner            ID Number

CC-DC-CR-012 (Rev. 07/2017)                                                 **SR026**



**FILED**

*CT18 1106B*

AUG 2 3 2018    ☐ **CIRCUIT COURT** ☐ **DISTRICT COURT OF MARYLAND FOR** <u>Prince George's County</u>
<span style="float:right">City/County</span>

CLERK OF THE CIRCUIT COURT Located at <u>14735 MAIN STREET</u>
FOR PRINCE GEORGE'S COUNTY, MD.
<span>Court Address</span>   Case No. <u>0E00680323</u>

Tracking No.: <u>181001360735</u>   Associated Case No.: _____

STATE OF MARYLAND                    vs.   <u>STRAND, STEPHAN CHANDLER</u>
<span>Defendant</span>

_____
<span>Address</span>

DOB: <u>08/21/1995</u>   INMATE ID #: _____   _____
<span>City, State, Zip</span>
FBI #: _____   SID #: _____   <span style="float:right">Telephone</span>

## COMMITMENT PENDING HEARING
☐ CIVIL ☒ CRIMINAL ☐ TRAFFIC ☐ DOMESTIC VIOLENCE

TO: <u>PRINCE GEORGE'S COUNTY</u> , <u>DETENTION CENTER</u>
<span>Title</span>   <span>Facility</span>

**YOU ARE HEREBY COMMANDED** to receive from any officer the body of <u>STRAND, STEPHAN C</u>
Charges are listed below.   <span>Name</span>

| Charge | CJIS | Disposition | Charge | CJIS | Disposition |
|---|---|---|---|---|---|
| ARMED ROBBERY | | | ROBBERY | | |
| ASSAULT 1ST DEG | | | ASSAULT 2ND DEG | | |

☐ Bond is set at $ _____ (____ % acceptable). ( ☐ Secured ☐ Unsecured)
☐ Bail review was held and the bond is set at $ _____ (____ % acceptable).
   ( ☐ Secured ☐ Unsecured)
☐ In default of $ _____ bail (____ % acceptable).
☐ Bail review was held by Judge _____ and above named individual is
   committed in default of $ _____ bail (____ % acceptable).
☐ Having been surrendered by bondsman, bond of $ _____ to continue.
☐ Hold without bond.
☐ Special Conditions: _____
   _____
   _____

☒ Other: <u>CT 18 1106B</u> .

**YOU ARE FURTHER COMMANDED** to:
☐ Transfer above named individual to the jail or detention center in _____
   County/City. If the above named individual has not been transferred prior to the next session of court, and
   has not had a bail review, he is to be brought before the court in your county for bail review.
☐ Produce the above named individual for further review before a judicial officer at the Court and address below:
   _____
   within ☐ 30 days from date of arrest ☐ 60 days from second commitment if before that time the above named
   individual has not posted the bail or been arrested on a warrant of the Governor or Maryland on a requisition of
   the executive authority of the State of _____. Pending hearing date: _____.
☐ Produce the above named individual for court appearance at the Court and address below:
   _____
   whenever notified for: _____
   set for: _____ at _____ . Pending court appearance is
   <span>Date</span>   <span>Time</span>

<u>AUGUST 23, 2018</u>   *Robert Brendee*
<span>Date</span>   <span>Clerk/Judge/Commissioner</span>

**CC-DC-CR-012** (Rev. 07/2017)   **SR027**



**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

**Case No. 0E00680323**

**STATE OF MARYLAND          VS.          STRAND, STEPHAN CHANDLER**
COMPLAINANT:                                          5112 KENILWORTH AVE APT 2
Officer: MUNAWAR                                    HYATTSVILLE, MD  20781
Agency/Subagency: PGPD02
Officer ID: 3511

CC#: 18-0038025          SID:
LID:          DL#:
Race: 1   Sex: M   Ht: 5' 10"   Wt: 170   Hair: BLK   Eyes: BRN
DOB: 08/21/1995   Phone(H):          Phone(W):

FILED
AUG 2 3 2018
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: MUNAWAR IT IS FORMALLY CHARGED
THAT STRAND, STEPHAN CHANDLER at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 2 0705 | CR 3 403 | 20 Y | **ARMED ROBBERY**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>...did unlawfully and feloniously, with a dangerous weapon, rob Medina Martin<br>and violently did steal from said person Black Samsung Galaxy S8 Cell Phone and<br>$300 United States Currency.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 2 0700 | CR 3 402 | 15 Y | **ROBBERY**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>did unlawfully and feloniously rob Medina Martin of Black Samsung Galaxy S8<br>Cell Phone and $300 United States Currency<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 1 1420 | CR 3 202 | 25 Y | **ASSAULT-FIRST DEGREE**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>did assault Medina Martin in the first degree in violation of CR 3-202, contrary<br>to the form of the act of the assembly in such case made and provided and against<br>the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 004 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | **ASSAULT-SEC DEGREE**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>did assault Medina Martin in the second degree in violation of CR 3-203,<br>contrary to the form of the act of the assembly in such case made and provided<br>and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 2 0705 | CR 3 403 | 20 Y | **ARMED ROBBERY**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>...did unlawfully and feloniously, with a dangerous weapon, rob Evely Vergara<br>and violently did steal from said person Approximately $60 United States<br>Currency.<br>Against the Peace, Government, and Dignity of the State. |
| 006 | 2 0700 | CR 3 402 | 15 Y | **ROBBERY**<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND |

**Date : 06/24/2018  Time : 1:13 PM**

**Tracking No. 181001360735**

**Judicial Officer:** _____
Steven Rosen  5145

5145

**SR028**

# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

Case No. 0E00680323

**STATE OF MARYLAND       VS.       STRAND, STEPHAN CHANDLER**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | did unlawfully and feloniously rob Evely Vergara of Approximately $60 United States Currency.<br>Against the Peace, Government, and Dignity of the State. |
| 007 | 1 1420 | CR 3 202 | 25 Y | ASSAULT-FIRST DEGREE<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>did assault Evely Vergara in the first degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 008 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>did assault Evely Vergara in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 009 | 1 5299 | CR 4 204 (b) | 20 Y | FIREARM USE/FEL-VIOL CRIME<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>... did use a firearm in the commission of a crime of violence.<br>Against the Peace, Government, and Dignity of the State. |
| 010 | 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>...did carry a handgun on their person.<br>Against the Peace, Government, and Dignity of the State. |
| 011 | 1 0521 | CR 7 104 ((g)(3)) | 90 D &/or $500.00 | THEFT LESS THAN $100.00<br>On or About  06/24/2018<br>5024 EDMONSTON RD HYATTSVILLE<br>PRINCE GEORGE'S COUNTY, MARYLAND<br>..did steal United States Currency property of La Flor De Puebla Bakery having a value of less than $100.00.<br>Against the Peace, Government, and Dignity of the State. |



**DISTRICT COURT OF MARYLAND** _(City/County)_

LOCATED AT (COURT ADDRESS)
14735 Main St

Upper Marlboro, MD, 20772

DC Case : 0E00680323



RELATED CASES:

| COMPLAINANT | DEFENDANT |
|---|---|
| Detective Munawar # 3511 | STRAND, Stephan Chandler |
| Printed Name | Printed Name |
| 7600 Barlowe Road | 5112 Kenilworth Ave Apt # 2 |
| Address | Address |
| Palmer Park, MD, 20785      301-772-4905 | Hyattsville, MD 20781 |
| City, State, Zip           Telephone | City, State, Zip            Telephone |
| DA, CID Robbery, 3511 | CC# 18-0038025 |
| Agency, sub-agency, and I.D. #    (Officer Only) | |

DEFENDANT'S DESCRIPTION: Driver's License # Unknown ____ Sex M ___ Race Blk ___ Ht. 510 Wt. 170

Hair Blk ___ Eyes Brn ___ Complexion Drk Brn Other _____ DOB 08/21/1995 ___ ID ____

## APPLICATION FOR STATEMENT OF CHARGES          Page 1 of _____

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about 06/24/2018 0405 hours at 5024 Edmonston Rd, Hyattsville

_____ Date _____ Place

Prince George's County, Maryland, 20781 _____, the above named Defendant

…did committed an armed robbery _____

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

On 06/24/18 at approximately 0529 hours, Patrol Officers from Prince George's County responded to the "La Flor De

De Puebla Bakery located at 5024 Edmonston Rd, Hyattsville, Maryland 20781 in reference to a commercial armed

robbery report. Once on scene, Officers made contact with Victim #1/Delivery driver (MARTIN, Medina), Victim #2

(Continued on attached _____ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information, and belief.

06/24/2018 _____ Det. (MUNAWAR) #3511

Date _____ Officer's Signature

Det. Munawar # 3511
Printed Name

I have read or had read to me and I understand the Notice on the back of this form.

06/24/2018 _____ Det. (MUNAWAR) #3511

Date _____ Applicant's Signature

Det. Munawar # 3511
Printed Name

Subscribed and sworn to before me this 24th day of June ____ 2018

Time: 1:00 ☐ AM ☑ PM   Judge/Commissioner _Steve Rose_   Month ___ Year

_____ I.D. No.

I understand that a charging document will be issued and that I must appear for trial ☐ on _____

at _____ , ☐ when notified by the Clerk, at the court location shown at the top of this form.

Time _____ Applicant's Signature

☐ Applicant requests reasonable protection for safety of the alleged victim or the victim's family _____

(Describe)

☐ I have advised applicant of shielding right. ☐ Applicant declines shielding.

☐ I declined to issue a charging document because of lack of probable cause.

Date _____ Commissioner _____ I.D. No.

Printed Name

DC-CR-001 (Rev. 10/2017)          Tr.# 181001360735          **SR030**

DISTRICT COURT OF MARYLAND FOR _Prince George's County_



|  |  | (City/County) |

| LOCATED AT (COURT ADDRESS) | DC Case : 0E00680323 |
|---|---|

14735 Main St
Upper Marlboro, MD, 20772

DEFENDANT'S NAME (LAST, FIRST, M.I.)
STRAND, Stephan Chandler

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED) Page 2 of 2

(VERGARA, Evely) and the Witness (CARMEN SALINAS, Guadalupe Del). Victim # 1 advised that, he was delivering bakery products when he was approached by two unknown armed suspects at the front door. Once inside the store, the Suspects made demands for his property. Victim # 2 and the Witness saw the Suspects and took off running towards the rear exit. One of the Suspects gave chase after Victim # 2 and the Witness and was able stop Victim #2 outside the rear exit. The Witness was able to get away. Suspect then escorted Victim #2 back inside the store and demanded money from her purse and the register. Victims fearing for their lives complied with the Suspects demands and handed over the property. Suspects stole Victim #1's Cellular phone (black Samsung Galaxy S8 # 240-413-7701) and $300 in cash from his person. Suspects stole approximately $ 60 cash from the register and nothing from Victim #2's person. Both Suspects then fled the scene in an unknown direction making good on their escape.
I then responded to the scene and assumed investigation. further investigation revealed that, the incident occurred at approximately 0405 hours but wasn't reported till 0529 hours because Victims were in shock and waited for their manager to respond who then called 911. The store surveillance video was recovered by this Detective.
On 06/24/2018 at approximately 0507 Patrol Officers from Hyattsville Police Department responded to the 7-Eleven located at 6034 Baltimore Ave, Hyattsville, Maryland 20781 in reference to a commercial armed robbery report. Once on scene, Officers made contact with the Victims and after watching the surveillance video determined that, the Suspects who robbed the La Flor De Puebla Bakery were the same Suspects who robbed the 7-Eleven. This particular 7-Eleven is in Hyattsville Police Department's jurisdiction. Det. Ramirez # 247 from Hyattsville Police Department responded and assumed the investigation. Suspects stole approximately $350 in cash from the 7-Eleven and fled in unknown direction making good on their escape.
On 06/24/2018 at approximately 0541 hours, Patrol Officers from Riverdale Police Department responded to the 7-Eleven located at 6315 Baltimore Ave, Hyattsville, Maryland 20781 in reference to a commercial armed robbery report. While in route, Officers from Riverdale Police Department observed the Suspects leaving the area on foot. Patrol Officers gave chase and apprehended the Suspects. Suspects stole approximately $300 in cash from this 7-Eleven.
Further investigation revealed that, Arrested #1 (Martin, Marcus Jermal) and Arrested #2 (Strand, Stephan Chandler) were the same Suspects who robbed all three above listed businesses. The same Suspects can be seen wearing same clothing and handguns on all three store surveillance videos. Patrol Officers recovered two loaded handguns, total of $ 1,163.00 in cash, Victim's credit cards, and a cellular phone (black Samsung Galaxy S8 # 240-413-7701) belonging to Victim #1 (MARTIN, Medina) from the Arrestees.
The second 7-Eleven is in Riverdale Police Departments Jurisdiction. I spoke to Det. Green # 102 from Riverdale Police Department who will be handling that particular 7-Eleven robbery.
Det. Ramirez obtained warrants for Arrestees for the 7-Eleven robbery in their jurisdiction.
All the above listed events occurred in Prince George's County, Maryland.

06/24/2018
Date

Det # (MUNAWAR) # 3511
Applicant's Signature

Det. Munawar # 3511
Printed Name

Tr.# 181001360735

DC-CR-001A (Rev. 04/2015)

SR031



# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

**Case No. 4E00680271**

**STATE OF MARYLAND** .VS. **STRAND, STEPHAN CHANDLER**

COMPLAINANT:
Officer: KOSLOSKY AUG 2 3 2018

Agency/Subagency: CC HPD
Officer ID: 0254 CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD.

5112 KENILWORTH AVE #2
HYATTSVILLE, MD 20781

CC#: 1800038025          SID:
LID:                     DL#:
Race: 1   Sex: M   Ht: 5' 10"   Wt: 170   Hair: BLK  Eyes: BRN
DOB: 08/21/1995   Phone(H):            Phone(W):

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: KOSLOSKY IT IS FORMALLY CHARGED
THAT STRAND, STEPHAN CHANDLER at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|-----|---------|---------|---------|---------------------------|
| 001 | 1 1420 | CR 3 202 | 25 Y | ASSAULT-FIRST DEGREE<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Teja Reddy Yampalla in the first degree in violation of CR 3-202,<br>contrary to the form of the act of the assembly in such case made and provided<br>and against the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 1420 | CR 3 202 | 25 Y | ASSAULT-FIRST DEGREE<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Desalew Lashite Arega in the first degree in violation of CR 3-202,<br>contrary to the form of the act of the assembly in such case made and provided<br>and against the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 1 1420 | CR 3 202 | 25 Y | ASSAULT-FIRST DEGREE<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Samantha Clarrisa Francis in the first degree in violation of CR 3-202,<br>contrary to the form of the act of the assembly in such case made and provided<br>and against the peace, government and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 004 | 2 0705 | CR 3 403 | 20 Y | ARMED ROBBERY<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>...did unlawfully and feloniously, with a dangerous weapon, rob Teja Reddy<br>Yampalla and violently did steal from said person U.S. currency.<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 2 0705 | CR 3 403 | 20 Y | ARMED ROBBERY<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>...did unlawfully and feloniously, with a dangerous weapon, rob Desalew Lashite<br>Arega and violently did steal from said person U.S. currency.<br>Against the Peace, Government, and Dignity of the State. |
| 006 | 2 0705 | CR 3 403 | 20 Y | ARMED ROBBERY<br>On or About 06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>...did unlawfully and feloniously, with a dangerous weapon, rob Samantha |

Date : 06/24/2018  Time : 11:51 AM

Judicial Officer: _____ 5200

Tracking No. 181001400451

**SR032**

**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at  4990 Rhode Island Ave., Hyattsville, Maryland 20781

Case No. 4E00680271

**STATE OF MARYLAND        VS.        STRAND, STEPHAN CHANDLER**

Clarrisa Francis and violently did steal from said person a wallet, various bank cards, a passport and U.S. currency.
Against the Peace, Government, and Dignity of the State.

| 007 | 2 0700 | CR 3 402 | 15 Y | ROBBERY<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did unlawfully and feloniously rob Teja Reddy Yampalla of U.S. currency.<br>Against the Peace, Government, and Dignity of the State. |
|-----|--------|----------|------|---------|
| 008 | 2 0700 | CR 3 402 | 15 Y | ROBBERY<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did unlawfully and feloniously rob Desalew Lashite Arega of U.S. currency.<br>Against the Peace, Government, and Dignity of the State. |
| 009 | 2 0700 | CR 3 402 | 15 Y | ROBBERY<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did unlawfully and feloniously rob Samantha Clarrisa Francis of a wallet, various bank cards, a passport and U.S. currency.<br>Against the Peace, Government, and Dignity of the State. |
| 010 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Teja Reddy Yampalla in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 011 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Desalew Lashite Arega in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 012 | 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>did assault Samantha Clarrisa Francis in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 013 | 1 5299 | CR 4 204 (b) | 20 Y | FIREARM USE/FEL-VIOL CRIME<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>... did use a firearm in the commission of a felony.<br>Against the Peace, Government, and Dignity of the State. |
| 014 | 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE |



# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at 4990 Rhode Island Ave., Hyattsville, Maryland 20781

Case No. 4E00680271

## STATE OF MARYLAND      VS.      STRAND, STEPHAN CHANDLER

| | | | | |
|---|---|---|---|---|
| | | | | PRINCE GEORGES COUNTY MARYLAND<br>...did carry a handgun on their person.<br>Against the Peace, Government, and Dignity of the State. |
| 015 | 1 1137 | CR 7 104 | 6 M &/or $500.00 | THEFT: $100 TO UNDER $1,500<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>... did steal U.S. currency of 7-11 store having a value of $250-350, at least $100 but less than $1,500, in the violation of CR 7-104 of the Annotated Code of Maryland.<br>Against the Peace, Government, and Dignity of the State. |
| 016 | 1 0521 | CR 7 104 ((g)(3)) | 90 D &/or $500.00 | THEFT LESS THAN $100.00<br>On or About  06/24/2018<br>6034 BALTIMORE AVE HYATTSVILLE<br>PRINCE GEORGES COUNTY MARYLAND<br>..did steal a wallet, various bank cards, a passport and U.S. currency of Samantha Clarrisa Francis having a value of less than $100.00.<br>Against the Peace, Government, and Dignity of the State. |

Date : 06/24/2018  Time : 11:51 AM

Tracking No. 181001400451

Judicial Officer: 

5200

SR034



**DISTRICT COURT OF MARYLAND FOR** Prince George's County - Hyattsville

(City/County)

LOCATED AT (COURT ADDRESS)
4990 Rhode Island Ave.

DC Case : 4E00680271

RELATED CASES:
PGPD: 18-00038025
RVPD: 18-1752714

| COMPLAINANT | DEFENDANT |
|---|---|
| Detective K. Koslosky #254 | Strand, Stephan Chandler |
| Printed Name | Printed Name |
| 4310 Gallatin St. | 5112 Kenilworth Ave. Apt.2 |
| Address | Address |
| Hyattsville, MD 20782    301-985-5060 | Hyattsville, MD 20781 |
| City, State, Zip    Telephone | City, State, Zip    Telephone |
| HCPD, CC, 0254 | CC# 18-1929 |
| Agency, sub-agency, and I.D. # | |
| | (Officer Only) |

DEFENDANT'S DESCRIPTION: Driver's License # _____ Sex M Race B Ht. 5'10 Wt. 170

Hair BLK Eyes BRN Complexion DARK Other _____ DOB 08/21/1995 ID _____

## APPLICATION FOR STATEMENT OF CHARGES

Page 1 of 3

I, the undersigned, apply for statement of charges and a summons or warrant which may lead to the arrest of the above named Defendant because on or about ___06/24/2018___ at (7-11 Store) 6034 Baltimore Ave.
                                              Date
Hyattsville, Prince George's County, Maryland _____, the above named Defendant
                                              Place
(see attached narrative)

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

_____

_____

(Continued on attached __2__ pages) (DC-CR-001A)

I solemnly affirm under the penalties of perjury that the contents of this Application are true to the best of my knowledge, information, and belief.

___06/24/2018___
Date

Officer's Signature

Det Koslosky # 254
Printed Name

I have read or had read to me and I understand the Notice on the back of this form.

_____
Date

Applicant's Signature

_____
Printed Name

Subscribed and sworn to before me this __24th__ day of __June__ __2018__
                                                         Month        Year
Time: __11:34__ ☑ AM ☐ PM    Judge/Commissioner _____
                                                              I.D. No.

I understand that a charging document will be issued and that I must appear for trial ☐ on _____
                                                                                                        Date
at _____, ☐ when notified by the Clerk, at the court location shown at the top of this form.
        Time

☐ Applicant requests reasonable protection for safety of the alleged victim or the victim's family _____
                                                                                                        Applicant's Signature

(Describe) _____.

☐ I have advised applicant of shielding right.   ☐ Applicant declines shielding.

☐ I declined to issue a charging document because of lack of probable cause.

_____
Date

_____
Commissioner

_____
I.D. No.

Printed Name

DC-CR-001 (Rev. 10/2017)

Tr.#181001400451

**SR035**

DISTRICT COURT OF MARYLAND FOR Prince George's County

| | | (City/County) |
| --- | --- | --- |

LOCATED AT (COURT ADDRESS)

4990 Rhode Island Ave. Hyattsville, MD 20782

DC Case : 4E00680271



DEFENDANT'S NAME (LAST, FIRST, M.I.)

Strand, Stephan Chandler

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)  Page 2 of 3

On 06/24/2018 at approximately 0507 hours, Hyattsville City Police Units responded to Victim 7-11, located at 6034 Baltimore Ave. Hyattsville, Prince George's County, MD 20782, for a reported armed robbery that just occurred. Once on scene, officers were able to confirm that two Suspects entered the business displaying handguns and robbed the business and a customer in the store. Upon reviewing the store surveillance video, Suspect 1 was noted to be an African-American male, wearing a white shirt over his face, no shirt on, green underwear, blue jeans, and carrying a silver semi-automatic handgun. Suspect 2 was noted to be an African-American male, wearing a camouflage pattern jacket with grey sleeves, black jeans, black/grey shoes, grey backpack, and carrying a small handgun. The Suspects were last seen fleeing the scene on foot.

Upon my arrival, I, Detective Ramirez #247, spoke with all the occupants inside the business. Victim Teja Reddy Yampalla, the shift supervisor, advised that he was in the middle of a transaction with a customer when he noticed the two men that entered the business with guns. Victim Yampalla explained that Suspect 1 jumped the counter and began demanding money from him and his co-worker, Victim Desalew Lashite Arega. Victim Yampalla stated Suspect 1 pointed the gun at Victim Arega's face while demanding their money. Victim Yampalla advised that Suspect 1 eventually noticed that the register drawer was slightly open and Suspect 1 began taking all the money from the register (approximately $250 to $350) and putting it into his pockets. Victim Yampalla advised that the Suspects left the store after getting the cash from the register.

Upon speaking with Victim Arega, he advised that he was standing behind the register area when he saw the two Suspects enter with guns. Victim Arega stated that Suspect 1 jumped the counter and Suspect 2 stayed on the other side with the customers. Victim Arega advised that Suspect 1 had a silver gun and asked for the money in the register and from the employees. Victim Arega advised that Suspect 1 pointed the gun at them and they showed Suspect 1 that their pockets were empty. Victim Arega also stated that Suspect 1 stole the money from the register and both Suspects fled shortly afterwards.

Upon speaking with Victim Samantha Clarissa Francis, a customer, she advised that she was inside the store when the two Suspects walked in with guns in hand and pointing at everyone while screaming and telling them to get on the ground. Victim Francis informed me that Suspect 2 was pointing the gun at her and told her to keep still and to give him her wallet. Victim Francis complied and handed over her wallet, which contained approximately $50 cash, various bank cards, and her passport. Victim Francis also stated that Suspect 2 was yelling at Suspect 1 to hurry up, as Suspect 1 was pointing the gun in the cashier's face and telling the cashier to empty his pockets. Victim Francis advised that Suspect 1 grabbed the money from the register and then both Suspects ran out the store.

Upon speaking with Witness Ghenet Aisha Lennon, a customer, she stated that she was inside the store with her friend, Victim Francis, when she heard yelling and then saw a gun. Victim Francis advised that she closed her eyes and sat down on the ground. Witness Lennon advised that she had seen Suspect 1 jumping the counter and she could hear someone yelling "sit down". Witness Lennon also advised that she could hear Suspect 2 yelling at Suspect 1 to hurry up.

06/24/2018
Date

Applicant's Signature

Def. Kaslosky #284
Printed Name

Tr.#181001400451

DC-CR-001A (Rev. 04/2015)

**DISTRICT COURT OF MARYLAND FOR** Prince George's County

LOCATED AT (COURT ADDRESS)                                                                                     (City/County)

4990 Rhode Island Ave. Hyattsville, MD 20782

DC Case : 4E00680271

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Strand, Stephan Chandler

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 3   of 3

Once at Riverdale Park Police Station, Suspect 1 was identified as Defendant Marcus Jermal Martin and Suspect 2 was identified as Defendant Stephan Chandler Strand. Both Defendants were found to be in possession of silver handguns and a large quantity of various denominations of US Currency. Furthermore, Defendant Strand was found to be in possession of two Capitol one bankcards in the name of (Victim) Samantha Francis. Both Defendants were also located wearing the same clothing articles as seen through the surveillance video.

Upon conferring with Riverdale Park Police and Prince George's County Police, Defendant Martin and Defendant Strand were linked to a third armed robbery (18-00038025) that occurred earlier on 06/24/2018 at La Flor de Puebla, located at 5024 Edmonston Rd. Hyattsville, MD 20781. Both Defendants are currently in custody at Riverdale Park Police Department to complete processing.

Detective Koslosky #254 attempted to interview both of the suspects, but both of them had invoked their rights.

Your affiant prays that the appropriate charges be applied against Defendant Martin and Defendant Strand.

06/24/2018
Date

Applicant's Signature

Det. Koslosky #254
Printed Name

DC-CR-001A (Rev. 04/2015)

Tr.#181001400451

Clerk of the
Circuit Court

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND   2018 AUG 28  PM 2: 42

VS.        PR GEO CO MD #19

Stephan C. Strand,                              CT181106B

Defendant

---

## MOTION TO AMEND CHARGING DOCUMENT

Comes now the State of Maryland, by and through Angela D. Alsobrooks, State's Attorney for Prince George's County, Moves that the Court Amend the Charging Document in this case in the way described below, and in support states that:

1. On Thursday, August 23rd, 2018 the above captioned case was indicted by Prince George's County Grand Jury.

2. It has come to the State's attention that case number 3E00634238 with tracking number 170002831493 was not reflected on the True Bill

3. The State has attached to this Motion, an amended True Bill

WHEREFORE, the State respectfully prays this court GRANT the State's Amendments and add case number 3E00634238 with tracking number 170002831493.

FILED

AUG 2018

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

_____
Renee M. Joy
Assistant State's Attorney
14735 Main Street
Upper Marlboro, MD 20772
301-952-4567

---

## POINTS AND AUTHORITIES

- Only those facts which need be specifically proven to satisfy an offense are substantive; all others are formal.  Brown v. State, 285 Md. 105 (1979)

- Formal amendments may be made mid-trial or before trial.  Thompson v. State, 371 Md. 473 (2002)



SR038

- When the defendant is on notice of the substance of an amendment, his ability to argue prejudice is diminished. Id.

- Where the language of a charge matches a statute other than the statute cited in the charging document, the statute may be amended as a formal matter. Id.

- Changing the name of the owner of property – be it in theft, trespass or otherwise – is formal and not substantive. Wilkins v. State, 4 Md. App. 334 (1968)

- Changing the date of an offense is formal and not substantive. Tucker v. State, 5 Md. App. 32 (1968)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on August 27, 2018, a copy of the foregoing was mailed, postage prepaid, to: Alfred Guillaume, Esq. 14450 Old Mill Road, Upper Marlboro, MD 20772

Renee M. Joy

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

*STATE OF MARYLAND*

*VS.*

**Stephan C. Strand,**

**Defendant**

**CT181106B**

---

## ORDER GRANTING STATE'S MOTION TO AMEND TRUE BILL

---

UPON CONSIDERATION of the foregoing Motion for Appropriate Relief, it is by the Circuit Court of Maryland for Prince George's County, this __4__ day of ___Sept.___ 2018,

ORDERED, that the charging document is amended in the following manner to add case number 3E00634238 with tracking number 170002831493 to the True Bill.

**Michael R. Pearson, Judge**

9/7/18



**SR040**

CT1211000B



FILED

SEP 0 7 2018

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MARYLAND

JUDICIARY

☐ **CIRCUIT COURT** ☒ **DISTRICT COURT OF MARYLAND FOR** <u>Prince George's County</u>
<span style="margin-left:auto">City/County</span>

Located at <u>14735 MAIN ST UPPER MARLBORO</u>     Case No. <u>3E634238</u>
<span>Court Address</span>

Tracking No.: _____     Associated Case No.: <u>CT 18-1106B</u>

STATE OF MARYLAND                    vs.     <u>STRAND, STEPHAN</u>
<span>Defendant</span>
<u>6060 SARGENT RD #1105</u>
<span>Address</span>
<u>HYATTSVILLE, MD  20782</u>
<span>City, State, Zip</span>                      <span>Telephone</span>

DOB: <u>06/21/1995</u>     INMATE ID #: _____     FBI #: _____     SID #: _____

## COMMITMENT PENDING HEARING
☐ CIVIL ☒ CRIMINAL ☐ TRAFFIC ☐ DOMESTIC VIOLENCE

TO: _____, <u>PG CO DETENTION CENTER</u>
<span>Title</span>                          <span>Facility</span>

**YOU ARE HEREBY COMMANDED** to receive from any officer the body of <u>STRAND, STEPHAN</u>.
<span style="float:right">Name</span>
Charges are listed below.

| Charge | CJIS | Disposition | Charge | CJIS | Disposition |
|---|---|---|---|---|---|
| ASSAULT 1ST DEG | | | ASSAULT 2ND DEG | | |
| FIREARM USE/FEL-VIOL CRIME | | | HANDGUN ON PERSON | | |
| RECKLESS ENDANGERMENT | | | DISORDERLY CONDUCT | | |

☐ Bond is set at $ _____ (_____ % acceptable). ( ☐ Secured ☐ Unsecured)

☐ Bail review was held and the bond is set at $ _____ (_____ % acceptable).
( ☐ Secured ☐ Unsecured)

☐ In default of $ _____ bail (_____ % acceptable).

☐ Bail review was held by Judge _____ and above named individual is
committed in default of $ _____ bail (_____ % acceptable).

☐ Having been surrendered by bondsman, bond of $ _____ to continue.

☒ Hold without bond.

☐ Special Conditions: _____
_____
_____

☐ Other: _____
_____

**YOU ARE FURTHER COMMANDED** to:

☐ Transfer above named individual to the jail or detention center in _____
County/City.  If the above named individual has not been transferred prior to the next session of court, and
has not had a bail review, he is to be brought before the court in your county for bail review.

☐ Produce the above named individual for further review before a judicial officer at the Court and address below:

_____

within ☐ 30 days from date of arrest ☐ 60 days from second commitment if before that time the above named
individual has not posted the bail or been arrested on a warrant of the Governor or Maryland on a requisition of
the executive authority of the State of _____, Pending hearing date: _____.

☒ Produce the above named individual for court appearance at the Court and address below:
<u>CIRCUIT COURT</u>

whenever notified for: <u>TBD</u>
_____. Pending court appearance is
set for: <u>TBD</u>    at <u>TBD</u>
<span>Date</span>        <span>Time</span>

<u>09/06/2018</u>
<span>Date</span>                <span>Clerk/Judge/Commissioner</span>                <span>ID Number</span>

CC-DC-CR-012 (Rev. 07/2017)                                                SR041



**DISTRICT COURT OF MARYLAND FOR Prince George's County**
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772

Case No. 3E00634238

**STATE OF MARYLAND    VS.    STRAND, STEPHAN CHANDLIER**

COMPLAINANT:
Officer: GREEN
Agency/Subagency: RD
Officer ID: 0102

5116 KENILWORTH AVE #3
HYATTSVILLE, MD  20781

CC#:                    SID:
LID:                    DL#:
Race: 1   Sex: M   Ht: 5' 10"   Wt: 170   Hair: BLK  Eyes: BRN
DOB: 06/21/1995   Phone(H):                    Phone(W):

*FILED*
*SEP 07 2018*
*OF THE CIRCUIT COURT*
*FOR PRINCE GEORGE'S COUNTY, MD*

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: GREEN IT IS FORMALLY CHARGED THAT
STRAND, STEPHAN CHANDLIER at the dates, times and locations specified below:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---------|---------|---------|---------------------------|
| 1 1420 | CR 3 202 | 25 Y | ASSAULT-FIRST DEGREE |
| 1 1415 | CR 3 203 | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE |
| 1 5299 | CR 4 204 (b) | 20 Y | FIREARM USE/FEL-VIOL CRIME |
| 2 0705 | CR 3 403 | 20 Y | ARMED ROBBERY |
| 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON |
| 1 1425 | CR 3 204 ((a)(1)) | 5 Y &/or $5,000.00 | RECKLESS ENDANGERMENT |
| 2 0700 | CR 3 402 | 15 Y | ROBBERY |
| 2 0050 | CR 10 201 ((c)(2)) | 60 D &/or $500.00 | DISORDERLY CONDUCT |
| 2 0055 | CR 10 201 ((c)(3)) | 60 D &/or $500.00 | FAIL OBEY RENBLE/LAWFL |
| 1 5200 | CR 4 101 ((c)(2)) | 3 Y &/or $1,000.00 | DANGEROUS WEAPON-INT/INJURE |

Date : 06/25/2018  Time : 4:37 AM

Tracking No. 170002831493

Judicial Officer: _____    **SR042**    5064

LOCATED AT (COURT ADDRESS):

4990 Rhode Island Avenue
Hyattsville, MD 20781



DC Case : 3E00634238

RELATED CASES:
...........................
...........................
...........................

| COMPLAINANT | | | DEFENDANT | |
|---|---|---|---|---|
| NAME (LAST, FIRST, M.I.) **CPL. GREEN** | | TITLE | NAME (LAST, FIRST, M.I.) **STRAND, STEPHAN, C.** | TITLE |
| AGENCY (POLICE) **RD** SUB – AGENCY **R** | | I.D. NO. **102** | MAFIS NAME (LAST, FIRST, M.I.) | TITLE |

| WORK TELEPHONE **301-927-4343** | HOME TELEPHONE **N/A** | I.D.NO. **I-16044** | RACE **B** | SEX **M** | HT. **510** | WT. **170** | D.O.B. **08/21/1995** |
|---|---|---|---|---|---|---|---|

| ADDRESS **5004 Queensbury Rd** | | APT. NO | CC/OCA **18-175-2714** | HAIR **BLK** | EYES **BRO** | OTHER DESCRIPTION **DARK** | |
|---|---|---|---|---|---|---|---|

| CITY **Riverdale Park** | STATE **MD** | ZIP CODE **20737** | DRIVER'S LICENSE # **S-365-777-115-653** | | | | STATE **MD** |
|---|---|---|---|---|---|---|---|

☐ **DOMESTIC VIOLENCE**   ☐ **HATE CRIME**

☐ **VULNERABLE ADULT ABUSE**   ☐ **CHILD ABUSE**

Page 1 of 3

| WORK TELEPHONE ( ) | | HOME TELEPHONE ( ) | |
|---|---|---|---|
| ADDRESS **5112 KENILWORTH AVE** | | | APT. NO. **2** |
| CITY **HYATTSVILLE** | | STATE **MD** | ZIP CODE **20781** |

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** | CJIS CODE **1_1420** | AR **CR 3-202** | ON OR ABOUT (DATE) **06/24/2018** | AT (PLACE) **6315 BALTIMORE AVE** Riverdale, Prince George's County, Maryland

...did assault Samuel E. Frejja in the first degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR**   SEC. **3-202;**   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE ☐ Y ☐ N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS   ID NO.

**2** | CJIS CODE **1_1415** | AR **CR 3-203** | ON OR ABOUT (DATE) **06/24/2018** | AT (PLACE) **6315 BALTIMORE AVE** Riverdale, Prince George's County, Maryland

...did assault Samuel E. Frejja in the second degree in violation of CR 3-203, contrary to the form of the act of the assembly in such case made and provided and against the peace, government, and dignity of the state.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR**   SEC. **3-203;**   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE ☐ Y ☐ N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS   ID NO.

☒ CONTINUED ON ATTACHED SHEET

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | | |
|---|---|---|
| DATE **06/24/2018** | ARRESTING OFFICER **CPL. GREEN** | 7102 |
| AGENCY **RD** | SUB-AGENCY **R** | I.D. NO. **102** |

*PLACE SMALL TRACKING STICKER HERE*

TR #

**170002831493**

DC/CR 2

**SR043**

# DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| LOCATED AT (COURT ADDRESS): | | RELATED CASES: |
|---|---|---|
| 4990 Rhode Island Avenue<br>Hyattsville, MD 20781 | *DISTRICT COURT*<br>*CASE NUMBER* | ..............................<br>..............................<br>.............................. |

| DEFENDANT'S NAME (LAST,FIRST,M.I.)<br>STRAND, STEPHAN, C. | MAFIS NAME | D.O.B.<br>08/21/1995 |
|---|---|---|

## STATEMENT OF CHARGES (CONTINUED)

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**3**

| CJIS CODE<br>1_5299 | AR<br>CR 4-204 (b) | ON OR ABOUT (DATE)<br>06/24/2018 | AT (PLACE)<br>6315 BALTIMORE AVE<br>Riverdale, Prince George's County, Maryland |
|---|---|---|---|

...did use a firearm in the commission of a felony.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR**   SEC. 4-204(b);   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE ☑ Y  N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS:   ID NO.

**4**

| CJIS CODE<br>2_0705 | AR<br>CR 3-403 | ON OR ABOUT (DATE)<br>06/24/2018 | AT (PLACE)<br>6315 BALTIMORE AVE<br>Riverdale, Prince George's County, Maryland |
|---|---|---|---|

...did unlawfully and feloniously, with a dangerous weapon, rob 711 and violently did steal from said person United States Currency and 3 packs of Newport cigarettes .

IN VIOLATION OF
☐ MD. ANN. CODE, ART. **CR**   SEC. 3-403;   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE · Y  ☑ N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS   ID NO.

**5**

| CJIS CODE<br>1_5212 | AR<br>CR 4-203 | ON OR ABOUT (DATE)<br>06/24/2018 | AT (PLACE)<br>6315 BALTIMORE AVE<br>Riverdale, Prince George's County, Maryland |
|---|---|---|---|

...did wear, carry and transport a handgun upon and about their person.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR**   SEC. 4-203;   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE ☑ Y  N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS   ID NO.

**6**

| CJIS CODE<br>1_1425 | AR<br>CR | ON OR ABOUT (DATE)<br>06/24/2018 | AT (PLACE)<br>6315 BALTIMORE AVE<br>Riverdale, Prince George's County, Maryland |
|---|---|---|---|

...did recklessly engage in conduct, to wit: pointing a loaded firearm at victim , that created a substantial risk of death or serious physical injury to Samuel E. Frejja.

IN VIOLATION OF
☐ MD. ANN. CODE, ART. **CR**   SEC. 3-204(a)(1);   ☐ COMMON LAW OF MD;   ☐ PUB. LOCAL LAW, ART.   SEC.   PROBABLE CAUSE ☑ Y  N

☐ COMAR OR AGENCY CODE NO.   ;   ☐ ORDINANCE NO.   ;   AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE   COMMISSIONER INITIALS   ID NO.

☐ CONTINUED ON ATTACHED SHEET

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | | *TRACKING NUMBER*<br>**170002831493** |
|---|---|---|
| DATE<br>06/24/2018 | ARRESTING OFFICER<br>**CPL. GREEN**   -102 | |
| AGENCY<br>**RD** | SUB-AGENCY   I.D. NO.<br>R   102 | **SR044** |

**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

| LOCATED AT (COURT ADDRESS): | | RELATED CASES: |
|---|---|---|
| 4990 Rhode Island Ave., Hyattsville, MD 20781 | *DISTRICT COURT CASE NUMBER* | ................................. ................................. ................................. |

| DEFENDANT'S NAME (LAST,FIRST,M.I.) STRAND, STEPHAN, C. | MAFIS NAME | D.O.B. 08/21/1995 |
|---|---|---|

## STATEMENT OF CHARGES (CONTINUED)

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**7** | CJIS CODE 2_0700 | AR CR 3-402 | ON OR ABOUT (DATE) 06/24/2018 | AT (PLACE) 6315 BALTIMORE AVE Riverdale, Prince George's County, Maryland

...did unlawfully and feloniously rob 711 of United States Currency and 3 Newport Cigarettes.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR** SEC. **3-402;**  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW, ART.  SEC.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  PROBABLE CAUSE Y N  COMMISSIONER INITIALS:  ID NO.
☐ COMAR OR AGENCY CODE NO.  ;  ☐ ORDINANCE NO.  ;

**8** | CJIS CODE 2_0050 | AR CR 10-201(c)(2) | ON OR ABOUT (DATE) 06/24/2018 | AT (PLACE) 6315 BALTIMORE AVE Riverdale, Prince George's County, Maryland

...did wilfully act in a disorderly manner to the disturbance of the public peace.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR** SEC. **10-201(c)(2) ;**  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW, ART.  SEC.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  PROBABLE CAUSE Y N  COMMISSIONER INITIALS:  ID NO.
☐ COMAR OR AGENCY CODE NO.  ;  ☐ ORDINANCE NO.  ;

**9** | CJIS CODE 2_0055 | AR CR 10-201(c)(3) | ON OR ABOUT (DATE) 06/24/2018 | AT (PLACE) 6315 BALTIMORE AVE Riverdale, Prince George's County, Maryland

...did wilfully fail to obey a reasonable and lawful order of a law enforcement officer, to wit, the defendant was ordered to stop running from police officers , made to prevent a disturbance to the public peace.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR** SEC. **10-201(C)(3);**  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW, ART.  SEC.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  PROBABLE CAUSE Y N  COMMISSIONER INITIALS:  ID NO.
☐ COMAR OR AGENCY CODE NO.  ;  ☐ ORDINANCE NO.  ;

**10** | CJIS CODE 1_5200 | AR CR 4-101(c)(2) | ON OR ABOUT (DATE) 06/24/2018 | AT (PLACE) 6315 BALTIMORE AVE Riverdale, Prince George's County, Maryland

...did openly wear and carry a loaded handgun, a dangerous weapon, with the intent and purpose of causing injury to Samuel E. Frejja in an unlawful manner.

IN VIOLATION OF
☒ MD. ANN. CODE, ART. **CR** SEC. **4-101(c)(2);**  ☐ COMMON LAW OF MD;  ☐ PUB. LOCAL LAW, ART.  SEC.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE  PROBABLE CAUSE Y N  COMMISSIONER INITIALS:  ID NO.
☐ COMAR OR AGENCY CODE NO.  ;  ☐ ORDINANCE NO.  ;

☐ CONTINUED ON ATTACHED SHEET

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | | *TRACKING NUMBER* **170002831493** |
|---|---|---|
| DATE 06/24/2018 | ARRESTING OFFICER CPL. GREEN | |
| AGENCY | SUB-AGENCY | I.D. NO. |

**SR045**



**DISTRICT COURT OF MARYLAND FOR PRINCE GEORG... COUNTY**

LOCATED AT (COURT ADDRESS):

4990 Rhode Island Ave, Hyattsville, MD 20781

DC Case : 3E00634238



RELATED CASES:
.............................
.............................
.............................

| COMPLAINANT | | | DEFENDANT | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME (LAST, FIRST, M.I.) **Cpl.Green** | | TITLE **Cpl** | NAME (LAST, FIRST, M.I.) **Strand, Stephan Chandler** | | | | | | TITLE |
| AGENCY (POLICE) **RD** | SUB – AGENCY **R** | I.D. NO. **102** | MAFIS NAME (LAST, FIRST, M.I.) | | | | | | TITLE |
| WORK TELEPHONE **301-927-4343** | | HOME TELEPHONE **N/A** | I.D.NO. **I-16044** | RACE **B** | SEX **M** | HT. **5'10** | WT. **170** | | D.O.B. **08/21/1995** |
| ADDRESS **5004 Queensbury Rd** | | APT. NO | CC/OCA **18-175-2714** | HAIR **BLK** | EYES **BRN** | OTHER DESCRIPTION | | | |
| CITY **Riverdale Park** | STATE **MD** | ZIP CODE **20737** | DRIVER'S LICENSE # | | | | | | STATE **MD** |

☐ **DOMESTIC VIOLENCE**   ☐ **HATE CRIME**

☐ **VULNERABLE ADULT ABUSE**   ☐ **CHILD ABUSE**

Page 1 of **3**

| WORK TELEPHONE ( ) | | HOME TELEPHONE ( ) | |
|---|---|---|---|
| ADDRESS **5116 Kenilworth Ave** | | | APT. NO. **3** |
| CITY **Hyattsville** | | STATE **MD** | ZIP CODE **20781** |

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

On 6/24/2018 at 0541 hours, Riverdale Park Police officers responded to 6315 Baltimore Ave (7-11) Riverdale Park MD 20737 for a commercial armed robbery that had just occurred. Just a few seconds later, officers arrived on scene and made contact with the store employee(Samuel Freija). While speaking with the employee he advised that two black males entered the store with a gun and demanded money. The employee then advised that both males left just seconds before officers arrived heading N/B on Kenilworth Ave. Responding officers to the area located two males matching the description in the 6500 block of Baltimore Ave. Upon both males seeing police in the area they then fled in different directions. One of the males continued N/B inside the shopping center of Riverdale park station. Officers then entered the first two entrances from Baltimore Ave boxing in the suspect. Stephan Chandler Strand was taken into custody without incident on the south side ramp entrance.

Search incident to arrest of Strand, officers removed a grey in color Jansport backpack that he was wearing. Inside the book bag was a silver in color Smith & Wesson (serial# TVF0837) 22 caliber handgun with a black hand grip. The handgun was loaded with eight (8) rounds in the magazine and one (1) in the chamber. Out of the total nine (9) rounds of ammunition, five (5) of the rounds were buck shot style bullets. Also inside the backpack was $25.09 in loose change, $21.00 in coin rolls, $107.00 in one (1) dollar bills and one (1) $10.00 bill. The total amount of US currency located in the backpack was $163.09. Three (3) packs of Newport cigarettes, one credit and debit card (Capital One) belonging to Samantha Francis. A search of Strands person revealed a black in color Samsung Galaxy Note 8 (serial # R28J945ESPX), Iphone with red cover, one Milwaukee pocket knife with marijuana residue on blade, yellow Bic lighter and Big Bambu rolling papers from his right pocket. Strand also had $ 330.00 in US currency, $ 1.83 in loose change, two (2) smart trip metro cards, global cash card, purple Bic lighter, 1.4 grams of suspected marijuana, Pot O Miracle lip balm and 100 plastic spade logo baggies in his left pocket. The total amount of US currency on Strand was $494.92. After completion of search incident to arrest, Pfc. Harbitz#115 then transported Strand to Riverdale Park Police station for processing.

☒ CONTINUED ON ATTACHED SHEET

PROBABLE CAUSE CHARGES # _____

LACK OF PROBABLE CAUSE CHARGES # _____

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | I HAVE REVIEW THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT ☑ THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT |
|---|---|
| DATE **06/24/2018** / ARRESTING OFFICER **Cpl.Green** | ☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE |
| AGENCY **RD** / SUB-AGENCY **R** / I.D. NO. **102** | DATE **6-25-18** / JUDICIAL OFFICER / COMMISSIONER I.D. NO. **J064** |

TRACKING NUMBER
170002831493

**SR046**
DC/CR 4



DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| LOCATED AT (COURT ADDRESS): 4990 Rhode Island Ave., Hyattsville, MD 20781 | DC Case : 3E00634238 |
|---|---|

| DEFENDANT'S NAME (LAST, FIRST, M.I.) **Strand, Stephan Chandler** | MAFIS NAME |
|---|---|

Page 2 of 3

## STATEMENT OF PROBABLE CAUSE
**ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS**

Officers who were still on scene searching for the other suspect then set up a perimeter in the area. Officers then observed the suspect in the area of the Army Reserve Center located at 6601 Baltimore Ave. The suspect then fled into the residential neighborhood. Officers then moved the perimeter into the residential neighborhood. Just a short time later, officers the located the suspect again in the yard of 4510 Tuckerman St. Officers then gave verbal commands to stop running and to surrender. The suspect then exited that yard and entered the yard of 4516 Tuckerman St. Next to that yard is a creek that runs parallel to Baltimore Ave. The suspect then jumped/climbed the five (5) foot fence and entered the creek attempting to lay down in the water to avoid detection. Officers then observed the suspect in the creek and entered. The suspect then started screaming officers had no probable cause to stop him and that officers were harassing him. Once he was taken into custody, a search incident to arrest revealed he was in possession of a silver in color North American Arms Guardian 32 caliber handgun (serial #DA00513) that was located in his right pocket. A gold necklace with diamond style cross, two(2) black in color cell phones, three (3) keys, and 27.5 grams of suspected marijuana. The suspect had $ 670 dollars in US currency. The suspect was then lifted back over the fence with the assistance of several officers. Once the suspect was over the fence, Pfc. Swann #103 then transported the suspect to Riverdale Park Police station for processing. While at the station, he provided his name (Martin, Marcus Jermal) and other information for processing.

While still on scene speaking with other officers, Hyattsville officers informed me that the same two suspects that were taken into custody by Riverdale Park Police officers were the same two suspects that were involved in a robbery in their town. Hyattsville officers informed me that the same two suspects entered the 7-11 located at 6034 Baltimore Ave Hyattsville MD 20784 at 0507 hours. They provided pictures that were obtained from their incident. While reviewing the pictures, both suspects were confirmed as the suspects in there incident as well. Strand was seen holding the North American Arms handgun in this incident while Martin had the Smith & Wesson handgun. Martin who was seen wearing blue jeans in their robbery covering a portion of his face still had the same exact clothing on. Martin who also was not wearing a belt during the time of this incident pants were falling down and boxers were exposed. Officers were able to see that Martin was wearing blue in color boxers. Strand was wearing black jeans with a camo style sweatshirt on with the hood over his head as entered the 7-11. During the apprehension of Strand by Riverdale Park Police, Strand had then removed the sweatshirt and only was wearing white shirt. After sharing details on the two incidents, it was discovered that Strand and Martin changed handguns during the two robbery's. Hyattsville officers also advised once they fled 7-11 they headed N/B on Baltimore Ave. Prince George's county police who was also on scene advised they had a commercial robbery at 5024 Edmonston Rd (La Flor De Puebla) Hyattsville MD 20781 by the same two suspects. The robbery that took place at the above address, the two suspects also took a cell phone from someone. While at Riverdale Park station, Prince George's County had the victim call his cell phone which started ringing. Also, the victim of the cell phone confirmed the picture that was set on his home screen. The cell phone was taken by Prince George's county and released back into the custody of the owner.

☒ CONTINUED ON ATTACHED SHEET

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | | |
|---|---|---|
| DATE **06/24/2018** | ARRESTING OFFICER Cpl.Green Cpl. #102 | |
| AGENCY **RD** | SUB-AGENCY R Cpl. | I.D. NO. **102** |

| TRACKING NUMBER |
|---|
| 170002831493 |

**SR047**

DC/CR 4A

**DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

| | |
|---|---|
| LOCATED AT (COURT ADDRESS):<br><br>4990 Rhode Island Ave., Hyattsville, MD 20781 | *DISTRICT COURT*<br>*CASE NUMBER* |

| | |
|---|---|
| DEFENDANT'S NAME (LAST, FIRST, M.I.)<br><br>**Strand, Stephan Chandler** | MAFIS NAME |

## STATEMENT OF PROBABLE CAUSE
### ARREST ON TRAFFIC/NATURAL RESOURCES/MASS TRANSIT CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

Pfc. Harbitz then returned back to 7-11 located at 6315 to speak with the employee who was working during the incident and also review the video. The video confirmed the robbery and both suspects involved. Both suspects enter the store brandishing weapons at the employee while demanding money. Both suspects are seen placing money in their pockets as well as the backpack that Strand was holding. The employee takes money from both registers and gives it to the suspects in fear for his life. Shortly after the suspects received all the money they then fled N/B on Baltimore Ave. At the time of this incident. The employee was not injured during this incident and required no medical attention. The employee also responded to the station and provided a written statement of the incident.

During processing at the station, Maryland State Police gun center was contacted in reference to both suspect. Maryland State police advised Martin was prohibited from being in possession of any fire arm. Martin was also arrested through our agency on 12/26/2017 for handgun on person as a juvenile. A stolen check was also conducted on both weapons and the North American Arms had a potential hit for being stolen but not able to confirm as of now that Martin was in possession of. Both subjects refused to provide any written or oral statements while at the station. Also, during the course of this investigation it appeared that both subjects changed clothes with each other after every robbery.

Hyattsville PD obtained an arrest warrant (D180339891) for Martin and for Strand (D180339902). Prince George's County will be obtaining arrest warrants for them as well for the incident described above and possible other ones.
After completion of paper work, both subjects were transported to Upper Marlboro department of corrections and released without incident.

All events occurred in Prince George's County Maryland

☐ CONTINUED ON ATTACHED SHEET

| I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | |
|---|---|
| DATE<br>**6/24/2018** | ARRESTING OFFICER<br>**Cpl.Green** Cpl. *[signature]* #102 |
| AGENCY<br>**RD** | SUB-AGENCY<br>R *[signature]* 102 | I.D. NO. |

| TRACKING NUMBER |
|---|
| 170002831493 |

**SR048**

DC/CR 4A

NEGOTIABLE A SECURITY-15 U.S.C NEGOTIABLE

THIS IS A U.S.S.E.C TRACER FLAG

MARYLAND: IN THE PRINCE GEORGES COUNTY CIRCUIT COURT OF

V.

Stephan Chandler Strand/Director/Fiduciary
STEPHAN CHANDLER STRAND, Corp.

case: CT181106B

## MOTION FOR DISMISSAL FOR DUE PROCESS VIOLATION BY DEFECTIVE INDICTMENT

## NOTICE OF MOTION

Now comes Stephan Chandler Strand, The Qualified Beneficiary, Director and/or Fiduciary making a special appearance for his TRUST and/or DEFENDANT in his PERFECTED FORM IN PROPRIA PERSONA, as a human being born alive pursuant to Title 1 U.S. Code Section 8. As the Qualified Beneficiary, Director and/or Fiduciary for the DEFENDANT and/or his TRUST, on this day moves for dismissal for Due Process Violation inwhich has put the Peditioners Liberty in jeopardy, inwhich is protected & vested under the Law of Maryland Declaration of Rights Art. 21&24, and double protected by The United States Constitution of OLD Law of the 5th Amendment & of the new 14th Amendment of the Due Process Clause.

## Supportive Law

According to Maryland Rule 4-202(B) Signature on charging document(2), Method of signing (E). If an indictment or criminal information is not signed personally by the elected or appointed States Attorney, may also appear proper endorsement, in accordance to Uniform Commercial Code and Law of bond/Indictment/Contract, all documents must be properly

or appointed States Attorney may also appear proper endorsement, in accordance to Uniform Commercial Code and Law of Bond/Indictment/Contract, all documents must be properly endorsed or it becomes Defective and viod inwhich violates proper Due Process, also see State V. Romulus 315 Md. 526, 555 A.2d 494 (1989), Newkirk v. State, 14 Md. App. 128, 286. A.2d 219 (1972).

Now petitioner moves to seek dismissal of defective indictment upon Instant Action.

I declare that, to the best of my Knowledge and belief, the information herein is true, correct, and complete.

Executed this 23rd day of September, 2019

Signed _____

UCC 1-308 WITHOUT PREJUDICE

## NOTARY ACKNOWLEDGMENT

This Affidavit was acknowledged before me on the 23rd day of September, 2019 by Stephan Chandler Strand, who being First duly sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her and that the matter stated herein are true to the best of his/her information, knowledge, and belief.

## Certificate of Service

I hereby sworn on this day of the ___ of September, with the help of The Clerk of The Court that all parties recieve copies

_____

Stephan Strand

13400 Dille Dr.

Upper Marlbin, MD 20772

**SR050**

NEGOTIABLE A SECURITY-15 U.S.C. NEGOTIABLE

THIS IS A U.S.S.E.C. TRACER FLAG

MARYLAND: IN THE PRINCE GEORGES COUNTY CIRCUIT COURT OF

V.

Stephan Chandler Strand/Director/Fiduciary

STEPHAN CHANDLER STRAND, Corp.

case: CT181106B

MOTION TO QUASH AND DISMISS
DUE TO ILLEGALLY OBTAINED EVIDENCE
BEFORE A GRAND JURY PER 9-11.231
AND LACK OF SUBJECT MATTER JURISDICTION

NOTICE OF MOTION

THE REMEDY SUPPORTING THE indemnity of American Nationals, form the harm of incurring the penalty of paying fraudulent claims as Enemies of The State, in a manner demanded or otherwise offered, by agents seeking their own unjust enrichment from wages of their unprovoked mixed-war, lies in a perfect defense, with the guarantee of victory in the Counter claim, PRESENT as a COMMERCIAL LIEN The United States code SHALL REPRESENT the PUNISHMENT of God, therefore if thou Clerk of Court, Judges, prosecutors, attorneys, law enforcement officers and agents of this court had not committed such GREAT SINS upon one of GOD'S People, identified under our constitutional contract as "We The People" protected by the "Treaty of Peace and Friendship," then GOD would not have set a punishment like my COMMERCIAL LEIN upon thee, against thine SURETY BONDS, enforced upon thee by Title 42 USC 1988, for TERRIBLE damages in suit, under the pecuniary liability. Now the National American, Principle director and/or Fiduciary Stephan Chandler Strand making a special appearance for his TRUST and/or DEFENDANT

SR051

in his PERFECTED FORM, IN PROPRIA PERSONA recognized by Federal Law as a human being born alive, Per Title 1 U.S. Code Section 8, will rely upon the following Facts in support of this motion to quash & dismiss.

I declare that, to the best of my knowledge and belief the information herein is true, correct, and complete. Executed this 23rd day of September, 2019.

Signed: _____

UCC 1-308 WITHOUT PREJUDICE

## NOTARY ACKNOWLEDGMENT

This Affidavit was acknowledged before me on this 23rd day of September, 2019 by Stephan Chandler Strand, who being sworn on oath according to law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her, and that the matters stated herein are true to the best of his/her information, knowledge, and belief.

NEGOTIABLE A SECURITY-15 U.S.C. NEGOTIABLE

THIS IS A U.S.S.E.C. TRACER FLAG

MARYLAND: IN THE PRINCE GEORGES COUNTY CIRCUIT

COURT OF

**FILED**

V.

Stephan Chandler Strand/Director/Fiduciary

STEPHAN CHANDLER STRAND, Corp.

OCT 0 3 2019

6961

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

case: CT181106B

TO BE
REMOVED →
MOTION SET
FOR 1/23/19

Motion To QUASH AND DISMISS
DUE TO ILLEGALLY OBTAINED
EVIDENCE BEFORE A GRAND JURY
PER 9.11.231 & LACK OF SUBJECT
MATTER JURISDICTION

NOTICE OF MOTION

Now comes Stephan Chandler Strand, The Qualified Beneficiary, Director
and/or Fiduciary making a special appearance for his TRUST and/or
DEFENDANT in his PERFECTED FORM IN PROPRIA PERSONA, as
a human being born alive pursuant to Title 1 U.S. Code Section 8.
As the Qualified Beneficiary, Director and/or Fiduciary for the TRUST
and/or the DEFENDANT on this day do here by authorize the
immediate full payment of the Plaintiffs claim, to include all
reasonable attorneys fees. Furthermore this is to ADVISE the courts
that I object to the court appointed attorney, from this point on the
Court Appointed Attorney is OFFICIALLY FIRED, please remove
the Attorney from the case, I'm representing myself PRO PER. The
prosecutor attorney can deal with me directly. Please send all
transcripts pertaining to the Strand case.

SR053

(Page 1

Please and thank you, and also a copy of the entire case file. Furthermore, as the Qualified Beneficiary for his TRUST and/or the DEFENDANT the Director and/or Fiduciary Stephan Chandler Stra challenges the Courts Subject Matter Jurisdiction to proceed agains a living National American, using constitutionally defective statutes, where no issue has been raised, there is no proof of a bonafide claim, and the right not to be compelled to contract has been secured under the explicit reservation of the Qualified Beneficiary's rights per UCC 1-308, rendering any default judgement awarded for the plaintiff, using constitutionally, defective statutes presented as illegally obtained evidence before a GRAND JURY, FRAUDULANT, VOID on its FACE & WITHOUT FORCE of effect.

I declare that, to the best of my knowledge and belief, the information herein is true, correct, and complete.

Executed this ___23rd___ day of __September__, 2019

Signed [signature]

UCC 1-308 WITHOUT PREJUDICE

## NOTARY ACKNOWLEDGMENT

This Affidavit was acknowledged before me on the 23rd day of September, 2019 by Stephan Chandler Strand, who being first duly sworn on oath according to Law, deposes and says that he/she has read the foregoing Affidavit subscribed by him/her and that the matters stated herein are true to the best of his/her information, knowledge and belief.

SR054

**In The Circuit Court For Prince George's County, Maryland**

State of Maryland
Assistant State's Attorney: Renee M Joy
    VS
Stephan Chandler Strand
Defendant: (✓) Present   ( ) Not Present
I.D. #: CT181106B
Tracking #: 181001360735
District CT #: CR0E00680323

Case ID: CT181106B

Date: 25-Oct-2019

Clerk: 678 DB
Code: _701_

Defense Attorney: _Pro-Se_
Judge: Rattal    ms. Bradley

Reporter: _____

1. Line withdrawing motions, filed. / Motions withdrawn without prejudice.
2. Defendant appeared without counsel. Defendant advised of right to counsel. MD Rule 4-215 fully complied with.
   ~~Defendant referred to Public Defender. No further continuances to obtain counsel. No motions filed.~~
   ~~Line entering appearance of~~ _Defendant advised to right of_
4. ~~Joint / State / Defendant's~~ continuance – granted/~~denied~~. _Jail visit rescheduled_
5. Reset for definite motions _11|8|19_
6. Reset / Continued to new trial date _____
7. Plea of not guilty withdrawn and _____ plea of guilty entered to Count _____
   _____ verdict guilty / court accepts plea
8. Pre-sentence / Pre-plea investigation ordered. Short / Long form. Sentencing Date: _____
   at 9:30am before Judge: _____. Bond to continue / Remanded to custody of the sheriff pending
   sentencing. All parties and attorneys notified. _____
9. Pre-sentence Report waived / sealed and filed in open court.
10. Sentenced to the Jurisdiction of the Division of Correction / P. G. County Correctional Center as follows:
    Count _____ for a period of _____ years; all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ pay a fine of $ _____.
11. Sentence to commence as of _____.    ( _____ days credit given).
12. All but _____ suspended and defendant is placed on supervised / unsupervised / unpapered
    probation for a period of _____.
13. Sentence to be served in the County Detention Center.
14. Sentence to incarceration is suspended and defendant is placed on supervised / unsupervised / unpapered
    probation for a period of _____.
15. Defendant to serve _____ consecutive weekends in the P. G. County Correctional Center from Fri. 6:00pm to
    Sun. 6:00pm. Commencing _____
16. Further proceedings deferred. Entry of judgment stayed pursuant to Criminal Procedure Section 6-220, and the
    defendant is placed on supervised / unsupervised / unpapered probation for a period of _____.
17. Court costs assessed / waived $ _____. Public Defender fee $ _____.
18. Order for probation, filed.
19. (A) Stet    (B) Nolle Pros    (C) Judgement of Acquittal    (D) Not Guilty    (E) Nolle Pros Remaining Counts
20. Defendant failed to answer. Ordered that bond forfeit / revoked, bench warrant issue, returnable to Circuit Court
    Only. Bond set at _____.    FTA: _____
21. Any bench warrants are recalled. Any bond discharged.
22. Court recommends work release / home detention / day reporting under HIDTA. ( ) TTP Approved.
23. Restitution $_____ to:_____
24. Defendant released as to this case only.
25. ☐ TTP Approved.
26. ( ) AGD Domestic Violence Guilty    ( )AGP Domestic Violence PBJ.
27. ( ) AGO Order to Surrender firearms signed and attached.
28. _Discovery handed to Defendant in open court_

DFC. K. L_____ SR655
10-25-19

26
JAIL

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

State of Maryland
_____ Plaintiff _____
Renee m Joy
**Plaintiff's or States Attorney**

— vs —

Stephan Chandler Shard
**Defendant**
Pro Se
**Defendant's Attorney**

Case # CT18110ueB

Judge _Rattal_

Date 10-30-2019

Court Clerk #4013

Code _____

## DOCKET ENTRIES

~~Assistant~~ States Attorney pplied information regarding this
case on the record

Judge Rattal; ms. Atonzo, Reporter

case to remain set for motions on 11/8/2019

---

**SR056**
P.G.C. FORM #2222-A (Rev. 4/95)

Add on J

## In The Circuit Court For Prince George's County, Maryland

State of Maryland
State's Attorney: Renee Joy

VS

Stephan Chandler Strand

Defendant: (X) Present   ( ) Not Present

Defense Attorney: Pro Se

Case ID: CT181106B

Date: 11-18-19

Clerk: 745JR

Code: 704

1. Judge: Woodard                                    ; Ms. Susan A Milton                    Reporter
2. Defendants Motion (Short) to dismiss - Denied
   ~~Plea Agreement~~ Plea offer filed
3. ~~Joint~~ / State / ~~Defendant's~~ continuance – granted/~~denied~~ Essential Witness Unavailable
4. Reset to 12-19-19 at 9:00 AM / ~~PM~~ for
   a Status Hearing and 1-27-20 at 9:00 am for Trial
5. Motions withdrawn without prejudice.
6. Plea of not guilty withdrawn and _____ plea of guilty entered to Count _____

   Verdict guilty / Court accepts plea
7. Pre-sentence / Pre-plea investigation ordered. Short / Long form. Sentencing Date: _____
   at 9:30am before Judge: _____.
   Bond to continue / Remanded to custody of the sheriff  pending sentencing.  All parties and attorneys notified.
8. Pre-sentence Report waived / sealed and filed.
9. Sentenced to the Jurisdiction of the Division of Correction / County Correctional Facility   as follows:
   Count _____ for a period of _____ years; all but _____ suspended.
   Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
       all but _____ suspended.
   Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
       all but _____ suspended.
   Count _____ pay a fine of $ _____.
10. Sentence to commence as of _____. ( _____ days credit given).
11. All but _____ suspended and defendant is placed on supervised / unsupervised / unpapered probation
    for a period of _____.
12. Sentence to be served at the County Correctional Facility.
13. Sentence to incarceration is suspended and defendant is placed on supervised / unsupervised / unpapered probation
    for a period of _____
14. Further proceedings deferred. Entry of judgment is stayed pursuant to Criminal Procedure Section 6-220, and the
    defendant is placed on unsupervised / supervised / unpapered probation for a period of _____.
15. Court costs assessed / waived $ _____. Public Defender fee $ _____.
16. Order for Probation, filed.
17. ( ) Stet   ( ) Nolle Pros   ( ) Not guilty   ( ) Judgment of Acquittal   ( ) Nolle Pros remaining counts.
18. Defendant failed to answer. Appeal is dismissed. Case returned to District Court.
19. Defendant failed to answer. Ordered that bond forfeit / bond revoked. Bench Warrant issue, returnable to Circuit
    Court Only.  No Bond / Bond set at _____. FTA: _____
20. Any bench warrants are recalled.  Any bond discharged.
21. Court ( ) Recommends  ( ) Orders  ( ) Home Detention  ( ) Interlock Device
22. Restitution of $ _____ To: _____
23. Defendant released as to this case only.
24. ☐ TTP Approved
25. ( ) AGD Domestic Violence Guilty  ( )AGP Domestic Violence PBJ
26. ( ) AGO Order to Surrender firearms granted and signed and attached
27. Defendant's Motion (Short) to set bond - Reserved

SR057



**AISHA N. BRAVEBOY**
STATE'S ATTORNEY

**JASON B. ABBOTT**
PRINCIPAL DEPUTY STATE'S ATTORNEY

### State's Attorney for Prince George's County
14735 Main Street, Suite M3403
Upper Marlboro, Maryland  20772
301-952-3500



October 29, 2019

Stephan Chandler Strand
P.G. County Detention Center
13400 Dille Drive
Upper Marlboro, MD  20772

RE:  State of Maryland v. Stephan Chandler Strand
CT181106B

Dear Mr. Strand:

This is to advise that the State is offering you an opportunity to enter a plea of guilty to:

| | |
|---|---|
| Count One: | Armed Robbery (Max – 20 Years) |
| Count Five: | Firearm Use (Max – 20 Years) |
| Count Thirteen: | Armed Robbery (Max – 20 Years) |
| Count Seventeen: | Firearm Use (Max – 20 Years) |
| Count Thirty-One: | Armed Robbery (Max – 20 Years) |

The defendant agrees as part of the plea agreement to request a Pre Sentence Investigation by Parole and Probation after accepting the plea and prior to sentencing.  Any and all offender scores are to be determined pursuant to the instructions set forth in the Maryland Sentencing Guidelines Manual.  **The State will be making the following recommendation:**

| | |
|---|---|
| Count One: | Twenty (20) years suspend all but middle of the guidelines |
| Count Five: | Five (5) years mandatory, concurrent with Count One |
| Count Thirteen: | Twenty (20) years suspend all but middle of the guidelines.  Count Thirteen will run consecutive to Count One and Count 5. |
| Count Seventeen: | Five (5) years mandatory.  Count Seventeen will run consecutive to Count One and Count Five.  Count Seventeen will run concurrent with Count Thirteen. |
| Count Thirty-One: | Twenty (20) years suspend all but middle of the guidelines.  Count Thirty-One will run consecutive to all other Counts. |

With regards to the executed portion of the sentence, the Defendant will be free to allocute within the sentencing guidelines.  The State will further request a five (5) year period of probation with all standard conditions along with the following special conditions; Stay away from all victims and witnesses and submit to random drug testing.

Sincerely,

Renée Mortel Joy
Assistant State's Attorney

In The Circuit Court For Prince Georges County, Maryland
State of Maryland

**FILED**                    CT181106B          **FILED**

V.

Stephan C. Strand          NOV 07 2019                    NOV 07 2019

CLERK OF THE CIRCUIT COURT          CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD          FOR PRINCE GEORGE'S COUNTY, MD

Now comes Principle Director and/or Fiduciary, Stephen Chandler Strand making a special appearance for his TRUST and/or DEFENDANT, in his PERFECTED FORM, IN PROPRIA PERSONA, submitting an affidavit rebutting the points made by the State's Attorney, in their Opposition and answers to my motions.

1.) In the State's Attorney's "Opposition To Defendants Motion to Dismiss" the said charges & offenses do not adequately apply, and are not appropriate to Common Law charges.

2.) Common Law Jurisdiction deals with a sworn complaint by an injured party, as well as 'Corpus Delecti'

3.) There is no formal sworn complaint by an injured party mentioned anywhere in the Strand case, nor has there been an injured party present at any of the defendant's court hearings.

4.) The Corporate State of Maryland cannot lawfully represent "The People" nor can it bring forth Common Law charges toward a National Living American.

1.) In the State's Attorney's "Opposition To Bill of Particulars," the Assistant State's Attorney does not need an "oral request" or "a proper written request."

2.) According to Md. Rule 4-263, Discovery in Circuit Court, "Without the necessity of a request, the State's Attorney shall provide to the defense."

SR060

(page 1

3) Statements
4) Criminal record
5) State witnesses
6) Prior conduct
7) Exculpatory information
8) Impeachment information
9) Searches, seizures, surveillance, and pretrial identification
10) Reports or statements of experts
11) Evidence for use at trial
12) Property of the defendant. The opportunity to inspect, copy and photograph all items obtained from a belonging to the defendant whether or not the State's Attorney intends to use the items at a hearing or at trial.

2) In the State's Attorney "Answer To Motion To Supress," the State's Attorney has misunderstood the meaning of the name of two of the motions I've sent them.

2) I've submitted "Motions to Quash And Dismiss Due To Illegally Obtained Evidence Before A Grand Jury And Lack Of Subject Matter Jurisdiction," Not to be confused with a "Motion To Supress"

3) Quash being defined as "to declare null & void"

4) Dismiss being defined as "refuse to give a legal case further hearing in court"

5) To this day the court has failed to prove jurisdiction over my body as a natural human being, and lawfully cannot move forward until it is proven.

6) Without subject matter, no crime exist.

(page 2.

SCANNED

7.) By rule of "Corpus Delecti" a case must be dismissed for lack of injured party

8.) "For a crime to exist, there must be an injured party. There can be no sanction or penalty imposed on one because of this exercise or constitutional right. That is taken from Shearr V. Cullen 481 F.2d 946

I declare that, to the best of my knowledge and belief the information herein is true, correct and complete. Executed this 31st day of October, 2019.

Signed: _____

UCC 1-358 WITHOUT PREJUDICE

## Certificate of Service

I hereby sworn on this day of the 31st of October, with the help of The Clerk of The Court that all parties recieve copys.

Stephan C. Strand
13400 Brile Dr.
Upper Marlboro, MD 20772

SR062

Page 3.

Negotiable   A Security - 15 U.S.C. Negotiable

This Is A U.S.S.E.C Tracer Flag.

Maryland. In The Prince Georges County Circuit

Court Of

V.

Stephan Chandler Strand /Director/Fiduciary

STEPHAN CHANDLER STRAND, Corp.

**FILED**
#844
DEC 0 4 2019

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

case: CT181106B

Motion For Review And Reduction Of
Bail And Request For Hearing

Notice Of Motion

Now comes by the grace of God, Stephan Chandler Strand, The Qualified
Beneficiary, Director and/or Fiduciary making a special appearance for his
TRUST and/or DEFENDANT in his PERFECTED FORM IN PROPRIA PERSONA,
moves in pursuant to Maryland Rule 4-216, for review and reduction of
bail. The grounds of this motion are as follows:

1.) On Aug. 23, 2018, the Defendant was charged in an indictment with
Robbery with a Dangerous or Deadly Weapon and lesser included offenses.

2.) The Defendant was initially held without bond.

3.) There is no evidence that involves identification of the Defendant
by the victim/witness, or positive identification of the Defendant by
video.

4.) The Defendant is now 21 years old (arrested at 22 years old) single, and
was one of the main caretakers for his grandmother. Majority of the
Defendant's immediate family resides in this county. The Defendant has
one sister residing in Washington, D.C. The Defendant has been
a state resident his entire lifetime and a county resident since 17. He
was employed as a solicitor for MDV/Gordon Nexis Warehouse up until
his arrest. He has had various jobs in this county since he was 16. page 2

**SR063**

5.) The Defendant graduated from Blackensburg High School and has a year and a half of community college experience.

6.) The Defendant does not use controlled dangerous substances, or drink alcohol. He has never been treated or institutionalized for any emotional or mental disorders.

7.) There is no evidence to suggest that the Defendant is a danger to himself or others.

8.) The Defendant has been indigent for 17 months.

9.) The Defendant has never been convicted as a juvenile or as an adult.

WHEREFORE, the Defendant moves the court to release him on his own recognizance or, alternatively, to reduce his bail.

### REQUEST FOR HEARING

The Defendant requests a hearing on this motion.

Respectfully Submitted,

Stephan C. Strand

I declare to the best of my knowledge and belief, the information herein is true, correct, and complete. Executed this 19th day of November, 2019.

Signed:

UCC 1-308 WITHOUT PREJUDICE

### Certificate of Service

I hereby sworn on this 19th day of November, 2019, with the help of The Clerk of The Court, that all parties receive copies.

Stephan C. Strand

**SR064**

(page 2

Status Conference Report

State of Maryland

vs

Stephan Chandler Strand
ID: @3080263

| | |
|---|---|
| Date: | 12/19/2019 |
| Case ID: | CT181106B |
| Judge: | Michael P Whalen |
| Clerk: | 678DB |

Scheduled Events

*January-27-2020 Trial - 09:00:00*

Is this a superseding indictment?                    Y/N

What is the original case number?_____

Is the bond to be transferred to this case?        Y/N

What is the bond?_____

Present:

   Y / N    State's Attorney: Renee M Joy

   Y / N    Public Defender:

   Y / N    Private Attorney:   *DEF. PRO SE*

Motions:    Y / N        Date: _____     Time Estimate

   Suppress Evidence        Y / N        _____

   Confession               Y / N        _____

   Identification           Y / N        _____

   Other:_____                     _____

   Motions:            Total Time: _____

   Motions Withdrawn        Y / N     Trial Reset: _____

DCM Trial / Track Information:

   Change to Track: _____     Reason: _____

   Est. Trial Time: _____     Interpreter: Y / N  Language: _____

Plea Offer: _____Years, suspend all but _____on Count(s) _____

   Home Detention / Electronic Monitoring. Probation: Supervised / Unsupervised

   For _____ Nolle Pros / Stet / Dismiss

   Plea Offer:   Accepted    /    Rejected    /    Under Consideration

Change of Custody / Bond Status: Y / N      If Yes, Send copy to CCF

--------------------------------------------------------------------

Docket Entry for the County Correctional Facility:

  1. Status Conference Held.

  2. The bond in CT _____ is transrerred to CT _____

  3. Defendant refused Counsel

  4. Case to remain set for Trial

                        MK Whalen
                      Judge

              CS D2020    12/19/19

              Court Reporter            DAR

*(handwritten right margin)*: Δ refused counsel representation while waived before Judge Whalen

Distribute:

Court File

Calendar Management

County Correctional Facility

                    _____
                         Sheriff

SR065

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND

vs.

STEPHAN CHANDLER STRAND

# CASE NO. CT181106B

### ENTRY OF APPEARANCE, ELECTION FOR JURY TRIAL, MANDATORY MOTIONS, AND MOTION FOR DISCOVERY AND INSPECTION

Defendant, Stephan Chandler Strand, by and through his counsel, Lia Rettammel, Assistant Public Defender:

1. Enters the appearance of the undersigned counsel.

2. Elects to exercise his right to twenty (20) peremptory jury challenges.

3. Demands a Jury Trial and enters a plea of not guilty.

4. Moves to suppress any and all evidence obtained by the State in violation of the defendant's rights as guaranteed by the 4th, 5th, 6th, and 14th Amendments to the Constitution of the United States, and the Maryland Declaration of Rights.

5. Moves to dismiss the indictment or information.

6. Moves to sever the trial of his case from that of his co-defendants and/or to sever counts.

7. Moves for Discovery and Inspection as provided by the Maryland Rules, including but not limited to Rule 4-263, and by the United States Constitution and Maryland Declaration of Rights.

8. Demands a speedy trial.

9. Pursuant to Section 7-105.1(c)(2) of Criminal Law of the Annotated Code of Maryland, Defendant demands that the owner of the motor vehicle that has been allegedly operated, used, or possessed without owner's permission appear at trial as a prosecution witness.



Lia Rettammel
Assistant Public Defender
Courthouse, Suite 272B
Upper Marlboro, MD 20772
TELEPHONE: (301) 952-2104

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on January 2, 2020, a copy of the aforegoing was delivered to the State's Attorney's Office, Courthouse, Upper Marlboro, MD 20772 and to the Defendant at:

Prince George's County Detention Center, ID#037418
Upper Marlboro, Maryland  20772

5-Circuit-19-2020302



Lia Rettammel

**SR066**

IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

STATE OF MARYLAND        *

      V.               *      Case No.:  CT181106B

STEPHAN STRAND        *
    Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR BOND REVIEW

Comes now the Defendant, Stephan Strand, by through counsel, Lia Rettammel, Assistant Public Defender, respectfully moves this Honorable Court to modify the Defendant's bond and in support thereof states as follows:

1.    That the Defendant is charged with several charges related to an alleged string of armed robbery;

2.    That undersigned counsel recently entered in this matter, and will be filing a continuance request for the current trial date, requesting a trial date in March, or after depending on scheduling;

3.    That the Defendant has been incarcerated in a no bond status in this matter since June 25, 2018;

4.    That undersigned counsel has spoken with the Defendant's mother who indicated that the Defendant could live with his sister in Washington DC;

5.    That unfortunately there is no address within the county where the Defendant may reside;







SR067

WHEREFORE, the Defendant respectfully requests that this Honorable Court set in the matter for a hearing on this motion for change in bond.

Respectfully Submitted,

Lia Rettammel, RE4002
CPF# 1112150047
Assistant Public Defender
Suite 272B, Court House
Upper Marlboro, MD  20772
(301) 952-2104/(301) 952-4014 (fax)
LRettammel@opd.state.md.us

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this January 10, 2020, a copy of the Motion was delivered to ASA Renee Joy through the Circuit Court Clerk's Office.

Lia Rettammel

2

SR068

5 Jail

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

State of Maryland

**Plaintiff**

Rene Joy

**Plaintiff's or States Attorney**

— vs —

Stephan Chandler Strand

**Defendant**

Lia Re Hammel

**Defendant's Attorney**

Case # CTI81106B

Judge Wallace

Date 1-27-2020

Court Clerk GOStf

Code_____

## DOCKET ENTRIES

Defendant's presence waive by counsel in open court.

Hearing on Defendant's Motion to Review Bond.

Judge Wallace; Ms. S. Milton, Reporter

Motion - Denied

Bond to remain the same

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

State of Maryland                    :

Vs                                   :        **CT181106B**

**Stephan C. Strand**

### OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Comes now the State of Maryland, by and through Aisha N. Braveboy, State's Attorney for Prince George's County, Maryland, and in opposition to defendant's Motion to Dismiss, states as follows:

1. That the charges, as stated, adequately apply to the defendant as to the offenses for which he is charged;

2. That said offenses are recognized under the appropriate common law charges and/or legislatively enacted prohibitions in the State of Maryland;

3. That the charges are proper as drafted and, therefore, do not fail for vagueness;

4. That if the defendant is alluding to a specific time and place for which these offenses allegedly occurred, the time and place of the offense are adequately described pursuant to Maryland Rule of Procedure 4-263.

Respectfully submitted,

AISHA N. BRAVEBOY
STATE'S ATTORNEY

By: _____

Renee M. Joy
Assistant State's Attorney

Points & Authorities
Maryland Rule of Procedure 4-263
State v. Morton, 295 Md. 487 (1983)
Rosenberg v. State, 54 Md. App. 673 (1983)



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2020 a copy of the State's Opposition to Defendant's Motion to Dismiss was scanned to:  Lia Rettammel, Courthouse, Room 272B Upper Marlboro, MD 20072.

Renee M. Joy

**In The Circuit Court For Prince George's County**

State of Maryland

Case ID: CT181106B

Assistant State's Attorney: Renee M Joy

VS

Date: 21-Feb-2020

Stephan Chandler Strand

Defendant: ( ) Present (✓) Not Present

Clerk: 6780B 8

I.D. #: CT181106B

Code: _____

Tracking #: 181001360735

District CT #: CR0E00680323

Defense Attorney: Lia Rettammel

Judge: Woodard ~~Ms. Miller~~

Reporter: No

1. Line withdrawing motions, filed. / Motions withdrawn without prejudice.
2. Defendant appeared without counsel. Defendant advised of right to counsel. MD Rule 4-215 fully complied with. Defendant referred to Public Defender. No further continuances to obtain counsel. No motions filed.
3. Line entering appearance of _____
4. ~~Joint / State~~ / Defendant's continuance – granted/~~denied~~. _Defense counsel to review discovery_
5. Reset for definite motions _3/6/2020_ _____
6. Reset / Continued to new trial date _____
7. Plea of not guilty withdrawn and _____ plea of guilty entered to Count _____
   _____ verdict guilty / court accepts plea
8. Pre-sentence / Pre-plea investigation ordered. Short / Long form. Sentencing Date: _____
   at 9:30am before Judge: _____. Bond to continue / Remanded to custody of the sheriff pending sentencing. All parties and attorneys notified. _____
9. Pre-sentence Report waived / sealed and filed in open court.
10. Sentenced to the Jurisdiction of the Division of Correction / P. G. County Correctional Center as follows:
    Count _____ for a period of _____ years; all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ pay a fine of $ _____
11. Sentence to commence as of _____. (_____ days credit given).
12. All but _____ suspended and defendant is placed on supervised / unsupervised / unpapered probation for a period of _____
13. Sentence to be served in the County Detention Center.
14. Sentence to incarceration is suspended and defendant is placed on supervised / unsupervised / unpapered probation for a period of _____
15. Defendant to serve _____ consecutive weekends in the P. G. County Correctional Center from Fri. 6:00pm to Sun. 6:00pm. Commencing _____
16. Further proceedings deferred. Entry of judgment stayed pursuant to Criminal Procedure Section 6-220, and the defendant is placed on supervised / unsupervised / unpapered probation for a period of _____
17. Court costs assessed / waived $ _____. Public Defender fee $ _____
18. Order for probation, filed.
19. (A) Stet    (B) Nolle Pros    (C) Judgement of Acquittal    (D) Not Guilty    (E) Nolle Pros Remaining Counts
20. Defendant failed to answer. Ordered that bond forfeit / revoked, bench warrant issue, returnable to Circuit Court Only. Bond set at _____. FTA: _____
21. Any bench warrants are recalled. Any bond discharged.
22. Court recommends work release / home detention / day reporting under HIDTA. ( ) TTP Approved.
23. ~~Restitution $_____ to:_____~~
24. Defendant released as to this case only.
25. ☐ TTP Approved.
26. ( ) AGD Domestic Violence Guilty    ( )AGP Domestic Violence PBJ.
27. ( ) AGO Order to Surrender firearms signed and attached.
28. _____

**In The Circuit Court For Prince George's County Maryland**

Case ID: CT181106B

State of Maryland

Assistant State's Attorney: Renee M Joy

VS                                    Date: 06-Mar-2020

Stephan Chandler Strand

Defendant: ( ) Present  (X) Not Present          Clerk: 653DC

I.D. #: CT181106B                               Code: 021

Tracking #: 181001360735

District CT #: CR0E00680323

Defense Attorney: Lia Rettammel

Judge: Rattal          ~~Ms. Milton~~   NO  Reporter: _____

1. Line withdrawing motions, filed. / Motions withdrawn without prejudice.
2. Defendant appeared without counsel. Defendant advised of right to counsel. MD Rule 4-215 fully complied with. Defendant referred to Public Defender. No further continuances to obtain counsel. No motions filed.
3. Line entering appearance of
4. ~~Joint / State /~~ Defendant's continuance – granted ~~/denied~~.  Plea Negotiations
5. Reset for definite motions  3/19/2020
6. Reset / Continued to new trial date _____
7. Plea of not guilty withdrawn and _____ plea of guilty entered to Count _____ _____ verdict guilty / court accepts plea
8. Pre-sentence / Pre-plea investigation ordered. Short / Long form. Sentencing Date: _____ at 9:30am before Judge: _____. Bond to continue / Remanded to custody of the sheriff pending sentencing. All parties and attorneys notified. _____
9. Pre-sentence Report waived / sealed and filed in open court.
10. Sentenced to the Jurisdiction of the Division of Correction / P. G. County Correctional Center as follows:
    Count _____ for a period of _____ years; all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ pay a fine of $ _____
11. Sentence to commence as of _____.  ( _____ days credit given).
12. All but _____ suspended and defendant is placed on supervised / unsupervised / unpapered probation for a period of _____.
13. Sentence to be served in the County Detention Center.
14. Sentence to incarceration is suspended and defendant is placed on supervised / unsupervised / unpapered probation for a period of _____.
15. Defendant to serve _____ consecutive weekends in the P. G. County Correctional Center from Fri. 6:00pm to Sun. 6:00pm. Commencing _____
16. Further proceedings deferred. Entry of judgment stayed pursuant to Criminal Procedure Section 6-220, and the defendant is placed on supervised / unsupervised / unpapered probation for a period of _____.
17. Court costs assessed / waived $ _____. Public Defender fee $ _____.
18. Order for probation, filed.
19. (A) Stet    (B) Nolle Pros    (C) Judgement of Acquittal    (D) Not Guilty    (E) Nolle Pros Remaining Counts
20. Defendant failed to answer. Ordered that bond forfeit / revoked, bench warrant issue, returnable to Circuit Court Only. Bond set at _____.          FTA: _____
21. Any bench warrants are recalled. Any bond discharged.
22. Court recommends work release / home detention / day reporting under HIDTA. ( ) TTP Approved.
23. Restitution $ _____ to: _____.
24. Defendant released as to this case only.
25. ☐ TTP Approved.
26. ( ) AGD Domestic Violence Guilty    ( )AGP Domestic Violence PBJ.
27. ( ) AGO Order to Surrender firearms signed and attached.
28. _____

**SR073**

J 5

## In The Circuit Court For Prince George's County, Maryland

State of Maryland          Case ID: CT181106B
Assistant State's Attorney: Renee M Joy

      VS             Date: 13-Mar-2020

Stephan Chandler Strand
Defendant: ( ) Present   (X) Not Present      Clerk: 653DC
I.D. #: CT181106B            Code: _99̶8̶6̶_
Tracking #: 181001360735
District CT #: CR0E00680323
    Defense Attorney: Lia Rettammel
Judge: Rattal          Ms. Bradley      Reporter: _____

1. Line withdrawing motions, filed. / Motions withdrawn without prejudice.
2. Defendant appeared without counsel. Defendant advised of right to counsel. MD Rule 4-215 fully complied with.
   Defendant referred to Public Defender. No further continuances to obtain counsel. No motions filed.
3. Line entering appearance of : ~~Defendant's~~ *Appearance waived by Counsel*
4. Joint / State / Defendant's continuance.  ~~granted/denied~~: _____
5. Reset for definite motions _4 10 2020_____
6. Reset / ~~Continued~~ to new trial date _4 20 2020_____
7. Plea of not guilty withdrawn and _____ plea of guilty entered to Count _____
   _____ verdict guilty / court accepts plea
8. Pre-sentence / Pre-plea investigation ordered. Short / Long form. Sentencing Date: _____
   at 9:30am before Judge: _____. Bond to continue / Remanded to custody of the sheriff pending
   sentencing. All parties and attorneys notified. _____
9. Pre-sentence Report waived / sealed and filed in open court.
10. Sentenced to the Jurisdiction of the Division of Correction / P. G. County Correctional Center as follows:
    Count _____ for a period of _____ years; all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ for a period of _____ years, concurrent with / consecutive to Count _____
    all but _____ suspended.
    Count _____ pay a fine of $ _____.
11. Sentence to commence as of _____. ( _____ days credit given).
12. All but _____ suspended and defendant is placed on supervised / unsupervised / unpapered
    probation for a period of_____.
13. Sentence to be served in the County Detention Center.
14. Sentence to incarceration is suspended and defendant is placed on supervised / unsupervised / unpapered
    probation for a period of _____.
15. Defendant to serve _____ consecutive weekends in the P. G. County Correctional Center from Fri. 6:00pm to
    Sun. 6:00pm. Commencing _____
16. Further proceedings deferred. Entry of judgment stayed pursuant to Criminal Procedure Section 6-220, and the
    defendant is placed on supervised / unsupervised / unpapered probation for a period of _____.
17. Court costs assessed / waived $ _____. Public Defender fee $ _____.
18. Order for probation, filed.
19. (A) Stet     (B) Nolle Pros     (C) Judgement of Acquittal     (D) Not Guilty     (E) Nolle Pros Remaining Counts
20. Defendant failed to answer. Ordered that bond forfeit / revoked, bench warrant issue, returnable to Circuit Court
    Only. Bond set at _____.      FTA: _____.
21. Any bench warrants are recalled. Any bond discharged.
22. Court recommends work release / home detention / day reporting under HIDTA. ( ) TTP Approved.
23. Restitution $_____ to:_____
24. Defendant released as to this case only.
25. ☐ TTP Approved.
26. ( ) AGD Domestic Violence Guilty     ( )AGP Domestic Violence PBJ.
27. ( )AGO Order to Surrender firearms signed and attached.
    *The court*

DFLD. Wade 533
3-13-2020

SR074

CLERK OF THE
CIRCUIT COURT

**IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

| | | |
|---|---|---|
| **STATE OF MARYLAND** | : | |
| | : | PR GEO CO MD #44 |
| v. | : | **CT181106B** |
| | : | |
| **STEPHAN STRAND** | : | |

---

### MOTION FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS AND REQUEST FOR EVIDENTIARY HEARING

COMES NOW defendant Stephan Strand by and through counsel, and moves this Honorable Court to set a bond review hearing in the above-captioned matter or, in the alternative, to advance the trial date in this matter. In support of this motion, Mr. Strand states the following:

### FACTUAL BACKGROUND

1. Mr. Strand is charged with multiple counts of armed robbery and related charges.
2. Mr. Strand was arrested in this matter on June 25, 2018.
3. He is held in a no bond status.
4. Mr. Strand's family members have confirmed he may live with an aunt in Upper Marlboro.
5. The highly-contagious and highly-dangerous nature of the COVID-19 Coronavirus is now undisputable. The pandemic has rapidly spread, and extreme actions have been undertaken to protect people from becoming infected and limit the number of people who experience serious harm and/or death. In Prince George's County and across the country, public gatherings have been banned, mobility has been severely restricted, and residents have been ordered to engage in physical distancing and cease all non-essential activities outside of the home. These measures have been deemed life-saving and necessary by medical professionals, infectious disease experts, and our political leaders alike.
6. Detainees in multiple housing units confirm the same inadequate protection against transmission of Covid-19 throughout the jail. They consistently report:





1

SR075

a) No provision of hand sanitizer, cleaning products, masks, protective personal equipment, or soap (other than bars of soap which must be bought from commissary and which only get delivered once a week);

b) No orders to engage in social distancing. Detainees continuing to be in close proximity to each other while using phones (one to two feet apart from each other), eat meals (four people to a small table), and engaging in recreational activities (such as board games, calisthenics, and basketball games).

c) Minimal efforts made to clean the unit and shared surfaces (phones not cleaned in between uses, doors and tables only being cleaned at the beginning of each shift).

d) Kitchen staff units of up to twenty people work in close quarters preparing meals and then stand side by side distributing the meals to the inmate population (a practice that is apparently not safe enough for guards, who no longer eat the same food as the inmates);

e) Detainees who request medical care do not receive any response for at least a few days and for normally as long as a week.

7. There are currently no conditions under which the inmate population can be kept safe from the spread of Covid-19. Within the jail, the physical distancing recommended by the Centers for Disease Control and Prevention (CDC) is impossible. Even on lock-down, pretrial detainees remain in very close proximity to each other, with dozens of individuals per housing unit and, often times, more than one person in each small jail cell.

8. In jail, the defendant faces a heightened risk that he will become infected and, if infected, that he will not have access to the intensive medical attention he may need. The jail has very limited medical capacity, and is ill-equipped to provide critical treatment such as ICU-level ventilator beds to even one person, let alone dozens or hundreds. Although the elderly and people with preexisting medical conditions face the most extreme risks, everyone faces a potential risk of serious injury and death from COVID-19. For those who become seriously ill, the virus causes excruciating pain. As one respiratory physician has explained, COVID-19 can cause the lungs to "become filled with inflammatory material," preventing the lungs from "get[ting] enough oxygen to the bloodstream." When the virus causes Acute Respiratory Distress Syndrome (ARDS), fluid displaces air in the lungs, causing sensations akin to being drowned. Other symptoms include days or weeks of fever and chills, uncontrollable diarrhea, an

2

inability to keep down food or water, and extremely limited breathing capacity which requires oxygen therapy. The most severe symptoms require hospitalization and artificial ventilation, treatment that can be a highly invasive and psychologically traumatic. The jail is simply not equipped to respond to these intensive medical needs.

## LEGAL ANALYSIS

*I)       The Conditions of Client's Confinement Violate His State and Federal Due Process Rights*

9.   The conditions at the Upper Marlboro detention facility are inhumane, unhygienic, and place every detainee in the facility at serious risk of contracting Covid-19 and then being denied adequate medical care to help battle the disease. These conditions are unconstitutional and the facility has failed to meaningfully address them. Nor is it possible to control Covid-19 within a correctional setting. Thus, Mr. Strand's detention violates his Due Process rights under the Fifth and Fourteenth Amendments of the United States Constitution as well as under Article 24 of the Maryland Declaration of Rights.

10. When the State opts to use its power to detain or imprison a person, it also accepts the responsibility, under the United States Constitution and the Maryland Declaration of Rights, to care for that person's safety and well-being. *Se Deshaney v. Winnebago County Dep't of Social Servs.*, 489 U.S. 189, 200 (1989)("When the State by the affirmative exercise of its power so restrains an individual's liberty that it renders him unable to care for himself, and at the same time fails to provide for his basic human needs—*e.g.,* food, clothing, shelter, medical care, and reasonable safety—it transgresses the substantive limits on state action set by the Eighth Amendment and the Due Process Clause."); *see also Helling v. McKinney*, 509 U.S. 25, 33 (1933). The affirmative duty to protect arises not from the State's knowledge of the individual's predicament or from its expressions of intent to help him, but from the limitation which it has imposed on his freedom to act on his own behalf." *DeShaney v. Winnebago County Dep't of Social Servs.,* 489 U.S. 189, 200 (1989) (citations omitted); *see also Helling v. McKinney*, 509 U.S. 25, 33 (1993). As a result, the State has an affirmative obligation to provide healthy and safe conditions and adequate medical care to those whom it incarcerates. *See Estelle v. Gamble*, 429 U.S. 97, 103 (1976); *Farmer v. Brennan*, 511 U.S. 825, 832-33 (1994). As the Supreme Court has expressed, this is because an inmate "must rely on prison authorities to treat his

SR077

medical needs; if the authorities fail to do so, those needs will not be met." *See Estelle*, 429 U.S. at 103.

11. For pretrial detainees, the State's failure to fulfill these obligations violates the Due Process clauses of the Fifth and Fourteenth Amendments to the United States Constitution. *See City of Revere v. Mass. Gen. Hospital,* 463 U.S. 239, 244 (1983); *Bell v. Wolfish*, 441 U.S. 520, 535 n.16 (1979); *Martin v. Gentile*, 849 F.2d 863, 870 (4th Cir. 1988). Due process affords pretrial detainees protections that are "at least as great as the Eighth Amendment protections available to a convicted prisoner." *See City of Revere*, 463 U.S. at 244; *see also Bell*, 441 U.S. at 545. This is because punishment is prohibited prior to conviction; while someone convicted of a crime cannot be punished in a cruel or unusual manner, someone detained prior to trial cannot be punished at all. *See Martin*, 849 F.2d at 270; *see also Kingsley v. Hendrickson*, 576 U.S. 389 (2015). Thus, where conditions of detention would violate the Eighth Amendment rights of a convicted prisoner, they necessarily violate the due process rights of a pretrial detainee.

12. As the Supreme Court has held, pretrial detention violates due process when the serious medical needs of inmates are met with "deliberate indifference." *See Estelle*, 429 U.S. at 103; *see also City of Revere*, 463 U.S. at 244; *Martin*, 849 F.2d at 871. Under this standard, the State "may not be deliberately indifferent to an inmate's current health problems," nor may it "ignore a condition of confinement that is sure or very likely to cause serious illness and needless suffering the next week or month or year." *See Helling*, 509 U.S. at 33.

13. The unsafe conditions of confinement are of a constitutional dimension, and violate Mr. Strand's right as a pretrial detainee under the Due Process clauses of the Constitutional and Maryland Declaration of Rights. The State's failure to adequately respond to the objective risk that COVID-19 presents amounts to a reckless disregard for the serious health needs of Mr. Strand amounting to deliberate indifference in violation of due process. *See Farmer*, 511 U.S. at 846. Unless relief is granted by the Court, this due process violation will only continue and place the lives of the people in the jail at risk. Judicial involvement – swift and forceful – is absolutely essential.

14. In sum, Mr. Strand's confinement at the jail undeniably exposes him to an unreasonable risk of contracting COVID-19 and, once contracted, an unreasonable risk that he will suffer serious if not fatal symptoms. These risks are so grave that exposing *anyone* unwillingly to such a risk would "violate[] contemporary standards of decency." *See Helling*, 509 U.S. at 36. The

4

SR078

mandates of physical distancing and sheltering in place, adopted by governments throughout the country and across the world, reflect that these risks Mr. Strand now faces are not ones that today's society is willing to tolerate for anyone. *Cf. id.*

15. Given this unique combination of risks, it is ever more important that the Court uphold the principle that "[i]n our society liberty is the norm, and detention prior to trial […] is the carefully limited exception." *U.S. v. Salerno*, 481 U.S. at 755. Because pretrial detention itself now poses a grave threat to Mr. Strand's health, safety, and mortality, his right to pretrial liberty has never been stronger.

II.  *Mr. Strand is Entitled to Release as His Indefinite Detention is Unconstitutional* The closure of the Courts and the substantial attendant delays create the scepter of indefinite detention. This indefinite detention violates Mr. Strand's Due Process rights under the Federal Constitution and the Maryland Declaration of Rights.

16. The COVID-19 pandemic has also caused a closure of all Maryland courts, both District and Circuit, until at least May 1, 2020. In reality, however there is no definite time frame for the resumption of non-emergency Court activities. It appears extremely unlikely that the need for social distancing will disappear any time soon. Public health experts do not believe that re-opening public spaces by this summer is a realistic possibility. *See* Spencer Bokat-Lindell, *When Will Social Distancing Let Up?,* New York Times, March 30, 2020,https://www.nytimes.com/2020/03/31/opinion/social-distancing-coronavirus.html; *see also* Jeremy T Osterholm and Mark Olshaker, It's Too Late to Avoid Disaster, but There Are Still Things We Can Do, New York Times, March 27, 2020, https://www.nytimes.com/2020/03/27/opinion/coronavirus-trump-testing-shortages.html)(chronicling the barriers to imminent resolution of the Covid-19 outbreak).

17. These significant delays to normal judicial activity mean that Mr. Strand is now subjected to a much lengthier period of pretrial incarceration than normally contemplated. At this point, it may even be characterized as "indefinite" in nature.

18. Of course, detaining a person indefinitely, with no reasonable prospect of an imminent trial is a violation of that person's Due Process rights. While pretrial preventative detention is not *per se* unconstitutional, *see Salerno*, *supra*, "valid pretrial detention assumes a punitive character when it is prolonged significantly." *United States v. Theron*, 782 F.2d 1510, 1516 (10th Cir. 1986).

SR079

19. "To determine whether the length of pretrial detention has become unconstitutionally excessive, a court must weigh: (1) its length, (2) the extent of the prosecution's responsibility for delay of the trial, (3) the gravity of the charges, and (4) the strength of the evidence upon which detention was based, i.e., the evidence of risk of flight and dangerousness." *United States v. El-Hage*, 213 F.3d 74, 79 (2d Cir. 2000). Speedy trial provisions are critically important to the validity of a pretrial detainee's detention. *See Salerno, supra* at 739.

20. In applying *Salerno*, the Court of Special Appeals noted the *Salerno* Court's emphasis that "the time in pretrial detention only as long as reasonably necessary." *Wheeler v State*, 160 Md.App. 566, 576 (2005).

21. Mr. Strand has been detained 658 days . Even assuming that, contrary to public health experts' pessimism about the matter, we will reopen society and the Courts May 1, he will have been detained 676 days by that date. Per the administrative order closing the courts, juries will not be back in the courthouse until 6 weeks after the reopening of the courts. There will be a backlog of cases awaiting resolution and trial that will further extend his case.

22. Granted, this length of detention is far from the length of pretrial detention routinely deemed to be within the bounds of Due Process by Courts that address the matter. *See, e.g. U.S.A. v. Flores*, 2018 WL 3530837 (C.D. Cal. July 20, 2018). However, the analysis Courts apply to affirm extended pretrial detention is not applicable in the instant case. Courts routinely emphasize that the delay in resolution of a defendant's case is due to the complex nature of the ligitation in question. *See United States v. Cos*, 2006 WL 4061168, at *6 (D.N.M. Nov. 15, 2006)(" In reaching this conclusion, courts seem to recognize that the exigencies of complex, modern litigation may often extend the term of a defendant's detention without fault attributable to any party."); *see also United States v. Accetturo*, 783 F.2d 382, 387-88 (3d Cir. 1986); *see also United States v. Colombo*, 777 F.2d 96 (2d Cir. 1985).

23. Courts base the validity of pretrial detention on the assumption that the defendant will receive a speedy trial and that any extension of one's detention is often excusable due to the complexities that may arise in resolving issues related to the litigation. That is not the case here. Here there is no legitimate governmental interest such as resolution of important pretrial matters that is causing the delay in Mr. Strand's trial. There is, simply put, nothing happening. Nor is there any reasonable prospect that anything will happen any time soon, Mr. Strand is simply

SR080

wallowing in jail.  As a result, as he sits in jail with no trial imminent, his detention is prolonged significantly and is taking on a punitive nature.

24. Additionally, Courts must weigh "the gravity of the charges" in analyzing whether pretrial detention has become excessive and thus punitive. Theron, *supra* at 1516.  Mr. Strand is charged with burglary, however there is no allegation that he ever entered any building, rather that he was a co-conspirator.

25. Additionally, Courts must weigh the "strength of the evidence upon which detention was based, i.e., the evidence of risk of flight and dangerousness" in analyzing whether pretrial detention has become excessive and thus punitive. Theron, *supra* at 1516. Mr. Strand is a lifelong resident and does not have a violent record.

III.    *Mr. Strand Demands an Evidentiary Hearing Regarding His Detention*

26. **Mr. Strand demands an evidentiary hearing in which the government must establish the need for his detention by clear and convincing evidence.** "Liberty is the norm and detention prior to trial is the carefully limited exception." *United States v. Salerno*, 481 U.S. 739 (1987).  The *Salerno* Court, in upholding a pretrial detention system based on dangerousness, heavily emphasized the Act's provision of "a number of procedural rights at the detention hearing, including the right to request counsel, to testify, to present witnesses, to proffer evidence, and to cross-examine other witnesses." Id. at 739.  The Court emphasized the centrality of these protections to its finding that the Bail Reform Act was constitutional. See id. at 752 ("Given the legitimate and compelling regulatory purpose of the Act and the procedural protections it offers, we conclude that the Act is not facially invalid under the Due Process Clause of the Fifth Amendment.").

27. Absent a full evidentiary hearing, detaining Mr. Strand under Rule 4-216.1 fails to provide him the Due Process he is entitled to.  The initial bond review hearing does not even provide the level of process that has been held necessary when protecting lesser interests than a presumptively innocent person's liberty. *See, e.g. In Re Damien F*, 182 Md. App. 546 (2008)(requiring an evidentiary hearing when a person proffers facts that would challenge the basis for an emergency shelter care placement for their child); *see, also Gagnon v. Scarpelli, 411 U.S. 778* (1973)(probationer entitled to confront witnesses and present evidence in preliminary hearing).

SR081

28. In *Wheeler v. State*, 160 Md.App. 566 (2005), the Court of Special Appeals upheld the preventive detention of the Petitioners. The issues in *Wheeler* was whether preventive detention was limited to a certain class of offenses and what the standard should be for imposing preventive detention. The *Wheeler* Court did not discuss the process due to a defendant during a bail review hearing.

29. However, the *Wheeler* Court, in finding that preventive detention in Maryland is regulatory and not punitive, leaned on the fact that "[t]he *Salerno* Court emphasized that the Act provided the defendant with a hearing in which "the Government must convince a neutral decision maker by clear and convincing evidence [the need to detain the defendant]." *Id.* at 575. It is relevant that the very hearing the *Wheeler* Court referenced in justifying preventive detention involves robust procedural rights that are not currently available to Mr. Strand.

30. Mr. Strand has not been given the opportunity to proffer evidence to rebut the claim of his dangerousness other than the rushed and inadequate opportunity to discuss the matter with an attorney the morning of his initial bond review. He has not been given a meaningful hearing that incorporates the Due Process protections of cross-examining witnesses, testifying, or proffering evidence. Denying a motion to reconsider his bond when he is detained solely based on dangerousness grounds, and when such dangerousness can only be inferred from the charges against him, deprives him of his right to Due Process under *Salerno*.

WHEREFORE, Mr. Strand respectfully asks this Honorable Court: To release him on his personal recognizance or an unsecured bond and set a bond hearing in this matter for the earliest available date and to grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

Lia Rettammel
CPF#112150047
Assistant Public Defender
14735 Main Street Suite 272B
Upper Marlboro, MD 20772
(301)952-2104/(301)952-4014(F)
Lia.Rettammel@maryland.gov

8

SR082

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April a copy of the foregoing motion was hand-delivered, to the following:

Office of the State's Attorney
Prince George's County, Maryland

Lia Rettammel

SR083

**IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY**

| | | |
|---|---|---|
| **STATE OF MARYLAND** | : | |
| | : | |
| **v.** | : | **CT181106B** |
| | : | |
| **STEPHAN STRAND** | : | |

<b>ORDER</b>

Upon consideration of the foregoing **Motion for Modification of Pretrial Release Conditions, and Request for Evidentiary Hearing**, IT IS THIS _____ day of

_____, 2020 in the Circuit Court For Prince George's County, hereby

**ORDERED,** that the Defendant's Motion is Granted, and it is further,

**ORDERED,** that the Defendant's pretrial release is hereby modified to

_____, OR

**ORDERED,** that a hearing shall be scheduled on _____


_____
**Circuit Court Judge**
**Prince George's County, Maryland**

Copies to be sent to:

Renee Joy
Assistant State's Attorney

Lia Rettammel
Assistant Public Defender

SR084

IN THE CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

STATE OF MARYLAND        :
       :
    **v.**        :      **CT181106B**
       :
STEPHAN STRAND        :

---

### ORDER

Upon consideration of the foregoing **Motion for Modification of Pretrial Release**

**Conditions, and Request for Evidentiary Hearing, IT IS THIS** _____ day of

_____, 2020 in the Circuit Court For Prince George's County, hereby

**ORDERED**, that the Defendant's Motion is Granted, and it is further,

**ORDERED**, that the Defendant's pretrial release is hereby modified to

_____, OR

**ORDERED**, that a hearing shall be scheduled on _____

 

                               _____
                               **Circuit Court Judge**
                               **Prince George's County, Maryland**

Copies to be sent to:

Renee Joy
Assistant State's Attorney

Lia Rettammel
Assistant Public Defender

ENTERED: 4/14/2020 #57 Y

SR085

## Status Conference Report

State of Maryland

vs

Stephan Chandler Strand
ID: @3080263

Scheduled Events

Date:        06/30/2020
Case ID:     CT181106B
Judge:       Beverly J Woodard
Clerk:       7455L

Is this a superseding indictment?                    Y/N
What is the original case number?_____
Is the bond to be transferred to this case?          Y/N
What is the bond?_____

*Discovery completed*

Present:
   Y / N     State's Attorney: Renee M Joy
   Y / N     Public Defender: Lia Rettammel
   Y / N     Private Attorney:

Motions:     Y /(N)      Date:_____      Time Estimate
   Suppress Evidence          Y / N         _____
   Confession                 Y / N         _____
   Identification             Y / N         _____
   Other:_____                       _____
   Motions:                   Total Time:_____
   Motions Withdrawn          Y / N      Trial Reset:_____

DCM Trial / Track Information:
   Change to Track: _____      Reason:_____
   Est. Trial Time:_____     Interpreter: Y / N  Language:_____

Plea Offer: _Yes_ Years, suspend all but _____ on Count(s) _____
   Home Detention / Electronic Monitoring. Probation: Supervised / Unsupervised
   For _____ Nolle Pros / Stet / Dismiss
   Plea Offer:   Accepted    /    Rejected    /  (Under Consideration)   *Strong possibility so they will hold back on selecting motions day*

Change of Custody / Bond Status: Y / N      If Yes, Send copy to CCF
--------------------------------------------------------------------
Docket Entry for the County Correctional Facility:
   (1.)  Status Conference Held. Via Zoom
   2.   The bond in CT _____ is transrered to CT _____
   3.   _____

_____
Beverly J Woodard
Judge
CS-D2016
Court Reporter          DAR

*TD 1/19-1/21 2021*

Distribute:
Court File                    _____
Calendar Management           Sheriff
County Correctional Facility

**SR086**

In The Circuit Court
Of Prince Georges County

State of Maryland

V.

Stephan Strand                    Case: CT18110613

## Motion For Immediate Release

Now comes Stephan Strand in Pro Se format, asking that the Clerk of the Court #418 give him an immediate release from Prince Georges County Detention Center. On the grounds, that on October 2nd, 2019, case # CT18110613 was closed with a disposition of "Nolle Pros." Detainee Strand was not released From Prince Georges County Detention Center; and has been held for an additional 9 months with no explanation from Judges Wallace, Rodtal, Bright, Woodard, Whalen or from his current counsel. Judge Wallace specifically said there was no mention of this in the Defendant's case docket.

Attached to this Motion is a copy of the Defendant case docket. On pages 3-9 you can see the Defendant charges, along with their disposition & disposition dates. On page 14, you can see the 'Adult Case Finding' and see that the 'Fines & Cost Invoice' was waived.

Once a case has been declared "Nolle Pros." the Defendant is supposed to be released from wherever they are being detained immediately. If the State's Attorney wants to open the case back up or reindict

SR087

the Defendant, they can do so AFTER the
Defendant has been released.

The Defendant 'Stephan Strand' is being unlawfull
held against his will, and is asking for the court to
grant him an immediate release. The Defendant's charges are
still to this day 'Nolle Pros.'

Certificate of Service

I hereby sware on this day of the 3rd of August,
2020, with the help of The Clerk of The Court, that
ALL parties recieve copies of this motion.

Respectfully Submitted,

Stephan C. Strand
13400 Dille Dr.
Upper Marlboro, MD 20772

Circuit Court of Maryland

<u>Go Back Now</u>

**Case Information**

Court System:**Circuit Court for Prince George's County - Criminal System**
Case Number:**CT181106B**
Case Description:**Stephan Chandler Strand**
Case Type:**Criminal Appeal**
Filing Date:**08/23/2018**
Case Status:**Active Status**

**Defendant/Respondent Information**

Party Type: **Defendant**   Party No.: **1**
Name: **Stephan Chandler Strand**
Address: **6060 Seargent Road**
City:      **Hyattsville**   State: **MD**   Zip Code: **20782**

**Other Party Information**

Party Type: **Victim Witness Coordinator**   Party No.: **3**
Name: **Yolanda Coleman**

**Court Scheduling Information**

Event Type: **Hicks Date**
Event Date: **03/06/2019**   Start Time: **09:00:00**
Result:      **Hicks Waived**   Result Date: **02/27/2019**

Event Type: **Initial Arraignment**
Event Date: **09/14/2018**   Start Time: **10:00:00**
Result:      **Initial Arraignment Moot**   Result Date: **09/07/2018**

Event Type: **Hearing**
Event Date: **10/30/2019**   Start Time: **09:30:00**
Result:      **Hearing Held**   Result Date: **10/30/2019**

Event Type: **Motions Hearing**
Event Date: **11/09/2018**   Start Time: **07:30:00**
Result:      **Motions Hrg Cont/In Court**   Result Date: **11/09/2018**

Event Type: **Motions Hearing**
Event Date: **11/30/2018**   Start Time: **07:30:00**
Result:      **Motions Hrg Cont/In Court**   Result Date: **11/30/2018**

Event Type: **Motions Hearing**
Event Date: **01/18/2019**   Start Time: **07:30:00**
Result:      **Motions Hrg Cont/In Court**   Result Date: **01/18/2019**

Event Type: **Motions Hearing**
Event Date: **01/25/2019**   Start Time: **07:30:00**
Result:      **Motions Hrg Cont/In Court**   Result Date: **01/25/2019**

Event Type: **Motions Hearing**
Event Date: **10/25/2019**   Start Time: **07:30:00**
Result:      **Motions Hrg Cont/In Court**   Result Date: **10/25/2019**

Event Type: **Motions Hearing**
Event Date: **05/17/2019**   Start Time: **09:00:00**
Result:      **Motions Hearing Held**   Result Date: **05/17/2019**

**SR089**

Event Type: **Motions Hearing**
Event Date: **11/08/2019**  Start Time: **07:30:00**
Result:     **Motions Hearing Held**  Result Date: **11/08/2019**

Event Type: **Motions Hearing**
Event Date: **02/08/2019**  Start Time: **07:30:00**
Result:     **Motions Hearing Moot**  Result Date: **02/08/2019**

Event Type: **Trial**
Event Date: **02/27/2019**  Start Time: **09:00:00**
Result:     **Trial Continued/In Court**  Result Date: **02/27/2019**

Event Type: **Trial**
Event Date: **06/24/2019**  Start Time: **09:00:00**
Result:     **Trial Continued/In Court**  Result Date: **06/24/2019**

Event Type: **Trial**
Event Date: **09/16/2019**  Start Time: **09:00:00**
Result:     **Trial Continued/In Court**  Result Date: **09/16/2019**

Event Type: **Trial**
Event Date: **12/05/2018**  Start Time: **09:00:00**
Result:     **Trial Continued/Prior To**  Result Date: **11/30/2018**

Event Type: **Trial**
Event Date: **01/31/2019**  Start Time: **09:00:00**
Result:     **Trial Continued/Prior To**  Result Date: **01/25/2019**

Event Type: **Trial - Carry Over**
Event Date: **06/25/2019**  Start Time: **09:00:00**
Result:     **Trial Moot**  Result Date: **06/24/2019**

Event Type: **Trial**
Event Date: **11/18/2019**  Start Time: **09:00:00**
Result:     Result Date:

**Charge and Disposition Information**

*(Each Charge is listed separately. The disposition is listed below the Charge)*

Charge No: **1**
Charge: **Robbery W/DW**
Charge Code:       **3-403**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **2**
Charge: **Robbery**
Charge Code:       **3-402**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **3**
Charge: **Assault 1st Degree**
Charge Code:       **3-202**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

SR090

Charge No: **4**
Charge: **Theft of property or service with a value $100 – $1500**
Charge Code:      **7-104(g)(2)(i)**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **5**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:      **4-204**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **6**
Charge: **Con: Armed Robbery**
Charge Code:      **CL056**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **7**
Charge: **Robbery W/DW**
Charge Code:      **3-403**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **8**
Charge: **Robbery**
Charge Code:      **3-402**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **9**
Charge: **Assault 1st Degree**
Charge Code:      **3-202**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **10**
Charge: **Theft Less $100**
Charge Code:      **7-104(3)**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **11**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:      **4-204**
Offense Date:      **06/24/2018**

**SR091**

Arrest Tracking No: 181001360735

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **12**

Charge: **Con: Armed Robbery**

Charge Code:      **CL056**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **13**

Charge: **Robbery W/DW**

Charge Code:      **3-403**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **14**

Charge: **Robbery**

Charge Code:      **3-402**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **15**

Charge: **Assault 1st Degree**

Charge Code:      **3-202**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **16**

Charge: **Theft of property or service with a value $100 – $1500**

Charge Code:      **7-104(g)(2)(i)**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **17**

Charge: **Use Handgun/Crime Of Viol/Comm**

Charge Code:      **4-204**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **18**

Charge: **Con: Armed Robbery**

Charge Code:      **CL056**
Offense Date:      **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

---

Charge No: **19**

**SR092**

Charge: **Robbery W/DW**
Charge Code:       **3-403**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **20**
Charge: **Robbery**
Charge Code:       **3-402**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **21**
Charge: **Assault 1st Degree**
Charge Code:       **3-202**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **22**
Charge: **Theft of property or service with a value $100 - $1500**
Charge Code:       **7-104(g)(2)(i)**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **23**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:       **4-204**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **24**
Charge: **Con: Armed Robbery**
Charge Code:       **CL056**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **25**
Charge: **Robbery W/DW**
Charge Code:       **3-403**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**   Disposition Date:**10/02/2019**

---

Charge No: **26**
Charge: **Robbery**
Charge Code:       **3-402**
Offense Date:       **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*

**SR093**

Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **27**
Charge: **Assault 1st Degree**
Charge Code:         **3-202**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **28**
Charge: **Theft Less $100**
Charge Code:         **7-104(3)**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **29**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:         **4-204**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **30**
Charge: **Con: Armed Robbery**
Charge Code:         **CL056**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **31**
Charge: **Robbery W/DW**
Charge Code:         **3-403**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **32**
Charge: **Robbery**
Charge Code:         **3-402**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **33**
Charge: **Assault 1st Degree**
Charge Code:         **3-202**
Offense Date:        **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**  Disposition Date:**10/02/2019**

Charge No: **34**
Charge: **Theft of property or service with a value $100 - $1500**

**SR094**

Charge Code: 1-203(a)(2)(i)
Offense Date:　　　06/24/2018
Arrest Tracking No: 181001360735
*Disposition*

Disposition: **Nolle Pros**　Disposition Date:**10/02/2019**

---

Charge No: **35**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:　　　4-204
Offense Date:　　　06/24/2018
Arrest Tracking No: 181001360735
*Disposition*

Disposition: **Nolle Pros**　Disposition Date:**10/02/2019**

---

Charge No: **36**
Charge: **Con: Armed Robbery**
Charge Code:　　　**CL056**
Offense Date:　　　06/24/2018
Arrest Tracking No: 181001360735
*Disposition*

Disposition: **Nolle Pros**　Disposition Date:**10/02/2019**

---

**Dockets**

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

| | |
|---|---|
| Date: | **08/23/2018** |
| Document Name: | **Indictment Grand Jury Ref PD** |
| Docket Text: | **Upon Presentment of Indictment it is ordered by Judge Snoddy ; Ms. Milton reporter, that the defendant is referred to the Public Defender, filed 339** |

---

| | |
|---|---|
| Date: | **08/23/2018** |
| Document Name: | **Presentment and Indictment for** |
| Docket Text: | **Counts (1) Armed Robbery, (2) Robbery, (3) Assault First Degree, (4) Theft $100 to Under $1,500, (5) Firearm Use/Felony/Violent Crime, (6) Con Armed Robbery, (7) Armed Robbery, (8) Robbery, (9) Assault First Degree, (10) Theft Less Than $100, (11) Firearm Use/Felony/Violent Crime, (12) Con Armed Robbery, (13) Armed Robbery, (14) Robbery, (15) Assault First Degree, (16) Theft $100 to Under $1,500, (17) Firearm Use/Felony/Violent Crime, (18) Con Armed Robbery, (19) Armed Robbery, (20) Robbery, (21) Assault First Degree, (22) Theft $100 to Under $1,500, (23) Firearm Use/Felony/Violent Crime, (24) Con Armed Robbery, (25) Armed Robbery, (26) Robbery, (27) Assault First Degree, (28) Theft Under $100, (29) Firearm Use/Felony/Violent Crime, (30) Con Armed Robbery, (31) Armed Robbery, (32) Robbery, (33) Assault First Degree, (34) Theft $100 to Under $1,500, (35) Firearm Use/Felony/Violent Crime, (360 Con Armed Robbery fd 339** |

---

| | |
|---|---|
| Date: | **08/24/2018** |
| Document Name: | **Sum w/cpy Indct Gvn Sherf Fd** |
| Docket Text: | |

---

| | |
|---|---|
| Date: | **08/28/2018** |
| Document Name: | **Motion to Amend Indictment, fd** |
| Docket Text: | **to Amend True Bill, fld, 670** |

---

| | |
|---|---|
| Date: | **08/27/2018** |
| Document Name: | **Sum w/cpy Indct Gvn Sherf Fd** |
| Docket Text: | |

---

| | |
|---|---|
| Date: | **09/05/2018** |
| Document Name: | **Order of Court, filed** |
| Docket Text: | **Order of Court dated 09/04/2018, Ordered by Judge Pearson ORDERED, that the charging document is amended in the following manner to add case number 3E00634238 with tracking number 170002831493 to the True Bill.,fld575 cc:sao,defense** |

---

| | |
|---|---|
| Date: | **09/07/2018** |
| Document Name: | **Initial Arraignment Moot** |

**SR095**

| | |
|---|---|
| Date: | **09/07/2018** |
| Document Name: | **Line of Appearance, fd** |
| Docket Text: | **473** |

| | |
|---|---|
| Date: | **09/07/2018** |
| Document Name: | **Statement of Charges Fd** |
| Docket Text: | **670** |

| | |
|---|---|
| Date: | **09/07/2018** |
| Document Name: | **Commitment Pending Hearing** |
| Docket Text: | **Hold without bond, 9/06/2018, fld, 670** |

| | |
|---|---|
| Date: | **09/12/2018** |
| Document Name: | **Memo: from State's Atty, filed** |
| Docket Text: | **To Sydney J. Harrison Clerk of the Circuit Court From Case Coordinator. FLD,711** |

| | |
|---|---|
| Date: | **09/12/2018** |
| Document Name: | **Line of Appearance, fd** |
| Docket Text: | **Omnibus pre-trial defense motions, entry of appearance of counsel, motion for speedy trial, Defendant's request for discovery and motion to produce documents, motion pursuant to maryland rules 4-252 & 4-253, fld, 622** |

| | |
|---|---|
| Date: | **09/12/2018** |
| Document Name: | **Motion to Sever** |
| Docket Text: | **Maryland Rule 4-253 Motion to Sever Indictment, fld, 670** |

| | |
|---|---|
| Date: | **09/12/2018** |
| Document Name: | **Line of Appearance, fd** |
| Docket Text: | **Enter Alfred Guillaume as counsel on behalf of the Public Defenders Office. fld.363** |

| | |
|---|---|
| Date: | **08/23/2018** |
| Document Name: | **Statement of Charges Fd** |
| Docket Text: | **CR4E00680271 CR0E00680323 FD 339** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Discovery, filed** |
| Docket Text: | **712** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Mot Discovery & Inspection, fd** |
| Docket Text: | **712** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Answer to Motion to Supp, Fd** |
| Docket Text: | **710** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Opposition / Answer** |
| Docket Text: | **Opposition to Bill of Particulars, fld, 620** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Notice of Intent Self Auth...** |
| Docket Text: | **Notice of Intent to Offer Self-Authenticating Record of regularly conducted business activity. FLD,711** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Letter from Sao, filed.** |
| Docket Text: | **574** |

| | |
|---|---|
| Date: | **10/26/2018** |
| Document Name: | **Letter from Sao, filed.** |
| Docket Text: | **574** |

**SR096**

| | |
|---|---|
| Date: | |
| Document Name: | **Opposition to Def/Mot/Dism** |
| Docket Text: | **574** |

| | |
|---|---|
| Date: | **11/09/2018** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **666TDF Judge Sean D. Wallace; No Reporter Joint continuance - Granted. Consolidate with co-defendant Reset for definite motions - 11/30/18** |

| | |
|---|---|
| Date: | **11/09/2018** |
| Document Name: | **Motions Hrg Cont/In Court** |
| Docket Text: | **^809^ Other/consolidate with co-defendant** |

| | |
|---|---|
| Date: | **11/30/2018** |
| Document Name: | **Motions Hrg Cont/In Court** |
| Docket Text: | **^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **11/30/2018** |
| Document Name: | **Trial Continued/Prior To** |
| Docket Text: | **^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **11/30/2018** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **673JJ Judge Pearson; No Reporter Defendant's continuance - granted. Plea negotiations reset for definite motions 1/18/19 reset to new trial date 1/31/19 ^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **01/18/2019** |
| Document Name: | **Motions Hrg Cont/In Court** |
| Docket Text: | **^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **01/18/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **589ah Judge Pearson, Mr. D. Engelbretson, Reporter Defendant's continuance-granted. Plea Negotiations Reset for definite motions 1/25/19** |

| | |
|---|---|
| Date: | **01/25/2019** |
| Document Name: | **Motions Hrg Cont/In Court** |
| Docket Text: | **^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **01/25/2019** |
| Document Name: | **Trial Continued/Prior To** |
| Docket Text: | **^827^ Plea Negotiations** |

| | |
|---|---|
| Date: | **01/25/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **556bnm Judge Pearson; No Reporter Defendant's continuance-granted. Plea negotiations Reset for definite motions 2/8/19 Reset to new trial date 2/27/19** |

| | |
|---|---|
| Date: | **02/08/2019** |
| Document Name: | **Motions Hearing Moot** |
| Docket Text: | **^099^ Motions Withdrawn** |

| | |
|---|---|
| Date: | **02/08/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **666TDF Line withdrawing Motions, filed** |

| | |
|---|---|
| Date: | **02/27/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **725 TG Judge: Pearson ; CS-D2026 Defense counsel Alfred Guillaume is hereby discharged from this case. State's continuance - granted. ASA on medical leave. Reset to 6/24/19 - 6/25/19 for Trial before Judge Turner Consent to Trial date beyond the 180 Day Requirement of MD Rule 4-271 (Hicks Waiver), filed** |

| | |
|---|---|
| Date: | **02/27/2019** |

**SR097**

| | |
|---|---|
| Document Name: | Trial continued in ct |
| Docket Text: | ^813^ Defense Counsel Vacation / Personal conflict. |

| | |
|---|---|
| Date: | 02/27/2019 |
| Document Name: | Hicks Waived |
| Docket Text: | |

| | |
|---|---|
| Date: | 03/22/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Pro-Se Motion for Dismissal for Due Process Violation by Defective Indiciment. fld344 |

| | |
|---|---|
| Date: | 03/22/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Pro-Se Motion for Appointment of Panel Attorney. fld344 |

| | |
|---|---|
| Date: | 04/02/2019 |
| Document Name: | Response, filed. |
| Docket Text: | Defendant letter Pro-Se Motion for Dismissal for Due Process Violation by Defective Indiciment. To be heard on Trial date, Judge Pearson,4/1/2019 fld,710 cc: SAO, Defendant |

| | |
|---|---|
| Date: | 05/01/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Amendment To Motion For Dismissal For Due Process Violation In Instant Action, fld, 739. |

| | |
|---|---|
| Date: | 05/01/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Motion for Dismissal for Due Process Violation, fld, 620 |

| | |
|---|---|
| Date: | 05/09/2019 |
| Document Name: | Memo to Cal. Man., filed. |
| Docket Text: | From Senior Judges Chambers Please set the above captioned case in for a Hearing on Defendants motion for Appointment of Panel Attorney before Judge Pearson. fld,710 cc; SAO, Defense |

| | |
|---|---|
| Date: | 05/17/2019 |
| Document Name: | Motions Hearing Held |
| Docket Text: | |

| | |
|---|---|
| Date: | 05/17/2019 |
| Document Name: | Adult Daily Sheet, Filed |
| Docket Text: | 666TDF Hearing on Defendant's Motion for Appointment of Panel Attorney Judge Pearson; Mr J Spear, Reporter Motion - Denied Case to proceed in due course |

| | |
|---|---|
| Date: | 05/24/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Motion for trial Hearing an All Motion file/ Rehearing for Motion Hearing. fld,710 |

| | |
|---|---|
| Date: | 06/07/2019 |
| Document Name: | Response, filed. |
| Docket Text: | Motion for trial Hearing an All Motion file/ Rehearing for Motion Hearing seen in the Chambers of Judge Pearson.,fld 575 |

| | |
|---|---|
| Date: | 06/07/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Motion for dismissal for due process violation, fld, 712 |

| | |
|---|---|
| Date: | 06/04/2019 |
| Document Name: | Letter from Defendant Fd |
| Docket Text: | Defendant is concerned with pro se representation.,fld 575 |

| | |
|---|---|
| Date: | 06/13/2019 |
| Document | Response, filed. |

**SR098**

Name:
Docket Text:   **Letter from Defendant concerned with pro se representation seen in the Chambers of Judge Pearson.,fld 575**

Date:                **06/24/2019**
Document Name: **Trial Continued/In Court**
Docket Text:      **^906^ Obtain Counsel**

Date:                **06/24/2019**
Document Name: **Trial Moot**
Docket Text:

Date:                **06/24/2019**
Document Name:   **Adult Daily Sheet, Filed**
Docket Text:      **745JR Judge Pearson; CS-D2026 Defendant's continuance- granted. Obtain counsel Reset to 9/16/19 for trial**

Date:                **07/18/2019**
Document Name: **Letter from Defendant Fd**
Docket Text:      **Motion for Trial on All Motion File/ Rehearing for Motion Hearing. fld, 739.**

Date:         **07/18/2019**
Document Name:   **Response, filed.**
Docket Text:   **July 18, 2019, Response from Judge Pearson Responding to defendants Motion for Trial on All Motion File/ Rehearing for Motion Hearing. Comments: Seen in Chambers. fld, 739.**

Date:                **09/16/2019**
Document Name:   **Trial Continued/In Court**
Docket Text:      **^701^ State's Attorney failed to timely provide discovery ^802^ Defense counsel not prepared**

Date:         **09/16/2019**
Document Name:   **Adult Daily Sheet, Filed**
Docket Text:   **673JJ JUDGE WALLACE; MS. KEY, REPORTER DEFENDANT ADVISED OF RIGHT TO COUNSEL; COURT HAS FULLY COMPLIED WITH RULE 4-215 DEFENDANT'S CONTINUANCE - GRANTED. OBTAIN DISCOVERY FROM STATE RESET TO 11/18/19 AT 9 AM FOR TROAL AND 10/22/19 FOR MOTIONS ^802^ Defense counsel not prepared**

Date:                **10/03/2019**
Document Name: **Letter from Defendant Fd**
Docket Text:      **Notice of Motion. fld, 498**

Date:                **10/02/2019**
Document Name: **Adult Case Finding**
Docket Text:      **498**

Date:                **10/04/2019**
Document Name: **Fin & Cst Invc Wvd/Not Assd Fd**
Docket Text:      **498**

Date:                **10/24/2019**
Document Name: **Mot Discovery & Inspection, fd**
Docket Text:      **739**

Date:                **10/24/2019**
Document Name: **Discovery, filed**
Docket Text:      **739**

Date:                **10/24/2019**
Document Name: **Answer, filed**
Docket Text:      **Answer to Motion to Suppress. fld, 739**

Date:                **10/24/2019**
Document Name: **Opposition to Def/Mot/Dism**

**SR099**

| | |
|---|---|
| Docket Text: | 739 |

| | |
|---|---|
| Date: | **10/24/2019** |
| Document Name: | **Opposition Bill of Particulars** |
| Docket Text: | **739** |

| | |
|---|---|
| Date: | **10/24/2019** |
| Document Name: | **Cpy of Ltr to Def Atty SAO Fd** |
| Docket Text: | **739** |

| | |
|---|---|
| Date: | **10/24/2019** |
| Document Name: | **Notice of Intent Self Auth...** |
| Docket Text: | **Notice of Intent to Offer Self-Authenticating Record of regularly conducted business activity. fld,739** |

| | |
|---|---|
| Date: | **10/25/2019** |
| Document Name: | **Motions Hrg Cont/In Court** |
| Docket Text: | **^701^ State's Attorney failed to timely provide discovery** |

| | |
|---|---|
| Date: | **10/25/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **673JJ JUDGE RATTAL S. BRADLEY, REPORTER DEFENDANT APPEARED WITHOUT COUNSEL. DEFENDANT ADVISED OF RIGHT TO COUNSEL. MD RULE 4-215 FULLY COMPLIED WITH STATE'S CONTINUANCE - GRANTED. JAIL VISIT RESCHEDULED RESET FOR DEFINITE MOTIONS 11/8/19 DISCOVERY HANDED TO DEFENDANT IN OPEN COURT ^701^ State's Attorney failed to timely provide discovery** |

| | |
|---|---|
| Date: | **10/30/2019** |
| Document Name: | **Hearing Held** |
| Docket Text: | |

| | |
|---|---|
| Date: | **10/31/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **725 TG Assistant States attorney filed information regarding this case on the record Judge Rattal; Ms. Alonzo Reporter Case to remain set for Motions on 11/8/2019** |

| | |
|---|---|
| Date: | **11/07/2019** |
| Document Name: | **Letter from Defendant Fd** |
| Docket Text: | **In regards to the opposition of attorney's answering his motions fld 680** |

| | |
|---|---|
| Date: | **11/08/2019** |
| Document Name: | **Motions Hearing Held** |
| Docket Text: | |

| | |
|---|---|
| Date: | **11/08/2019** |
| Document Name: | **Adult Daily Sheet, Filed** |
| Docket Text: | **KB608 Hearing on Defendant's motion to quash and dismiss Judge Bright; CS-M1404 Motion-Denied case to continue in due course** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

**SR100**

State of Maryland

In The Circuit Court
Of Prince Georges County

V.

Stephan Strand          Case: CT181106B

## Motion For Immediate Release

Now comes Stephan Strand in Pro Se format, asking that the Clerk of the Court #498 grant him an immediate release from Prince Georges County Detention Center. On the grounds, that on October 2nd, 2019, case #CT181106B was closed with a disposition of "Nolle Pros." Detainee Strand was not released from Prince Georges County Detention Center; and has been held for an addition 9 months with no explanation from Judges Wallace, Rattal, Bright, Woodard, Whalen or from his current counsel. Judge Wallace specifically said there was no mention of this in the Defendants case docket.

Attached to this Motion is a copy of the Defendant case docket. On pages 3-9 you can see the Defendant charges, along with their disposition & disposition dates. On page 14, you can see the 'Adult Case Finding' and see that the 'Fines & Cost Invoice' was waived.

Once a case has been declared "Nolle Pros," the Defendant is supposed to be released from wherever they are being detained immediately. If the State's Attorney wants to open the case back up <span>SR101</span> reindic

*CT181106B*

the Defendant, they can do so AFTER the Defendant has been released.

The Defendant 'Stephan Strand' is being unlawfull held against his will, and is asking for the court to grant him an immediate release. The Defendant's charges are still to this day 'Nolle Pros.'

Certificate of Service

I hereby sware on this day of the 3rd of August, 2020, with the help of The Clerk of The Court, that ALL parties recieve copies of this motion.

Respectfully Submitted,

Stephan C. Strand
13400 Dille Dr.
Upper Marlboro, MD 2044

MOTION DENIED.

Sean D. Wallace
Judge, Circuit Court for Prince George's County, MD

Aug 6, 2020 | 12:30 PM EDT

ENTERED 8/7/2020 # 363

**SR102**

State of Maryland

V.

Stephan Strand

CIRCUIT COURT P.G. CO.
R E C E I V E D

AUG 1 0 2020

JUDGE PEARSON'S CHAMBERS

In The Circuit Court
Of Prince George's County

Case #: CT181106B

## Motion For Immediate Release

Now comes Stephan Strand in Pro Se format, asking that the court grants him an immediate release from Prince Georges County Detention Center. On the grounds, that on October 2nd, 2019, case # CT181106B was closed with a disposition of "Nolle Pros." Detainee Strand was not released from Prince Georges County Detention Center, and has been held for an addition 9 months with no explanation from Judges Wallace, Rachel Bright, Woodard, and Whalen or from his current consel. Judge Wallace specifically said there was no mention of this in the Defendants case docket, in open court.

In the Defendants case docket, under all 36 counts, is a disposition of "Nolle Pros" at a disposition date of "10/2/2019. There is also mention of 'Adult Case Finding' and that the 'Fine & Cost Invoice' has been waived.

Once a case is 'Nolle Pros' that is final judgement. Judgement of 'Nolle Pros' is final in that it terminates the action and entitles the defendant to a judgement for cost & release. If the State's Attorney wants to open this case back up or reindict the Defendant, due to new evidence, they can do so AFTER the defendant has been released.

DENIED

JUDGE MICHAEL R. PEARSON
DATED: 8/13/2020

SR103

ENTERED: 8.18.2020 # 710

/1

The Defendant 'Stephen Strand' is being unlawfully held against his will, and is asking for the court to grant him an immediate release.

Copies of this Motion has been mailed to the Clerk of the Court in Prince George's County, as well as the Clerk of the Courts for the Court of Special Appeals, and the U.S. District Court in Greenbelt, MD. Along with copies of the Defendant's case dockets. A formal Civil Rights Complaint has been send to the U.S. District Court in Baltimore, MD as well.

Certificate of Service

I hereby swear on this day of the 4th of August 2020, with the help of The Clerk of The Court, that ALL parties receive copies of this motion.

Respectfully Submitted,

Stephen C Strand
13400 Delle Ln.
Upper Marlboro, MD 20772

FILED

SR104

FILED

AUG 14 2020

CLERK OF TH.. CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

In The Circuit Court Of
Prince George's County, Maryland

State Of Maryland

V.

Stephan C. Strand

Case #: CT181106B

*No denied, enter, of case, of phone, this case still pending*

*Nicholas E. Rattal, Judge 8/26/20*

## Issuance Of Writ Of Habeas Corpus

Now comes Petitioner, Stephan C. Strand, in pro se format in accordance to Maryland Rule & Procedure of MD Rule 15-301. Moves in pursuant to Maryland Rule 15-302 for petition of Writ of Habeas Corpus to protect the evolved right of the Due Process Clause. In which is vested in the United States Constitution & Old Law of The 5th Amendment and of New Law of The 14th Amendment. In which is double protected by The Maryland Declaration of Rights Article's 21 & 24. In which the Petitioner seeks the writ to be issued, for illegal detainment by violation upon Petitioner evoked protected Due Process rights.

Petitioner wishes to bring forth illegal detention, illegal prosecution, and conditions that fall under Cruel & Unusual Punishment Standards, under the 8th Amendment of the U.S. Constitution or under Maryland Declaration of Rights Article's 16 & 19.

## Background

On October 2nd, 2019, case # CT181106B was closed with a disposition of "Nolle Pros." Petitioner Stephan Strand was not released from Prince George's County Detention Center. Instead he was held for an additional nine months, and is still being detained til this day. On October 25th, 2019 Petitioner Stephan

SR105

Strand was scheduled for a Motion's Hearing, held by Judge
Rattal; who stated in Open Court that "there is no mention
of the case closing in the case docket." In Stephan Strand's
case docket, under all thrity-six counts, is a disposition of
"Nolle Pros," and a disposition date of "10/2/2019." There is
mention of an "Adult Case Finding" and that the "Fines/Cost
Invoice" has been waived. Petitioner Stephan Strand went on
to see Judges Woodard, Whalen, and Bright, and has not
recieved an explaination from them or his current counsel, as to why
he has not been released. Stephan Strand has no other
detainers.

    Petitioner asks that the Courts release him immediately
from Prince George's County Detention Center.

                    Respectfully Submitted,

                    Stephan C. Strand

                    13400 Dille Dr.

                    Upper Marlboro, MD 20772

In The Circuit Court Of
Prince George's County, Maryland

State of Maryland
V.                                    case #: CT181106B
Stephron C. Strand

Certificate Of Service
     I hereby certify that on August 5th, 2020, of a copy of
this Issuance of Writ of Habeas Corpus, was mailed via first class
mail, postage paid, to The Clerk of Court for Prince George's County,
and that with the help of The Clerk of The Court, ALL parties
recieve copies of this.

                                        Stephron C. Strand
                                        13400 Dille Dr.
                                        Upper Marlboro, MD 2077?

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND      :
                    :
       vs.             :       CT181106B
                    :
STEPHAN CHANDLER STRAND    :
                    :
      Defendant       :

---

## ORDER OF COURT

UPON CONSIDERATION of the Defendant's pro se Writ of Habeas Corpus,

the Court finds no record of a Nolle Prosequi disposition. The case is still

pending, therefore it is on this ___1___ day of September 2020, by the Circuit Court

for Prince George's County, Maryland,

ORDERED, that the Issuance of Writ of Habeas Corpus is DENIED.

_____
Nicholas E. Rattal
Judge

Copies Mailed by Court to:

Stephan Strand
County Detention Center
13400 Dille Drive
Upper Marlboro, MD 20772

Lia Rettammel
Assistant Public Defender

Office of the State's Attorneys

_Barbara Carter_    9/1/20
Barbara Carter       Date
Exec. Administrative Aide to the
Honorable Nicholas E. Rattal

ENTERED: 09/03/2020   **SR108**

CT181106B

# FILED

#540

SEP 1 5 2020

IN THE CIRCUIT COURT OF

PRINCE GEORGES County, MD

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

State of Maryland

v.

Case #: CT181106B

Stephen C. Strand

## REPONSE TO DENIAL OF WRIT OF HABEAS CORPUS

Now comes, Stephen C. Strand, in prose, forced, arising the issues in Judge Nicholas Rattal Order of Court. In my Pro-Se Issuance Of Writ of Habeas Corpus, I arrised a meritious problem. Case # CT181106B has a disposition of "Nolli Pros" and a disposition date of "10/2/19. Upon consideration and research, it is to my knowledge, that a case docket holds record of an entire cases proceeding. It notes what happens at each court hearing, shows court dates, and notes the disposition of each charge that is listed. Upon consideration, after reviewing the case docket for case # CT181106B, each charge, in fact DOES have a disposition of "Nolle Pros." After such a verdict, the defendant is supposed to be released. According to MD Rule 2-506, "Nol Pros is FINAL JUDGEMENT - judgement of nol pros is final in that it TERMINATES THE ACTION and entitles the defendant to a judgement for costs. Multiple copies of my case docket have been sent to The Circuit Court Of Prince Georges County, MD

SR109

as well as the U.S. District Court for The District of Maryland, as evidence & proof that I'm being unlawfully detained. In my Issuance of Writ of Habeas Corpus, I challenged the court for illegal detention, illegal prosecution, and conditions that fall under cruel & unusual punishment. Upon consideration, according to MD Rule 15-303, "upon receiving the referral... WITHOUT WRITTEN CONSENT OF THE INDIVIDUAL CONFINED(Strand)... PETITION SHALL NOT BE ASSIGNED TO ANY JUDGE WHO SAT AT THE PROCEEDING AS A RESULT OF WHICH THE INDIVIDUAL WAS CONFINED." THEREFORE, Judge Nicholas Rattal has VIOLATED that rule by denying my petition. My Petition MUST be heard by a judge I haven't been in front of. Upon consideration, according to MD RULE 15-309, "The judge shall conduct a hearing IMMEDIATELY, to inquire into the legality and propriety of the individual's confinement." No such hearing has been conducted, THEREFORE Judge Nicholas Rattal HAS VIOLATED ANOTHER RULE. There has been evidence to prove lack of legal justification for the confinement, since there is in fact record of a Nolle Prosequi disposition on the defendants case docket. Since Strand's case docket reflects a Nolle Prosequi disposition, according to MD Rule 15-310, I'm being confined without legal warrant or authority

SR110

the Judge SHALL ORDER that the individual be released immediately." At what point will the Court honor these MD Rule's and release me? I have re-submitted my Petition to the U.S. District Court, and sent in Judge Kailai's order, ordering it to be used as the Court Ordered response in my Civil Action Lawsuit.

<u>Remedy Sought</u>

① Judge Kailai Court order to be overturned
② My Petition to be assigned to a non-biased judge
③ Immediate Release.

<u>CERTIFICATE OF SERVICE</u>

I hereby swear on this 8th day of Sept., 2020, that with the help of The Clerk of Court, that ALL parties recieve copies of this.

Respectfully Submitted,

Stephan C. Strand
13400 Dille Drive
Upper Marlboro, MD 20772

## IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND                    *

    v.                                   *          **Case No: CT181106B**

STEPHAN C. STRAND                    *

    Defendant.                           *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER OF COURT

    This matter came before the Court upon the Defendant's letter dated September 5, 2020. The letter was written in opposition to the Court's Order denying the Defendant's Petition for Writ of Habeas Corpus on September 1, 2020. In his Petition for Writ of Habeas Corpus, the Defendant alleged that his detainment was illegal because all charges filed in his case had been dismissed. A review of the defendant's case file demonstrated that there was no evidence to support his claim, and that the charges in his case had not been dismissed. Accordingly, the undersigned found the defendant's confinement to be lawful and denied his Petition for Writ of Habeas Corpus.

    In his letter of response, the defendant re-asserted his claim that his charges had been dismissed and attached photographs of his case on Maryland Case Search in support. The photographs portrayed that each of the defendant's charges had been entered nolle prosequi by the State, with a disposition date of October 2, 2019. Following the Court's second thorough review of the defendant's case file, the Court stands by it's finding that the defendant's charges had not been dropped. The defendant was not present in court on October 2, 2019, and there is nothing in the file to indicate that anything happened in his case on October 2, 2019. Additionally, there is no daily sheet produced from any hearing

ENTERED: 09/16/2020

**SR112**

for an individual with the defendant's name or case number. This was confirmed by a review of every daily sheet from each case that was heard in the courthouse on that date.

Further, there is no daily sheet to support the docket entry that there was an adult case finding or disposition on October 2, 2019, and no evidence that the State filed a line to nolle pross the charges at any point throughout the defendant's case. Generally, when a case is nolle prossed in open court, both the judge and the deputy need to sign the docket entry confirming the entry of nolle prosequi, a release order is sent to the jail that same day, and the defendant is released. There is no evidence in the record that any of these additional steps were taken, which further supports the Court's position.

Finally, the defendant appeared for a status hearing before the Honorable Beverly J. Woodard on June 30, 2020 and failed to raise the alleged dismissal with the Court. On the contrary, the daily sheet from that hearing reveals that the defendant was considering a plea that had been offered by the State. At that time, the case was ordered to continue in due course so that the defendant could consider the plea offer, and he was advised of his new trial date on January 21, 2021.

The Criminal Clerk's Office was contacted about this matter, and the Court discovered that a clerical error had been made, resulting in misinformation being provided to Maryland Case Search. The Clerk's Office advised the docket entry on October 2, 2019 was made inadvertently, and that no adult finding had been made in the case. Because Maryland Case Search obtains its information from the Clerk's Office and then uses it to populates the online case search application, the defendant's charges were mistakenly listed as nolle prossed. The Clerk's Office is now aware of the error and will correct its records, which will in turn cause Maryland Case Search's records to be corrected.

SR113

As the Court previously stated on September 1, 2020, there is no evidence in the file to support the defendant's allegations. His case remains active and his charges have not been dismissed. The defendant should be well aware of this fact and has been made aware of his upcoming trial date. Other than the clerical error, there is no reason for the Court, or the defendant, for that matter, to believe this case has been dismissed.

Accordingly, it is this __16__ day of __September__ 2020, by the Circuit Court for Prince George's County, Maryland,

**ORDERED**, that the Criminal Clerk's Office remove the docket entries from October 2nd and October 4th, 2019, as they were inadvertently entered in this case.

_____
**Nicholas E. Rattal**
Associate Judge, Seventh Judicial Circuit

Copies sent by the Court to:

Renee M. Joy
Office of the State's Attorney
for Prince George's County

Stephan C. Strand,
13400 Dille Drive
Upper Marlboro, MD 20772

Lia Rettammel
Office of the Public Defender
for Prince George's County

_Rebecca Wells_     9/16/20
Rebecca Wells              Date
Law Clerk to the
Honorable Nicholas E. Rattal

3

**SR114**

IN THE CIRCUIT COURT FOR

PRINCE GEORGE'S COUNTY, MD

State Of Maryland

V.                                        case#: CT181106B

Stephan C. Strand

FILED

SEP 16 2020

REPONSE TO COURT ORDER

Judge Rattal, what record is the court looking at? Since you all
seem to not be able to find a record of my Nolle Prosequi, I'll attach
to this, a copy of my case docket. I'm sure you are literate,
therefore you will be able to read the "Noll Pros" under all thirty-
six counts, that I'm being charged with. Along with the disposition
date of "10/02/14." I'll also attach the pages in my docket that
note the "Adult Case Finding"& the "Fine/Cost Invoice waived."
Being a judge, I'm sure you know that those are indications of
a closed case. How long does the State Court plan to feign ignorance
to my situation? Your order will be sent to The U.S. District Court For
the District Of Maryland (Baltimore), as more proof of the way the
State Court is unlawfully detaining me. I have already filed a formal
complaint with them, which they have "construed and instituted" it
as a petition for Writ Of Habeas Corpus. They have ORDERED
that "1.) The Clerk SHALL REPLACE The Circuit Court for Prince
George's County, MD with the Warden of PGCCC as the proper
Respondent; 2.) The Motion for Leave to Proceed in Forma Pauperis
IS GRANTED; 3.) Respondent SHALL FILE a response within Forty (40)
days of the date of this Order (8/13/20); 4.) Strand MAY REPLY
thirty (30) days after service of Respondents Answer; and 5.) The Clerk

**SR115**

SHALL a copy of this Order to Strand and SHALL PROVIDE a copy of this Order and a copy of the Petition to: Rhonda L. Weaver, County Attorney; 1301 McCormick Drive Suite 4100, Largo, MD 20774." They also noted that because I am presently incarcerated, the proper respondent of my Petition is the Warden of the facility I'm being held in. Therefore your Court Order to deny my Petition means nothing. Once again, I will send your response to U.S. District Judge Ellen L. Hollander, as proof of the State Courts negligance and ignorance.

Respectfully Submitted,

Stephan C. Strand
13400 Dille Drive
Upper Marlboro, MD 2077

CERTIFICATE OF SERVICE

I hereby swear, that on this 5th day of September, 2020, that with the help of the Clerk of Court, ALL parties recieve copies of this.

Stephan C. Strand
13400 Dille Drive
Upper Marlboro, MD 20777

SR116

Arrest Tracking No 181001360735

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 13
Charge: **Robbery W/DW**
Charge Code:   **3-403**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360730**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 14
Charge: **Robbery**
Charge Code:   **3-402**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 15
Charge: **Assault 1st Degree**
Charge Code:   **3-202**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 16
Charge: **Theft of property or service with a value $100 - $1500**
Charge Code:   **7-104(g)(2)(i)**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 17
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code:   **4-204**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 18
Charge: **Com Armed Robbery**
Charge Code:   **CL056**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 19
Charge: **Robbery W/DW**
Charge Code:   **3-403**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 20
Charge: **Robbery**
Charge Code:   **3-402**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 21
Charge: **Assault 1st Degree**
Charge Code:   **3-202**
Offense Date:   **06/24/2018**
Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**   Disposition Date: 10/02/2019

Charge No. 22
Charge: **Theft of property or service with a value $100 - $1500**
Charge Code:   **7-104(g)(2)(i)**
Offense Date:   **06/24/2018**

## Case Information

Court System: Circuit Court for Prince George's County - Criminal System
Case Number: CT181106B
Case Description: Stephan Chandler Strand
Case Type: Criminal Appeal
Filing Date: 08/23/2018
Case Status: Active Status

## Defendant/Respondent Information

Party Type: **Defendant**   Party No.: **1**
Name: **Stephan Chandler Strand**
Address: **6060 Seargent Road**
City: **Hyattsville**   State: **MD**   Zip Code: **20782**
Attorney Information

Name:        **Lia Rettammel**
Attorney Type: **Attorney**
Address:     **Assistant Public Defender**
City:        **Upper Marlboro**   State: **MD**   Zip Code: **20772**

## Other Party Information

Party Type: **Victim Witness Coordinator**   Party No.: **3**
Name: **Yolanda Coleman**

## Court Scheduling Information

Event Type: **Hicks Date**
Event Date: **03/06/2019**   Start Time: **09:00:00**
Result:      **Hicks Waived**   Result Date: **02/27/2019**

Event Type: **Initial Arraignment**
Event Date: **09/14/2018**   Start Time: **10:00:00**

**SR117**

Circuit Court of Maryland

Go Back Now

## Case Information

Court System:**Circuit Court for Prince George's County – Criminal System**
Case Number:**CT181106B**
Case Description:**Stephan Chandler Strand**
Case Type:**Criminal Appeal**
Filing Date:**08/23/2018**
Case Status:**Active Status**

## Defendant/Respondent Information

Party Type: **Defendant**  Party No.: **1**
Name: **Stephan Chandler Strand**
Address: **6060 Seargent Road**
City: **Hyattsville**  State: **MD**  Zip Code: **20782**

## Other Party Information

Party Type: **Victim Witness Coordinator**  Party No.: **3**
Name: **Yolanda Coleman**

## Court Scheduling Information

Event Type: **Hicks Date**
Event Date: **03/06/2019**  Start Time: **09:00:00**
Result: **Hicks Waived**  Result Date: **02/27/2019**

Event Type: **Initial Arraignment**
Event Date: **09/14/2018**  Start Time: **10:00:00**
Result: **Initial Arraignment Moot**  Result Date: **09/07/2018**

Event Type: **Hearing**
Event Date: **10/30/2019**  Start Time: **09:30:00**
Result: **Hearing Held**  Result Date: **10/30/2019**

Event Type: **Motions Hearing**
Event Date: **11/09/2018**  Start Time: **07:30:00**
Result: **Motions Hrg Cont/In Court**  Result Date: **11/09/2018**

Event Type: **Motions Hearing**
Event Date: **11/30/2018**  Start Time: **07:30:00**
Result: **Motions Hrg Cont/In Court**  Result Date: **11/30/2018**

Event Type: **Motions Hearing**
Event Date: **01/18/2019**  Start Time: **07:30:00**
Result: **Motions Hrg Cont/In Court**  Result Date: **01/18/2019**

Charge No: **1**

Charge: **Robbery W/DW**

Charge Code: **3-403**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **2**

Charge: **Robbery**

Charge Code: **3-402**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **3**

Charge: **Assault 1st Degree**

Charge Code: **3-202**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **4**

Charge: **Theft of property or service with a value $100 - $1500**

Charge Code: **7-104(g)(2)(i)**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **5**

Charge: **Use Handgun/Crime Of Viol/Comm**

Charge Code: **4-204**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **6**

Charge: **Con: Armed Robbery**

Charge Code: **CL056**

Offense Date: **06/24/2018**

Arrest Tracking No: **181001360735**

*Disposition*

Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

---

Charge No: **7**

Charge: **Robbery W/DW**

Charge Code: **3-402**
Offense Date: **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

Charge No: **33**
Charge: **Assault 1st Degree**
Charge Code: **3-202**
Offense Date: **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

Charge No: **34**
Charge: **Theft of property or service with a value $100 - $1500**
Charge Code: **7-104(g)(2)(i)**
Offense Date: **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

Charge No: **35**
Charge: **Use Handgun/Crime Of Viol/Comm**
Charge Code: **4-204**
Offense Date: **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

Charge No: **36**
Charge: **Con: Armed Robbery**
Charge Code: **CL056**
Offense Date: **06/24/2018**
Arrest Tracking No: **181001360735**
*Disposition*
Disposition: **Nolle Pros**      Disposition Date:**10/02/2019**

## Dockets

*(Each Document listed. Documents are listed in Document No./Sequence No. order)*

Date: **08/23/2018**
Document Name: **Indictment Grand Jury Ref PD**
Docket Text: **Upon Presentment of Indictment it is ordered by Judge Snoddy ; Ms. Milton reporter, that the defendant is referred to the Public Defender, filed 339**

Date: **08/23/2018**
Document Name: **Presentment and Indictment for**

**Counts (1) Armed Robbery, (2) Robbery, (3) Assault First Degree, (4) Theft $100 to Under $1,500, (5) Firearm Use/Felony/Violent Crime, (6) Con Armed Robbery, (7) Armed Robbery, (8) Robbery, (9) Assault First Degree, (10) Theft**

Date: 06/04/2019
Document Name: **Letter from Defendant Fd**
Docket Text: **Defendant is concerned with pro se representation.,fld 575**

Date: 06/13/2019
Document Name: **Response, filed.**
Docket Text: **Letter from Defendant concerned with pro se representation seen in the Chambers of Judge Pearson.,fld 575**

Date: 06/24/2019
Document Name: **Trial Continued/In Court**
Docket Text: **^906^ Obtain Counsel**

Date: 06/24/2019
Document Name: **Trial Moot**
Docket Text:

Date: 06/24/2019
Document Name: **Adult Daily Sheet, Filed**
Docket Text: **745JR Judge Pearson; CS-D2026 Defendant's continuance- granted. Obtain counsel Reset to 9/16/19 for trial**

Date: 07/18/2019
Document Name: **Letter from Defendant Fd**
Docket Text: **Motion for Trial on All Motion File/ Rehearing for Motion Hearing. fld, 739.**

Date: 07/18/2019
Document Name: **Response, filed.**
Docket Text: **July 18, 2019, Response from Judge Pearson Responding to defendants Motion for Trial on All Motion File/ Rehearing for Motion Hearing. Comments: Seen in Chambers. fld, 739.**

Date: 09/16/2019
Document Name: **Trial Continued/In Court**
Docket Text: **^701^ State's Attorney failed to timely provide discovery ^802^ Defense counsel not prepared**

Date: 09/16/2019
Document Name: **Adult Daily Sheet, Filed**
Docket Text: **673JJ JUDGE WALLACE; MS. KEY, REPORTER DEFENDANT ADVISED OF RIGHT TO COUNSEL; COURT HAS FULLY COMPLIED WITH RULE 4-215 DEFENDANT'S CONTINUANCE - GRANTED. OBTAIN DISCOVERY FROM STATE RESET TO 11/18/19 AT 9 AM FOR TROAL AND 10/22/19 FOR MOTIONS ^802^ Defense counsel not prepared**

Date: 10/03/2019
Document Name: **Letter from Defendant Fd**
Docket Text: **Notice of Motion. fld, 498**

Date: 10/02/2019
Document Name: **Adult Case Finding**
Docket Text: **498**

Date: 10/04/2019
Document Name: **Fin & Cst Invc Wvd/Not Assd Fd**
Docket Text: **498**

SR121
11/12/2019

# Office of Clerk
# Mahasin El Amin
# Circuit Court for Prince George's Co. Maryland

**MEMORANDUM**

To:     File
From:  Tears M. Allen, Supervisor
Date:  September 18, 2020
IN RE:  CT181106B, State vs. Stephan Chandler Strand

On October 2, 2019 a clerical error was made docket entering the above-listed case as Nolle Pros. The case was not entered Nolle Pros by any Judge. The Defendant was not scheduled to for a court appearance, nor was the case set in for any reason or any purpose on October 2, 2019.

The correction was made in the ACS computer system on September 18, 2020 according to the order by Judge Rattal on September 16, 2020.  The case is currently in a pending status awaiting the consideration of a plea offer given to the Defendant.

Office of
# Mahasin EL Amin
### Clerk of the Circuit Court for Prince George's County

CASE NUMBER: CT181106B
STATE OF MARYLAND
PRINCE GEORGE'S COUNTY TO WIT:

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE
ABOVE ENTITLED CASE IN THE CIRCUIT COURT FOR PRINCE
GEORGE'S COUNTY, MARYLAND.

IN TESTIMONY WHEREOF, I
HERETO SET MY HAND AND
AFFIX THE SEAL OF THE
CIRCUIT COURT FOR PRINCE
GEORGE'S COUNTY, MARYLAND,
THIS 21st DAY of September, 2020

Mahasin EL Amin, Clerk

**SR123**